AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>*Plaintiff(s)*<br>V.<br>DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, KHADEEJA SAFDAR, an individual, JOSEPH PALAZZOLO, an individual, and ROBERT THOMSON an individual,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-23232-XXXX-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT THOMSON
60 W 20th Street
Apt 4F
New York, NY 10011-0072

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 22, 2025



Angela E. Noble
Clerk of Court

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts