UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF GEORGE S. LEMIEUX, ESQ. AND INCORPORATED NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE

George S. LeMieux of Gunster, Yoakley & Stewart, P.A., hereby appears as counsel for Defendants Dow Jones & Company, Inc., d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo ("Defendants") in the above-captioned action and requests that any and all pleadings or other matters pertaining to this cause be directed to him via email or CM/ECF at the following e-mail addresses:

    Primary E-Mail:  glemieux@gunster.com
    Secondary E-Mail:  eservice@gunster.com
    Secondary E-Mail:  mzayas@gunster.com

Dated: July 22, 2025                                    Respectfully submitted,

       /s/George S. LeMieux
GEORGE S. LEMIEUX
Florida Bar No.: 16403
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 462-2000
Fax: (954) 523-1722
Primary E-Mail:  glemieux@gunster.com
Secondary E-Mail:  eservice@gunster.com
Secondary E-Mail: mzayas@gunster.com

*Counsel for Defendants DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, NEWS CORPORATION, KEITH RUPERT MURDOCH, ROBERT THOMSON, KHADEEJA SAFDAR and JOSEPH PALAZZOLO*