UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF TIMOTHY J. MCGINN AND INCORPORATED NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE

Timothy J. McGinn of Gunster, Yoakley & Stewart, P.A., hereby appears as counsel for Defendants Dow Jones & Company, Inc., d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo ("Defendants") in the above-captioned action and requests that any and all pleadings or other matters pertaining to this cause be directed to him via email or CM/ECF at the following e-mail addresses:

    Primary E-Mail: tmcginn@gunster.com
    Secondary E-Mail: eservice@gunster.com
    Secondary E-Mail: pholness@gunster.com

|  |  |
|---|---|
| Dated: July 22, 2025 | Respectfully submitted,<br><br>/s/ Timonthy J. McGinn<br>Timothy J. McGinn<br>Florida Bar No. 1000377<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>600 Brickell Avenue, Suite 3500<br>Miami, Florida 33131<br>Tel.: (305) 376-6000<br>Fax: (305) 376-6010<br>tmcginn@gunster.com<br>eservice@gunster.com<br>pholness@gunster.com<br><br>*Counsel for Defendants DOW JONES & COMPANY, INC., d/b/a THE WALL STREET JOURNAL, NEWS CORPORATION, KEITH RUPERT MURDOCH, ROBERT THOMSON, KHADEEJA SAFDAR, and JOSEPH PALAZZOLO* |