UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF ERIC C. EDISON AND INCORPORATED NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE

Eric C. Edison of Gunster, Yoakley & Stewart, P.A., hereby appears as counsel for Defendants Dow Jones & Company, Inc., d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo ("Defendants") in the above-captioned action and requests that any and all pleadings or other matters pertaining to this cause be directed to him via email or CM/ECF at the following e-mail addresses:

    Primary E-Mail: eedison@gunster.com
    Secondary E-Mail: dpeterson@gunster.com
    Secondary E-Mail: eservice@gunster.com

| | |
|---|---|
| Dated: July 22, 2025 | Respectfully submitted,<br><br>*/s/ Eric C. Edison*<br>Eric C. Edison, Esq.<br>Florida Bar No. 010379<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>450 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, Florida 33301<br>Tel.: (954) 462-2000<br>Fax: (954) 523-1722<br>eedison@gunster.com<br>dpeterson@gunster.com<br>eservice@gunster.com<br><br>*Counsel for Defendants* DOW JONES & COMPANY, INC., *d/b/a* THE WALL STREET JOURNAL, NEWS CORPORATION, KEITH RUPERT MURDOCH, ROBERT THOMSON, KHADEEJA SAFDAR, *and* JOSEPH PALAZZOLO |