UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232- GAYLES

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT AND TO SEAL CERTAIN <u>MATERIALS FROM THE COURT FILE</u>**

    THIS CAUSE having come before the Court on the Unopposed Motion for Extension of Time to File a Response to the Complaint and to Seal Certain Materials from the Court File (the "Motion"). The Court having considered the Motion, the agreement of counsel for the respective parties, and being otherwise duly advised in the premises, it is hereupon and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants shall file a response to the Complaint on or before September 22, 2025, and the Clerk of the Court shall immediately seal Docket Entries 5, 7 and 8 in their entirety.

    DONE AND ORDERED in Chambers at Miami, Florida this ____ day of July, 2025.

                                                _____
                                                HONORABLE DARRIN P. GAYLES
                                                UNITED STATES DISTRICT COURT JUDGE

cc: George S. LeMieux, Esq. (glemieux@gunster.com)
Eric C. Edison, Esq. (eedison@gunster.com)
Timothy J. McGinn, Esq. (tmcginn@gunster.com)
Katherine M. Bolger, Esq. (katebolger@dwt.com)
Alejandro Brito, Esq. (abrito@britopllc.com)
Ian Michael Corp., Esq. (icorp@britopllc.com)