UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

### DEFENDANTS, DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL AND NEWS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

    Defendants, DOW JONES & COMPANY, INC., d/b/a THE WALL STREET JOURNAL ("DOW JONES") and NEWS CORPORATION ("NEWS CORP"), by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby discloses that: (i) DOW JONES is a Delaware corporation that is an indirect subsidiary of NEWS CORP, a publicly held company. Ruby Newco, LLC, an indirect subsidiary of NEWS CORP and a non-publicly held company, is the direct parent of DOW JONES. News Preferred Holdings, Inc., a subsidiary of NEWS CORP, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns ten percent or more of the stock of DOW JONES; and (ii) NEWS CORP is a Delaware corporation and a publicly traded company. No publicly traded company owns more than 10% of NEWS CORP's stock.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 22nd day of July, 2025 to Alejandro Brito, Esq. (abrito@britopllc.com, apiriou@britopllc.com) and Ian Michael Corp., Esq. (icorp@britopllc.com), BRITO, PLLC, 2121 Ponce de Leon Boulevard, Suite 650, Coral Gables, FL 33134 *Counsel for Plaintiff, President Donald J. Trump.*

        **GUNSTER, YOAKLEY & STEWART, P.A.**
        450 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-2000

        By: /s/ *Eric C. Edison, Esq.*
            George S. LeMieux, Esq.
            Florida Bar No. 16403
            Email: glemieux@gunster.com
            Eric C. Edison, Esq.
            Florida Bar No. 010379
            Email: eedison@gunster.com
            Timothy J. McGinn, Esq.
            Florida Bar No.: 347035
            Email: tmcginn@gunster.com