UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232-GAYLES

PRESIDENT DONALD J. TRUMP, an individual,

     Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE
WALL STREET JOURNAL, a Delaware
corporation, NEWS CORPORATION, a Delaware
corporation, KEITH RUPERT MURDOCH, an
individual, ROBERT THOMSON, an individual,
KHADEEJA SAFDAR, an individual, and JOSEPH
PALAZZOLO, an individual,

     Defendants.

_____/

**ORDER GRANTING MEENAKSHI KRISHNAN'S MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Meenakshi Krishnan, Esq., Consent to Designation, and Request to Electronically Receive Notices

of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having

considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Meenakshi Krishnan, Esq., may appear and participate in this

action on behalf of Defendants Dow Jones & Company, Inc., d/b/a The Wall Street Journal, News

Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo.

The Clerk shall provide electronic notification of all electronic filings to Meenakshi Krishnan, Esq.

at meenakshikrishnan@dwt.com and nycdocket@dwt.com.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of July, 2025.

_____

HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

cc:  George S. LeMieux, Esq. (glemieux@gunster.com)
Eric C. Edison, Esq. (eedison@gunster.com)
Timothy J. McGinn, Esq. (tmcginn@gunster.com)
Katherine M. Bolger, Esq. (katebolger@dwt.com)
Amanda B. Levine, Esq. (amandalevine@dwt.com)
Meenakshi Krishnan, Esq. (meenakshikrishnan@dwt.com)
Alejandro Brito, Esq. (abrito@britopllc.com)
Ian Michael Corp., Esq. (icorp@britopllc.com)