UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-23232-GAYLES

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

**ORDER GRANTING AMANDA B. LEVINE'S MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Amanda B. Levine, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Amanda B. Levine, Esq., may appear and participate in this action on behalf of Defendants Dow Jones & Company, Inc., d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo.

The Clerk shall provide electronic notification of all electronic filings to Amanda B. Levine, Esq. at amandalevine@dwt.com and nycdocket@dwt.com.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of July, 2025.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

cc:  George S. LeMieux, Esq. (glemieux@gunster.com)
Eric C. Edison, Esq. (eedison@gunster.com)
Timothy J. McGinn, Esq. (tmcginn@gunster.com)
Katherine Bolger (katebolger@dwt.com)
Amanda B. Levine, Esq. (amandalevine@dwt.com)
Meenakshi Krishnan, Esq. (meenakshikrishnan@dwt.com)
Alejandro Brito, Esq. (abrito@britopllc.com)
Ian Michael Corp., Esq. (icorp@britopllc.com)