UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.

Case No.: 1:25-cv-23232-DPG

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel, hereby submits his Certificate of Interested Parties as follows:

Plaintiff certifies, based on his information and belief, that the following persons and entities may have a financial interest in the outcome of this case:

1. President Donald J. Trump, Plaintiff.
2. Dow Jones & Company, Inc. d/b/a The Wall Street Journal, Defendant.
3. News Corporation, Defendant.
4. Keith Rupert Murdoch, Defendant.
5. Robert Thomson, Defendant.
6. Khadeeja Safdar, Defendant.
7. Joseph Palazzolo, Defendant.
8. Alejandro Brito, Esq., Plaintiff's counsel.

9. Ian Corp, Esq., Plaintiff's counsel.

10. Brito, PLLC, Plaintiff's counsel.

11. George S. Lemieux, Esq., Defendants' counsel.

12. Timothy J. McGinn, Esq., Defendants' counsel.

13. Eric C. Edison, Esq., Defendants' counsel.

14. Gunster, Yoakley & Stewart, P.A., Defendants' counsel.

15. Katherine M. Bolger, Esq., Defendants' counsel.

16. Meenakshi Krishnan, Esq., Defendants' counsel.

17. Amanda B. Levine, Esq., Defendants' counsel.

18. Davis Wright Tremaine, LLP, Defendants' counsel.

Dated August 1, 2025.                    Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 1st day of August 2025 through the Florida Courts E-filing Portal upon:

George S. Lemieux, Esq.
Timothy J. McGinn, Esq.
Eric C. Edison, Esq.
Gunster, Yoakley & Stewart, P.A.
450 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
glemieux@gunster.com
tmcginn@gunster.com
eedison@gunster.com
dpeterson@gunster.com
pholness@gunster.com
mzayas@gunster.com
eservice@gunster.com

Katherine M. Bolger, Esq.
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020- 1104
katebolger@dwt.com
nycdocket@dwt.com

Meenakshi Krishnan, Esq.
Davis Wright Tremaine, LLP
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
meenakshikrishnan@dwt.com
nycdocket@dwt.com

*Counsel for Defendants Dow Jones & Company, Inc.,*
*d/b/a The Wall Street Journal, News Corporation,*
*Keith Rupert Murdoch, Robert Thomson,*
*Khadeeja Safdar, and Joseph Palazzolo*

By: /s/ *Alejandro Brito*