UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-23232-GAYLES

**PRESIDENT DONALD J. TRUMP**, an individual,

      Plaintiff,

v.

**DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL**, a Delaware corporation, **NEWS CORPORATION**, a Delaware corporation, **KEITH RUPERT MURDOCH**, an individual, **ROBERT THOMSON**, an individual, **KHADEEJA SAFDAR**, an individual, and **JOSEPH PALAZZOLO**, an individual,

      Defendants.
_____/

## ORDER ADOPTING JOINT STIPULATION

This cause came before the Court upon the Joint Stipulation Regarding Plaintiff's Motion to Compel Expedited Deposition *De Bene Esse* of Defendant Keith Rupert Murdoch (the "Joint Stipulation), [ECF No. 27], filed by Plaintiff President Donald J. Trump ("Plaintiff") and Defendants Dow Jones & Company, Inc. d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch ("Murdoch"), Robert Thomson ("Thomson"), Khadeeja Safdar, and Joseph Palazzolo's (together, "Defendants") (Plaintiff and Defendants together, "Parties"). The Court has reviewed the Joint Stipulation and the record and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation and its terms are ADOPTED as follows:

    (a)    Subject to the terms of the Parties' Joint Stipulation, [ECF No. 27], together with a separately signed Abatement Agreement which contains additional procedural details related to this Stipulation, Plaintiff has agreed to abate his pending Motion to Compel

Expedited Deposition *De Bene Esse* of Defendant Keith Rupert Murdoch ("Motion to Compel Deposition"), [ECF No. 23].

(b) Until Defendants' forthcoming Motion to Dismiss the Complaint is adjudicated, the Parties agree not to engage in discovery. However, during the pendency of Defendants' Motion to Dismiss, and before it is adjudicated, the Parties shall conduct a Rule 26(f) conference and exchange Initial Disclosures. If any party believes that discovery is required during this timeframe, notwithstanding their agreement, a joint motion shall be required to seek that discovery.

(c) According to the Joint Stipulation, Defendants Murdoch and Thomson waive any argument relating to personal jurisdiction in this matter.

(d) If Defendants' Motion to Dismiss the Complaint is denied, then Defendant Murdoch's deposition shall occur in person, at a mutually agreed upon location in the United States, within thirty (30) calendar days of the order denying the Motion to Dismiss.

(e) Within three (3) calendar days of this Order, Defendant Murdoch shall provide Plaintiff with a sworn declaration describing his current health condition. Defendant Murdoch shall also provide regularly scheduled updates to the Plaintiff regarding his health and alert Plaintiff if there is a material change in his health. Failure to provide updates in the agreed-upon manner, as set forth in the Abatement Agreement, shall result in an expedited deposition of Defendant Murdoch.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE