# EXHIBIT 5

Voice Over:

There must be more to life than having everything.

Donald

Yes, there is, but I won't tell you what it is.

Jeffrey

Nor will I, since I also know what it is.

Donald

We have certain things in common, Jeffrey.

Jeffrey

Yes, we do, come to think of it.

Donald

Enigmas never age, have you noticed that?

Jeffrey

As a matter of fact, it was clear to me the last time I saw you.

Donald

A pal is a wonderful thing. Happy Birthday—and may every day be another wonderful secret.

Donald J. Trump

HOUSE_OVERSIGHT_000165