# EXHIBIT 9

WSJ   Barron's   MarketWatch   IBD                                                    WSJ | Buy Side

DJIA 46315.27 0.37% ↑   S&P 500 6664.36 0.49% ↑   Nasdaq 22631.48 0.72% ↑   Russell 2000 2448.77 -0.77% ↓   U.S. 10 Yr

# THE WALL STREET JOURNAL.

Amanda Levine ▼

English Edition ▼   Print Edition   Video   Audio   Latest Headlines   More ▼

Latest   World   Business   U.S.   Politics   Economy   Tech   Markets & Finance   Opinion   Arts   Lifestyle   Real Estate   Personal Finance   Health   Style   Sports

WASHWIRE BLOG

## Donald Trump Says His Lewd Comments About Women in Unearthed Video Were 'Locker Room Banter'

By WSJ Staff

Updated Oct. 7, 2016 5:11 pm ET

🎁 Gift unlocked article

Donald Trump, faced with the release of an old recording in which he speaks in crude sexual terms and recounts his pursuit of a married woman, said his lewd comments were "locker room banter" and apologized "if anyone was offended."

The comments mark a fresh setback for Mr. Trump, whose derogatory remarks about women, immigrants and others have haunted his campaign. In recent weeks, his feud with a former Miss Universe over her weight was seen as another stumble for the candidate, who previously carried out public fights with a federal judge and the parents of a war hero.

The Washington Post and NBC News reported Friday on a video from 2005 in which Mr. Trump is having a conversation with TV host Billy Bush as they arrived at a location for Mr. Trump's cameo on the soap opera "Days of Our Lives." (*Warning: The video contains vulgar language*)

In the recording, Mr. Trump says: "You know I'm automatically attracted to beautiful -- I just start kissing them. It's like a magnet. Just kiss. I don't even wait…

"And when you're a star they let you do it. You can do anything…Grab them by the pussy. You can do anything."

In the tape, he also refers to a married woman whom he says he tried to seduce.

"And I moved on her very heavily. In fact, I took her out furniture shopping. She wanted to get some furniture. I said, 'I'll show you where they have some nice furniture.'

"I moved on her like a bitch, but I couldn't get there. And she was married," Mr. Trump said in the recording. "Then all of a sudden I see her, she's now got the big phony tits and everything. She's totally changed her look."

The Washington Post said it believed the video was recorded in September 2005. Mr. Trump had married his current wife, Melania Trump, in January of that year.

In a statement, Mr. Trump said: "This was locker room banter, a private conversation that took place many years ago. Bill Clinton has said far worse to me on the golf course - not even close. I apologize if anyone was offended."

"This is horrific," said Christina Reynolds, a spokeswoman for the Hilary Clinton campaign. "We cannot allow this man to become president." The campaign tweeted out that statement as well.

A spokesman for Mr. Clinton didn't respond to a request for comment.

01

"This is horrific," said Christina Reynolds, a spokeswoman for the Hilary Clinton campaign. "We cannot allow this man to become president." The campaign tweeted out that statement as well.

A spokesman for Mr. Clinton didn't respond to a request for comment.

The Trump campaign's swift response to the video, and his rare gesture of regret, suggest that his advisers immediately sensed the likely impact from the comments on his candidacy.

Mr. Trump has consistently had a problem with being viewed negatively by women voters. In the September, WSJ/NBC poll, 24% of female respondents had a positive view of the Republican nominee, while 64% had a negative view, with 53% rating it as "very negative."

When all voters in the same poll were asked if they were concerned about Mr. Trump's language about women, immigrants and Muslims, 54% of the respondents said they had major concerns.

More

Clinton Targets Tax Increases at the Very Top of Incomes

The Second Presidential Debate: When, Where, Who

Town-Hall Format Will Test Candidates

## What to Read Next

**MEDIA & MARKETING**

### Inside Disney's Abrupt Decision to Suspend Jimmy Kimmel's Show

September 18, 2025



The late-night host wanted to address the firestorm over his remarks about Charlie Kirk's killing on Wednesday's show. Company leaders worried it would make matters worse.

Continue To Article

**STYLE**

### Charlie Kirk Made Her a Star. Here's How She Plans to Honor Him.

September 18, 2025



Alex Clark, one of Turning Point USA's most prominent female voices, says she is committed to bringing more women into the movement.

Continue To Article

Advertisement


The Big Beautiful Bill Is Reshaping Corporate Spending

---

**Most Popular News**

Inside Disney's Abrupt Decision to Suspend Jimmy Kimmel's Show 

Charlie Kirk Made Her a Star. Here's How She Plans to Honor Him. 

Johnny Carson's Longtime Malibu Home Lists for $110 Million 

Amex Revamps Its Platinum Card, Raises Fee to $895 

RFK Jr.-Backed Panel Advises Against MMRV Combo Vaccine for Young Children 

**Most Popular**  OPINION

The FCC, Disney and Jimmy Kimmel 

Gatekeepers and National Traumas 

Now the Right Muzzles Free Speech 

Why Johnny Can't Add Anymore 

Israeli Lasers and American Defense 

02