# EXHIBIT 4



HOUSE_OVERSIGHT_000001

# CONTENTS

PROLOGUE                    Ghislaine Maxwell

FAMILY                      Paula
                            Seymour
                            Mark

BROOKLYN                    
                            Warren Eisenstein
                            Neutral
                            Terry Kafka
                            Michael Buchholtz
                            Dr Stephen Levy

GIRLFRIENDS                 

CHILDREN

FRIENDS                     Ron Altbach
                            Leon Black

                            Jean luc Brunel
                            Bill Clinton
                            Alan Dershowitz
                            Bill Elkus

Bran Ferren
Henry Jarecki
Nick Leese
Peter Mandelson
George Mitchel
Nathan Myhrvold
Joel Pashcow
Jo Pagano
Alberto Pinto
Stuart Pivar
Donald Trump
Henry Rosovsky

█████████

Lesley Wexner
Mort Zuckerman
Unknown

SCIENCE

Gerry Edelman
Murray Gellman
Steve Kosslyn
Martin Nowak
Lee Smolin

GIRL- FRIENDS



SPECIAL ASSISTANTS



BUISNESS

Ace Greenberg

Jimmy Cayne
Ted Serure
Elliot Wolk
Ira Zicherman

THE NEXT 50 YEARS

HOUSE_OVERSIGHT_000004

Jeffrey

The idea behind This
book was simply to gather
stories and old photographs to
jog your memory about places
people and different events.
Some of the letters will definitely
achieve their intended goal—
some well... you will have to
read them to see for yourself.
I know you will enjoy looking
Through the book, and I hope you
will derive as much pleasure
looking Through it as I did
putting it together for you

Happy Happy Birthday

Love

HOUSE OVERSIGHT





These were your cody guards
before you began traveling with
presidents and getting the
army and secret service to
greet you.



No graduations kept!

HOUSE_OVERSIGHT_000008



JUL - 57

The first boyfriend?



As you were then

HOUSE_OVERSIGHT_000010





Ya go fran
Brooklyn

to . . . .



HOUSE_OVERSIGHT_000012



from a
Smaller
plane to a
bigger
plane -
Nice Logjs



From what
you thought
was a
huge
amount
of luggage



To a
truly
huge
amount
of
luggage

HOUSE_OVERSIGHT_000013

Zorro



Poop

New York

Palm Beach

908 JE
909 JE

Sboats

20 + Cars

and Ten Yar.
added a
train
and Ten.....

Little of Jeff



HOUSE_OVERSIGHT_000014







look closey
and you
can see no
lire you have
been looking
for



← The first
date
Christmas 1991.



HOUSE_OVERSIGHT_000017









Aug. 5. 1934

HOUSE_OVERSIGHT_000018



JAN. 1957



HAPPY 50th Birthday

May 2003 prove To Be

the year you are most HAPPY

Dear Son JEFF.
        I HAVE been very busy

REMINISCING since Ghislaine
asked me to write about you for
your book. I keep thinking
about then and now.
        My father drove Seymour and
me to the hospital that cold, snowy
day in January to become parents of
a beautiful, healthy son, Jeff
you have been a good son from
day one and we have been proud
of you ever since

HOUSE_OVERSIGHT_000020

①

I recall you refused to go to sleep

unless I read a story from Grandma's

Golden Book that she bought for 25¢.

Grandma visited us every Saturday.

~~Today~~ You are still An Avid reader —

Books cost ? dollars.

I knew you were an exallent

student because your report cards were

"A plus." At PTA meetings I begged your

Teachers To help improve your

handwriting.

At age 5 you had your first

accordion lesson. Lessons later Teacher

Mr. Matos booked you in Carneige Hall.

You won prizes in Prospect Park, Central

Park + other local competitive prizes.

Today — Do you know where

your accordion is?

You also played at your Bar Mitzvah

And Uncle Lenny's Bar Mitzvah.  ②

HOUSE_OVERSIGHT_000021

After a Time of Piano Lessons Mr. Jerome Jolles recommended you to Interlochen where you had fun. I don't know if it improved Your Piano.

Today you own A Log cabin there.

AT age 27 Cosmopolitan magazine featured you as "Bachelor of the Month."

Today you still hold that TITLE.

We objected 100% to your going to Europe at that Time. After graduation we would have seen to it you would Travel as a Gentleman tourist. Instead you went with Terry Kafka — We Pictured you coming Home tired, under nourished — sickly. To our surprise you looked great and had a great Time —

Your experiences in Europe helped you get the job at Dalton.

③

Today - a limousine awaits
you as a dignitary.

Jeff, I'm so sorry that Dad can't
share the NACHUS we have regarding
your achievements. He would HAVE been
overjoyed reading the article about
you in the New York magazine.

I was looking at family
Tapes. We had many, many, parties,
anniversary parties etc, you enjoyed
being there.

Today you AVOID gatherings,
Parties — why?

Tonite is the deadline I
must get this manuscript to
Ghislaine.

If I know me, as soon
as I mail it. I will think of
WHAT I SHOULD of said.

(4)

①

7703

863

H83

area 76

582-

3446

I WAS - BORN DEC 4, 1916

I REMEMBER MOVING TO
WILLOUGHBY AVE near St JOHN
LAW - School. ~~the~~ We lived
next to a Convent

MY Best Friends were Woasey
SOORD and ABE LABOTO

I remember waiting For my
father at 30 Walton St where I
He owned quite few dim Trucks
which the were transporting
used BRICKS

Then we moved to 454 CROWN ST.
where we stayed only 1 YEAR
Then we Moved to 510 CROWN STREET
where I went to P.S. 161 — I
Graduated June 27, 19 30
I also went to Hebrew School
UNTIL I was Bar - Mitvahed
I was Bar MITZEED on a
Thursday MORNING IN The Rebbens House
HIS NAME WAS Swedling
MY FIRST JOB AFTER WORKING
for my father was in CCC
CAMP — in California where I
fought fire for about weeks

(2)

I was there for 6 months in 1939
and went He enlisted until 1940 -
1941 — I was drafted in the Army —
Before that I had a try out with
the B.K.Lyn. Dodges — After being
discharged in 1945. I lost out
being a base ball player — The
FIRST JOB I had in 1948 was
for G/N. Bels Bros selling greeting
cards and also selling Electric Trains
for the Lionel Electric Trains Co.
The next job I had was selling
shirts for M. seigs + also selling cutlery —
I then worked for SAKE 34TH ST —
selling shirts and also SAKE FIFTH
ave — Then I got a job working
for the purchasing DEPT — for N.Y.C
The next job I had was a
conductor for the FRT. SUBway
which lasted for ABOUT 3 years
1949 - 1950 — 1953 - 1956
Then I got a job in the DARK
Dept — N.Y.C from May 16 - 1956
thru 1953 when I had 2 HEART
ATTACKS — Then I retired —

2½ years

I born Seymour Epstein on December 4, 1916
was the first beautiful baby born
to Julius & Bess. Bess was truly a
beautiful woman — I saw this myself
as I was growing up. Julius was
a short stockey man — This great event
took place in a New York Hospital
329 West 28th. My father was in
the wrecking Business — My father
was born in Russia. My mother was
born in Brest La Tore in Poland —.
My father started his business in the
year of 1900. He was in business for
44 years before he passed away. He lived
on Willoughby Ave when I was a young boy.
Then we moved to Crown Street in Bklyn
while living on Crown St. I was drafted
into the U.S. Army — Aug 1944 Before
I was drafted I enlisted in the C.C. Camp
which was in Boca — California. I stayed
there until 1940. Then I was Drafted into
The U.S. Army. My Mothers parents —
there names were Esther Fischer —
My Mother Had 1 step sister
Her name was May Faber —
My Mothers Brother was George & Lew Fisher
She had more sisters & brothers —

HOUSE_OVERSIGHT_000026

*(left margin, vertical text)* We lived on Willoughby Ave.

*(left margin)* With my 4 ½ Brother Phil

I don't recall how many or there
names — My grandfather died at
an early age — I have one Brother
that was born May 11 — 19 —
I STARTED school when I was 6 years old —
while in school I was a fairly good
student — until I graduated —
The Teachers I liked best was
Mr. Fox — Mr. FRANK & Mr. Miller &
also my Geog. Teacher — Mrs Fazenders —
Mr Fox used to take the class
to Ebbets field To see the Brooklyn
Dodgers Play — Mr. FRANK was
the SHOP TEACHER My Miller was
the Science. Teacher —

HOUSE_OVERSIGHT 000027

My fathers brothers —

① PHIL — Died of a HEART ATTACK

② MAX — was a PLUMBER also DIED of HEART ATTACK

③ MEYER — was a C.P.A

He died ▓▓▓▓ stepping on a RUSTY NAIL

My father had 1 SISTER, her name was Mamie RABINOWITZ —

I attended P.S. 161

After I graduated — I went To Hebrew School on CROWN STREET

My Teachers name was MR Brosdam

I was Bar-MITSVA'ED ON THU AFTERNOON

My Teachers name was MR. ZWERDLING —

AFTER — GRADUATING HEBREW School I went TO ALEXANDER HAMILTON HIGH School, where I STAYED for 3½ years —

NEVER — GRADUATED — I quit SCHOOL BECAUSE I NEVER — LIKED SCHOOL —

AFTER I quit SCHOOL I WORKED for my FATHER — on WALTON ST — BKLYN —

I WORKED for HIM FOR ABOUT 3 years EARNING $20. Wk — AFTER WORKING FOR HIM — I joined THE C.C.C. CAMP —

They sent me TO Boca, CALIF. where I stayed from 1939 — 1940 — Then I came HOME TO CROWN ST — Couldn't FIND a JOB until I WAS DRAFTED IN THE U.S. ARMY on AUG. 7, 1941.

I was sent To Bermuda where I stayed
36 mo until Oct. 13 - 1945 — I made many
Friends in the ARMY —
My DUTIES IN THE ARMY was K.P.
+ finally they made me a 1ST CLASS
GUNNER on a BIG GUN — MY BEST
Friend was John FERRIS — and also I
Met my SGT. FRED Rodack —
I enjoyed my STAY in Bermuda very much
When I was discharged from Ft. Monmouth
New Jersey I was sent home — To
a empty House. My mother Had a nervous
Breakdown — Sidney DUBIN - a Candy Store
owner Told me where she was —
She was in NURSING HOME IN ASTORIA Queens —
When I arrived there. I saw her my mother
was — I then asked the doctor how she was
He told me not so good. They HAD TO give
HER SHOCK Treatments — every 3 DAYS —
When I saw her again ~~there [illegible]~~
she seemed better. She stayed there
for about 1 year. They sent her Home
on and off — finally she passed away
Sept. 16 - 1960 — in a Hospital in HEMPSTEAD

L.I.

HOUSE_OVERSIGHT_000029

~~After my mother died~~

I applied for the Pk Dept Job in 1952. I waited until May 416 - 1956 for the Job. I then started working for The Park - Dept. I worked in every Park in the District in Dist 9. BKLYN I ~~enjoyed~~ working for The Park - Dept ~~~~

I started working for Gimbel Bros selling - Sporting Goods - & Electric Trains. I stayed in Gimbels for about 2 years. I then worked for Macys Allowa Cutlery until 1950 - Then I got a Temporary Job as conductor on the I.R.T. I worked until 1951 - when I met my lovely wife Paula - on Jan 20 1954 my wife gave Birth to Son #1 - Jeffrey. Then my wife gave Birth to Son #2 Mark - born 1954 July 14 - We were in the country - where I didnt feel good on the bus going home. When I reached home I had the 1st Heart Attack on May. 31st 1983 - While in the Hospital I had my 2nd Heart Attack - I stayed in the C.I. Hospital Intensive Care. The conditions in The Ward was so Horrible That my

in 1948

HOUSE_OVERSIGHT_000030

Son JEFFREY Transfered me To BEEKMAN DOWNSTATE IN A PRIVATE AMBULANCE — AFTER COMING HOME FROM BEEKMAN — DOWNSTATE. I never went back To work Because the WORK was to STRENUOS — I retired after 27 years. I then STARTED To work for mark on Nov 3 1982 for 3 DAYS a week. Mon — WED. FRI —

I AM STILL WORKING for MARK —

We THen took a TRIP To ISRAEL IN NOVDA 1985 — We VISITED my WIFES Realatives — We stayed AT THE PIAZA HOTEL — TEL-A-VIV where we went To my sons friends WEDDING — We STAYED IN TEIA VID FOR 5 DAYS. THEN — We went To THE KING DAVID IN JURDSOLUM — where my son JEFF HIRED a LIMO — To TAKE us AROUND — WE STAYED IN J. FOR ABOUT 4 DAYS ARRIVING Back HOME — ON MY BIRTHAY DEC. 4, 1985 —



HOUSE_OVERSIGHT_000032





HOUSE_OVERSIGHT_000033

# BROOKLYN

HOUSE_OVERSIGHT_000034



Jan 20, 1954

To. Francel

from

Your Best Boy

Jeffrey Edward

Epstein

HOUSE_OVERSIGHT_000035

HOW I REMEMBER JEFFREY


JEFFREY WAS BORN AVERAGE IN SIZE
A DAZZLING SMILE , LAUGHING BLUE EYES

THE MIND OF A TRULY GREAT MATHEMATICIAN
TO ME HE IS SOMEONE BEYOND ALL DESCRIPTION

MY CONTRIBUTION, A SIMPLE TOY
FOR SUCH AN OUTSTANDING LITTLE BOY

HE ASSEMBLED THE THOUNSAND OF NUTS, SCREWS & BOLTS
CREATED AN EMPIRE WITH ASTOUNDING RESULTS

THE MEMORY I SHALL NEVER FORGET
IT ALL STARTED WITH AN ERECTOR SET.


LOVE YOU FOREVER

FRAN

HOUSE OVERSIGHT 000036

QUINQUAGENARY EDITION                                     2 CENTS
ABSOLUTELY NO CIRCULATION                           NO GUARANTEES

# THE
# SEA GATE
# CHRONICLE

## Accordion Torture

**By Robert Wolfe**
Sea Gate Gazette

A Sea Gate boy was forced by his mother to play "Flight of the Bumble bee" and "Saber Dance" on his squeeze box, 100 times a day for 5 years. By the time the lad became proficient, he was able to play the tunes 100 times in 10 minutes. Firemen from the 318 Hook and Ladder Division were always called in for his daily recital, in order to douse the flames if the boy's fingers caught fire from his dervish-like playing.

Months later, the musical lad's mom, again forced the boy against his will, to perform the two pieces at Carnegie Hall in front of thousands attending. She threatened to withhold his treasured Nathan's lobster salad, if he refused to perform perfectly. He performed once again, and was treated to a one-pound container of his favorite delicacy.

## Seafood Diet??

**By Bubbles Axelrod**
Coney Island Gourmet

Coney Island Health officials reported today, that a boy survived the first 13 years of his life eating only Nathan's Lobster Salad and drinking Sunny Boy Orange drinks. His mother (cont'd pg. 2, column 1)

HOUSE OVERSIGHT 000037

specifically went to the beach to buy the Sunny Boys complete with conical wax coated containers and the metal ring at the mouth. She claimed the metal ring gave her son bigger lips for playing saxophone and bassoon; and the lobster salad, she believed would make her son a genius. The mother was committed to an insane asylum in Florida, and the boy believes he has 2 jets, an island, a ranch, mansions and a sexy English socialite girlfriend.

After the boy was taken into custody by officials and fed lox, bagels and cream cheese, the hallucinations disappeared. He was given a ¾ length black leather coat and returned to his daily activities of providing free ice cream and candy to his friends (courtesy of Jack's Firestone luncheonette).

# Beach Attack

### By Lawrence Dyck
Sea Gate Observer

Lloyd Bridges "Human Fish", a water monger, and a local t-shirt clad Hippo were attacked by a school of deadly Coney Island Whitefish. The attack occurred last Saturday just off the Sea Gate Cabanas at Beach One. The enraged Hippo then clammed indiscriminately, and repeatedly on the chests and faces of the other victims. The "Human Fish", and the water monger also reported a curious yellow warmth in the seawater when they came close to the Hippo. The swimmers thanked the Hippo for

throwing a fit and clamming, as it scared the school of whitefish off. All beaches are flying a Coney Island Whitefish warning flag for the remainder of the swimming season.

# Nickel Artist Arrested

### By Lillian Fisher
Handicap Times Magazine

Coney Island's Melvin Fromholder was best known as "Mad Mel" the nickel carver. Mel had the uncanny ability to cut everything off a buffalo nickel, leaving only the buffalo and the "ring" surrounding it. Customers would travel from all 5 boroughs and wait months to buy one of the hard-to-get coins. A local wisecracker named Larry-John Streitman, tried to pump Mel for information on how to mass-produce these coins. Fromholder was insulted and became enraged. Mad Mel lived up to his name when he stabbed Streitman in the "Stomach and the Leg" 10 times. Ironically, Streitman was wearing a cheap copy of Mel's original "No Hassle Band" on his wrist when he was attacked. "If it wasn't for the "No Hassle Band", said Streitman, " I woulda been dead".

Fromholder is doing hard time, and can't fill customer's orders for the nickels because officials refused to let Mel have his tools. You'd better get in line; Mad Mel's in for 5 years and he's got 5125 orders for the prized buffalo nickels.

# Europe on a Budget

**By Yehudah Leibig**
Sons of Israel Travel Guide

Two Sea Gate teens claim to have started out with $500 each, and managed to travel Europe for 2 months. The boys hitch-hiked, wandered and adventured through Europe while their stupid friend served hamburgers and french fries at Nathan's. The two returned with long hair, suntans and 2 brand new Triumph Tiger 500 Motorcycles; they even had change to boot. One of the two actually lost 40 pounds, because of the serious lobster shortage in Europe.

# Dirt Brothers Arrested

**By Richard Freed**
Tutoring Are Us Magazine

Once again, the infamous "Dirt Brothers" were seen on Sea Gate Avenue illegally dumping drain oil from their "Lemon" Camaro. Sgt. Gino "Gene" Venezia arrested the two brothers. Judge Phil Russick found the Dirt Brothers guilty and sentenced them to 48 hrs. confinement with Bobby Wolfe, Larry Dick, Dicky Friedman, Donnie DiPasquale, Gerald Bullah, ███████ and ███

███ Upon release, the elder brother commented, "screw it, next time we'll take it to the grease monkey".

# Hunchback Dies

**By Not so Lucky Luckfeld**
Firecracker Chronicle

Robert Avner, Coney Island's only living hunchback died last week of an infected hunch. Observers witnessed Avner screaming at his friends for help with his itching back. "Scratch like a bitch, scratch like a bitch" he pleaded, but it was too late; no one would scratch the infected hunch. Avner died of whiplash from repeatedly turning his head to far left and far right during his last minutes.

# Teen Bitten

**By Mrs. Shmolowitz**
Woolworth Newsletter

A Sea Gate teenager (name withheld) was viciously bitten on the neck by crazed Steve Jankowitz. The bitten youth was found crying after witness "Count Hymie" recounted the (cont'd. pg. 4, column 1)

4

gruesome details. Sea Gate cops were unable to capture the foaming-mad Jankowitz, which resulted in the victim being forced to have 29 injections in the stomach. A Bite Alert has been announced and posted on the Sea Gate Chapel Bulletin Board.

# Dermatologist Fights Fire

**By Robert Ardigo**
Pizza Face Pages

# Pizza Man Goes Berserk!

**By Yetta Parnes**
Yenta Times

Pizza man Luigi Tortoni flew into a fit of rage after employer Arthur Stern (owner of the famed restaurants, "The Spot" and "The Riviera Snack Bar") told Luigi that he would start using fake cheese in his pizza. Tortoni exploded and held Stern at knife point until Sgt. Gino "Gene" Venezia of Sea Gate Police S.W.A.T. team negotiated with the mad Italian. The straight-jacketed Tortoni was promptly shipped back to Italy. Sources report that Luigi Tortoni is now a famous spumoni scoop designer frequently seen on the prestigious Vespa racing circuit.

World renowned Pimple Expert Dr. Shin Ho Yep claims the secret to a great complexion is in his secret formula. Hundreds of butter face teens flock to Dr. Yep's office off Ocean Pkwy. in Brooklyn to obtain much needed help. The Dr. applies his "secret formula" to kid's faces and within seconds their skin feels like a raging inferno. Some patients wail in agony from the fiery concoction, and if they scream loud enough, Yep says "just 10 more minutes". If they start to cry, Dr. Yep proclaims "OK we put out fire now". He takes a tissue and puts 2 drops of water on it and barely dabs at the blistering skin. Chemical analysis of Yep's "secret formula" found it to be nothing but a combination of straight hydrochloric and sulfuric acids.
The results: a cranberry sauce red appearance immediately after treatment, but after two weeks, all but one kinky haired Sea Gate boy , had a peaches and cream complexion.

## Fast '56

**By Larry John Streitman**
Double A Fuel Magazine

Sea Gate's Sgt. Gene Venezia amazes the community with his nitro methane burning "Stormin' 56 Plymouth. Custom painted in an aqua blue funny car color, this eye catcher dazzles all onlookers. With it's four-on-the-floor Hurst T-shifter, twin Holley 4 barrel carbs, a blue printed 454 Hemi, headers and extra leaf springs, Sgt. Gene brags, "whattayamean?,,, it gets up to 50 on the Belt Pkwy. ....why these Sea Gate snot rags could only dream of owning a supercar like this".

## Cap, Gown And What??

**By Stanley Komito**
Lafayette Legend

Four rebellious Sea Gate boys, two of whom barely graduated, were caught wearing dungarees and Beatle Boots under their graduation gowns. The graduation exercises took place at a famous movie theater in downtown Brooklyn. One of the cocky boys remarked "Hey what are they gonna fail me now??"

## 2 Barely Graduate

**By Carl Ashby**
Health Ed Journal

After making a mockery of phys-ed class for the majority of their senior year, Coach Gary Lasker pulled two teens from gym class 6 weeks before graduation and gave them the bad news: they weren't going to graduate!! Although the 2 boys had virtually straight A's in academics, they were total losers when it came to gym. They pleaded with Mr. Lasker and asked what they could do to make it up. After thinking about a just punishment, he required the students to double time in every gym class. They had to do twice the exercise, twice the running, as well as lead the class in exercise until the end of the school year. Lasker also humiliated the boys in front of each and every class, but allowed them to graduate with a grade of one point over the minimum passing grade of 65.

## Yellow Laundry Mystery Solved

**By Beatrice K. Cooper**
Read a Book-a-Day Club

An obese Sea Gate family started to notice that their laundry mysteriously started turning yellow every time they removed it from (cont'd pg. 6, column 1)

HOUSE_OVERSIGHT 000041

6

the clothes line. Mrs. Bulla claims she uses Clorox bleach in every wash load, but the laundry curiously turns yellow and has an ammonia smell after it dries. This happened for months until her son Gerald started doing some detective work on his own. After 2 more months of surveillance, Gerald Bulla caught the culprit red (or should I say yellow) handed. The Bulla's downstairs neighbor's son had been repeatedly squirting the laundry with a squirt gun filled with an unknown yellow liquid. The Bullas were forced to move away after more highjinks occurred.

## 5th Graders Clean up Coney

**By Nelly Bly**
Graves End Books

Mr. Stephen Levy whip-trained his over-achieving class 5-3 until they mastered Easy Steps March and Aida. Only then would he allow them to be featured in the Prestigious Coney Island Clean Up Campaign Parade. The long awaited Parade arrived, and the fifth graders had to march in sweltering 110 degree heat. Fifteen of the 45 kids suffered heat exhaustion, and one saxophone player continued marching and playing until midnight. The Sea Gate boy marched until his pinky toe popped through the side of his signature blue Keds boat sneakers. He was awarded the "Schmuck of the Coney Island Clean up

Campaign " award. Because of the notoriety the student gave Keds, they offered him a lifetime supply of the sneakers, as long as those were the only shoes he would ever wear in the future. The same offer came from a local sweatshirt manufacturer, but they eventually went out of business after giving the kid so many free sweatshirts. He still wears them today, but has his kid brother silk screen different logos on them such as "POLICE", "ZORRO" and "SHMITKA"

## Teacher Almost Gets the Boot

**By Emil Suskind**
P.S. 188 News

Sixth grade teacher Ed Goldsmith, was never known to be a conventional thinker by his peers, but his students really enjoyed his non-conformism. With his dry wit and different way of looking at things, the students were always educated, as well as entertained. His colleagues never respected Goldsmith and probably resented his odd approach.

On assembly day in April of 1964, Mr. Goldsmith, an accomplished jazz pianist, played the national anthem in a "jazzed-up" version, and sent the auditorium reeling into a near riot. The teachers hated the rendition, calling it a mockery and a disgrace, while the children clapped and snapped to the coolest version of the anthem they'd ever heard!

On the next day, Mr. Goldsmith was handed his walking papers by the school administration, and made an announcement to his class, that he was forced to leave. The (cont'd pg. 7, column 1)

students were dismayed, some to the point of crying. When they notified their parents of the administration's decision, students along with their parents went on strike the following day. They demanded a reversal of the decision, stating that the teacher was the one most influential persons contributing to the student's creative thinking. After a multi-hour standoff, the administration backed down and allowed Mr. Goldsmith to continue teaching until the end of the term. Ed Goldsmith stated that he would not return to the school after that year.
The kids really loved that man.

# Peddle Pusher Throws Party

**By Scott Pearl**
Mercedes Aficionado

Paula the peddle pusher, threw a birthday bash for her pride and joy Jeffery Edward last week at the posh, exclusive, Surf Lanes in Coney. She went hog wild and provided free shoes, 2 games, hot dogs, hamburgers and soda to about 15 of the boys friends. And who do you think bowled high score? You guessed it. Later on, Paula admitted , "I only invited the most talentless bowlers, just to make Jeffery look good".

# Math Teacher Is Hung!!

**By Paul Medici**
Math Team Newsletter

Famed diminutive math teacher Joseph "Mighty Joe" Rothman, has been a fixture at Mark Twain JHS for over 35 years. Students have taunted the midget math man ever since he started teaching. Year after year of being teased by the kids have caused the man to lash out at new students before they ever had the chance to bother him. This year was different; when he failed two students due to personality conflicts, rather than poor grades, the students held a "lynching" right in the classroom. Mighty Joe was hung by his sport coat, on a coat hook, in the students' wardrobe. Both students were expelled from school and Mr. Rothman only had his pride hurt. To this day, Mighty Joe still teaches math at age 112.

# Hot rides in "the gate"

**By Larry John Streitman**
Double A Fuel Magazine

It's summertime in Sea Gate and car enthusiasts from around the world try their best to get into "the gate" for the most craved auto exposition in history. Some of the

(cont'd pg. 8, column 1)

most treasured vehicles include: Larry John Streitman's Flamin' 69 AMC Javelin, Howie Dorf's "Listen-my-friend" 68 Plymouth Barracuda, the Amazing "Dirt Brothers" Camaro (so many mixed up parts, it has no year), Stoned Lloyd Kaplan's Super Smoker 69 T-Bird, Harold Sokol's 69 Dime-Pitch Karmann Ghia, Warren Eisenstein's fully customized 62 VW Bug with special hand applied gold metal flake paint and flame pin striping, Mike Buchholtz's Neck Bracing 69 VW Squareback, Terry the K's Black 58 Little Window VW Bug, ██████, 70 Rock-me "Baby Carriage" VW Convertible, Timmy the K's Super Stock- runs-good-downhill '62 Chevy, and don't forget world famous Sgt. Gene's Stormin' 56 Plymouth!!

# Near Drowning in Chocolate

**By Willy the Soda Jerk**
Firestone Candy Papers

A brillo haired teenager was nearly drowned in Fox's U bet chocolate syrup when his four friends held him down and poured 10 jars of the thick, rich, velvety egg cream component. After 5 minutes of the syrup torture, the kinky teen suffered from terminal acne and was immediately ambulanced to Dr. Shin Ho Yep, a pimple specialist. The Dr. refused treatment, as the acne was too far-gone. " To much peempoo; cannot fix", the doctor, said. The crater-face teen now has to check his oil every 10 minutes, for fear of greasy build-up. As punishment, his friends were required to provide him with a lifetime supply of Oxy 10.

# Near Miss on Belt Pkwy.

**By Officer Bits**
Sea Gate Police Bulletin

Last Friday, 3 Sea Gate boys perpetrated a hoax on popular math tutor Richard "Dicky" Freed. One boy set the scam up by mentioning that he needed math tutoring, knowing that Dicky would surely zero in on this "needy student". Freed took the boy onto the Belt Pkwy. in his navy blue 63 Chevy Belair. Once they reached the large gas tanks on the way to Sheepshead Bay, two other boys who were hiding behind the back seat popped up and scared the dickens out of Dicky. He temporarily lost control of the vehicle when both arms went off the steering wheel and up to the roof of the vehicle as he shrieked in fear. The 3 boys laughed hysterically as Freed 's car careened through 3 lanes of traffic, almost flipping over the guard rail. Police reported the incident to the boys' parents. The punishment: 2 boys- no color TV for One week!! The 3rd boy was deprived of his precious lobster salad for one week. Freed returned to normal tutoring after a week of shoe polishing and recuperation from the mental trauma.

# Freak Show

### By Charles Shushan
Coney Island Mentals

It's that time of the year when the Coney Island freak show comes back to town. This year, the show will feature some of the Bear's favorites: Dicky the Penguin Man.... Watch Dicky as he apparently shuffles cards with two stumps; The Tatooed Lady.... "look!!! All meat and no potatoes" ......"and to your own amazement, if I move my muscles, you got moving pictures!!!

Shows are every hour, on the hour. No photos.

# Fans wild over Dynamite Tuna

### By Chaim Gitler
Mermaid Ave. Gourmet

Every so often, a genius comes along with a new recipe that takes the world by storm. The genius this time?... the son of a Coney Island fireman, who worked for months honing the magic recipe for the perfect tuna salad. The entire neighborhood waits on line for hours outside the fireman's house, for just one small taste of the "miracle tuna". Folks can't believe that the young lad had the wisdom or knowledge to create such a masterpiece in tuna.

When asked for the recipe, the teen will only reveal one part of the secret "It has to do with squeezing the oil out of the tuna,

then rinsing it with water", he said. Sources also reported seeing used Hellman's mayo jars in the trash cans behind the house. According to national tuna experts, this could be another major breakthrough in solving the "miracle tuna" puzzle,.

The "tuna boy", as he is now known, commented: "If you like my tuna, wait till you taste my fantastic "Wonder Slaw" cole slaw, and my soon-to-be famous Galliano Milk Shake".

# Teen brings home Brit

### By Merton Boober
I.N.A. Rescue Sheet

A cocky Coney Island teenager met a genuine British Pachoochie and had the audacity to bring her home to live in his parent's house. His mother never trusted the pachoochie and believed that she insidiously sapped the intelligence and manlihood from her son. After months of monitoring and recording observed data, the mother supplied the I.N.S. with all the dope on this wild Englander and had her deported. When the boy regained his senses, he had totally forgotten any details of the British pachoochie.

# Ejected from Singles Weekend

**By Henny Youngman**
Catskills Comics

Coney Island teens signed up for what should have been a fun singles weekend at Kutsher's Country Club, but something went awry. After causing disturbance at the pool, the young men went to their room and made so much noise that security had to come and warn them of probable ejection from the premises. Later on, the trouble-makers arrived at the main ballroom for dinner. Each table was matched with boys and girls for the event. Again, the boys were causing more trouble, and by the time the food was served, the crowning blow occurred. One of the teens known as "Neutral", started eating directly out of the large salad serving bowl. To make things worse, he ate without knife or fork, much like a mad dog. He was actually foaming at the mouth, growling, and jerking his head up and down as he chewed the salad. Needless to say, the boys were immediately escorted from the ballroom, and promptly told to leave Kutcher's without delay.

# CONEY ISLAND CLASSIFIEDS

## DINING

**Nathan's Fries** Large or Big. Call Abey POTAOES OUT RIGHT?? RRRRROlls and Bar BEE Q. Large Pineapple drink. Fried shrimp on a bun. Corn on the cob. Burger with Tzibulis.

**Sam's Knishes** cherry cheese knishes, falafel, no splitting of drinks with friends allowed. Better Kashe Knishes at Mrs. Stahl's across the street

**Dubrow's** Home of the "Handsome Sandwich"

**Foofy's** Go for pancakes at 3 in the morning. "Extra Butta"

**Mary's Heroes** Peppers and Eggs Hero, Meatball, and yeah, don't forget her Ham and Cheese with no hairs please.

**Lin's Gardens** Chinatown at 2 in the morning. Burning hot tea served in water glasses. War Won Ton Soup. Fly Ly and Et Lo for 4.

**Randazzo's** Gimme 2 orders o' scugeel' an' 2 orders o' baked clams oreganata.

**Atlantic Baking** chocolate covered jelly, sprinkles, chocolate covered marshmallow, chocolate covered everything.

**Gitlers** Lousy, but convenient sandwiches. Hymie!! Cash customer!!!

**Totona's Pizzeria** Good burnt pizza while Vinnie Totona screams at his wife and kids.

**Major Meats** All the doctors bought their meat from them. No wonder we were always sick.

**Orange Hoolius** what the heck did they put in that drink to make it foam up?

HOUSE OVERSIGHT 000046

**Prexy's**  The home of the "educated Hamburger"

**Nedick's**  hotdogs served on a folded piece of toasted white bread.

**White Castle**  crappy little square hamburgers with holes in them. They always put those little onions on them. The idiots on the football team used to eat a dozen each at a sitting.

**Coney Island Beach Knishes**  "Hey getcher ice cold orange drink heah", Hey getcher hot Knishes heah". All sold by a loser walking with sneakers on the beach, carrying an old shopping bag with dry ice inside.

**Riviera Pizza**  Luigi's famous pizza made with fake cheese thanks to Arthur Stern's money savin' schemes.

**Joe's Foccaceria Palermitana**  rice balls.

**John's Hero's**  Lafayette H.S.'s favorite hero joint. Best meatball or ham 'n cheese hero.

**Extra Bar**  Best Spumoni: pistachio, chocolate and vanilla. No English spoken.

**Gargiulo's**  Spin the Tumbala you schmuck because you'll never win the free dinner.

**Carolina's**  good baked clams and good "spaghetti garlic and earl"

**Jan's**  Home of the "Kitchen Sink" whatever you can't eat......... "ask Terry if he would gladly throw it away for you"

**Ebinger's**  Good Blackout, Coffee or Crumb Cake. All boxes are tied with string.

**Jack's Good Humor**  Jack, ya got a creamsicle?...Ain't got it!... Jack, ya got a sundae??....Ain't got it!!.... Jack, ya got a fudgesicle???....Ain't got it!!!.... Jack!!, whataya got????? Vanilla pop.......
yeah ????
Fugeddattaboudit.

**Spumoni Garden**  eat pizza, zeppoli and stromboli with the rest og the gumba's

## Personals

**Flagalong ..**  do ya have a flagalong, yes I have a flagalong, do ya wear your jock-a-lot, Yes I wear my jock-a-lot, when I have a long Flagalong   Call ES-3-2262

**Watch out ..**  where the huskies go, and don't you eat that yellow snow!!

**VILLAGE FUGS**  "SING BALLADS OF CONTEMPORARY PROTEST, POINT OF VIEWS, AND GENERAL DISSATISFACTION"

**Looking for**  accordion fake books, prefer the yellow or blue versions.

**If Sgt. Gene**  was here, we woulda been home already.

**Get off the**  beach...beetch; get off the jetty, betty.

**Horny Sea Gate Girls...**lookin' for some thrills. Call ███████████████

**Three guys**  sittin' in a boat; eatum beatum and cheatum. Eatum says to beatum...........????????????

**Shape up**  with Timmy the K. Must fully master these phrases: "OPEN.............. THE DOOR"; and, "Hiram Walker, where d'ya wannit? No guarantees of working ANY DAY.    Call ES 3-8888

**I I I I I I I I**  w-w-w-was almost minus a nephew!!!!

**Bump cabs with us!!!**  Meet on Amsterdam Ave. at midnight and see if you have the balls to ram your cab into ours!! No holds barred, it's you against the other guy.

**Brighton Beach Baths**  Cafeteria: Employees are guaranteed to start a fight over food every hour on the hour. Ketchup, French Fries, Onions and gravy will always fly. Call HI-9-5498

**Brooklyn Movie Theaters:**  Mermaid, Shore, Oceana, Kingsway, Loews Oriental, Benson,
Boston Baked Beans, Non-pareills, Ju Ju Be's, Good 'n Plenty, Bon-Bons, Chocolate Babies, Milk Duds, Malted Milk Balls, Candy Corn,

**Bus Passes Cheap**  tired of paying full fare on buses?? Call for bargain prices on NYC Student Bus Passes          C1242

**Free Long Distance** phone calls anywhere with our famous "GOO-GOO Box". Order now and never pay long distance rates again!!!          R1912

**Subway Tokens getting expensive??**  Ask us about the "Wonder Slug". Not just an aluminum punch-out from electrical switch boxes....these are custom made at a fraction of the cost.  B177

**Swingles,** if you are wild and crazy and want it bad, you're invited to Botany Talk House.  If you're lucky you'll be selected to attend one of NY's most uninhibited orgies. See ya there.          S1969

HOUSE  OVERSIGHT 000048



LARGEST DUDE RANCH IN THE EAST

Direct New York Line
947-7249

Milford 296 7281

MALIBU RANCH
CALIFORNIA

Steve Emanuel                    Bob Schnur

The Sea Gate Association
SEA GATE, NEW YORK HARBOR, N.Y.

Nº 1293

TENANT                          1

Issued to  Warren Eisenstein    9

Address  3570 Laurel Ave        6

Requested by Owner-Lessee  Steinblen   9

Good for one person only • Not Transferable
Carry this card as it must be shown on request.

TYPE 3    Nº 407836
SURFACE & RAPID TRANSIT
Reduced Fare Eligibility Card For High School Pupils

Issued to  WARREN EISENSTEIN
Name of Student (Print)          Date of Birth  4/25/52

student at  LAFAYETTE
Name or Number of School (Print)   Bore  BROKLYN

During the school year SEPTEMBER 9, 1968 to JUNE 27, 1969.

Signature of Official Teacher

The student named above may use the surface line routes and the stations of the
said Transit Divisions named below under the conditions stated on the reverse side.

HOME Station  STILLWELL AVE        Division  B.M.T.
              25th AVE
SCHOOL Station  D 62                Division  B.M.T.

LICENSE VOID UNLESS DRIVER WEARS GLASSES
NEW YORK CITY TAXI and LIMOUSINE COMMISSION
TAXICAB DRIVER'S LICENSE
EXPIRES MAY 31, 1974

WARREN EISENSTEIN

2 1 5 8 4 8

YOU MUST RENEW THIS LICENSE BETWEEN   APR 15 1974 AND APR 19 1974

NEW YORK CITY
TAXI and LIMOUSINE COMMISSION
87 BEAVER ST. - NEW YORK 10005 N.Y.

NEW YORK CITY TAXI and
TAXICAB DRIV
EXPIRES M.

TERRY B.
KAFKA

2 1 8 7 6 3

MAY 6  1974

YOU MUST RENEW THIS LICENSE BETWEEN

NEW YORK CITY
TAXI and LIMOUSINE COMMISS
87 BEAVER ST. - NEW YORK 10005
MICHAEL J. LAZAR, Chair

30M/12/71

ADELPHI ACADEMY
8515 RIDGE BOULEVARD
BROOKLYN, N.Y. 11209

June 7, 1969

To Whom It May Concern:

This is to certify that
WARREN EISENSTEIN ..........has

successfully completed an approved course

in Driver Education at Adelphi Academy,

consisting of six hours behind-the-wheel

instruction as well as classroom lecture.

Very truly yours,

H. B. Kesslin

H. B. Kesslin
Director of
Driver Education







HOUSE_OVERSIGHT_000050



## BACHELOR OF THE MONTH

▷ Financial strategist Jeffrey Epstein, 27, talks only to people who make over a million a year! If you're "a cute Texas girl," write this New York dynamo at 55 Water St., 49th floor, N.Y.C. 10041.

PHOTO BY STEPHEN OGILVY

HOUSE_OVERSIGHT_000051





HOUSE_OVERSIGHT_000052



HOUSE_OVERSIGHT_000053






HOUSE_OVERSIGHT_000054

To Warren

Dark as the night
not witty not bright.
As he goes through the halls
people skip and stare.
To see a jewish boy with dark
fuzzy hair.

Your tutor
Jeff Epstein

SEND THIS POOR
STARVING CHILD
OF NATURE A
NICE CAN OF
DYNAMITE TUNA
COULD YOU HAVE IT
ON YOUR CONSCIENCE
NOT TO?







HOUSE_OVERSIGHT_000056

GIRLS ON MY BOAT

We picked up girls on Beach - went out
on Boat. I tell them with Knife in my hand
to take suits off. But Warren tells Dont
worry his Name is J.N. hes just Joking
he Live at so+so, I Tell Mark to thaow him
into water, he Did



HOUSE_OVERSIGHT 000057

Castaways Vol. 1

I was Porking Some girl in Bed
+ Jeff Brings in the main to make Bed
she Left screeming + never came Back

Were Both in Bed Porking Some girls
I said what Do you think., while he's
Shoving Penicillum Down My throat.

I went the whole day without Speaking
English, Jeff told everBody I was Raised
on A Boat in Brazil, when I come out of
the Bathroom BRushing my teeth + spit the
foam on the floor, Jeff says thats how they
Do it in Brazil

HOUSE OVERSIGHT 000058

CONCORD Hotel

Jewish singles weekend
Sit us Down at table with ugly girls & I told
them Don't you have any Pretty one's

We get in Room Jack say's Don't touch my
hair, you DUMP water Right on his head
then we set Room on fire.

throwing food in Dining Room, No one would
serve us - so they put us By Kitchen

Gave us all our Money Back + told us to
Leave + Never come Back

HOUSE OVERSIGHT 000059

CONCORD Hotel

Jewish singles weekend
sit us Down at table with ugly girls & I told
them Don't you have any Pretty one's

We get in Room Jack says Don't touch my
hair, you DUMP water Right on his head
then we set Room on fire.

throwing food in Dining Room, No one would
serve us - so they put us By Kitchen

Gave us all OUR MONEY Back & told us to
Leave & Never come Back

HOUSE_OVERSIGHT_000060

 + ▮▮▮

Two very young girls Probable just 17 + were Riding in My fathers caddy, Aarx Ave top Down smooching it up in care. DRop dead Laughing

Ocean Reef TRip

start off you get speeding ticket, your with ▮▮▮ + here Mothers Looking at Me Like I'm a Box of caNDy -+ SHoving food the whole time DowN My Mouth.

the Boat Ride in ▮▮▮ BirtHday Present Boat

 the Rabbi's Daughter.

Jeff would call the house Rabbi's wice + Say this is ▮▮▮ father.

I would Bring her up to your Mothers house + Make her take her top off So we could touch her boobs

Her + ▮▮▮ would play together with toys

JOHNNY   BOY   KAFKA
5917   GLENDORA   AVE.
DALLAS,   TEXAS   75230
214   987   3595

January 15, 2003
Dallas,Texas

Dearest Jeff:

Fifty years old.  You really have had a pretty amazing life.  Amazing because of where and when it started.  Paula and Seymour fucking.  Who was there to tell him where to stick it?  Who told him to spit on her cunt to make it wet?  Maybe they had more on the ball then we all give them credit for.

Anyway from that night back in May of 1953, as they lay there intoxicated from their lovemaking, little did they know what they would be bringing into the world early the next year.  Lets fast forward to you.  I remember summers when Warren would always work some shit ass job (Nathan's) for minimum wage, I would always find something (Male Ego in Brighten Beach) and Frog would too (Cabana Boy).  But you, Jeff would never work.  Yes, you were special.  You did things like music camps in Michigan, etc.  Which brings me to when you lost your virginity.  You may not remember, but I was under the same roof that could new years eve in '66 or '67 (not sure).  The first time I ever flew was with you.  I went with you to Michigan to visit your friend ▇▇▇, the Interlochen girl for new years eve.  It was also the first time I had ever laid eyes on a bright, attractive, bubbly, blue eyed, mid western female.  She was like an alien to me.  She wasn't Jewish or Italian.  Wasn't she your first?  My first was up in Monticello, where I spent part of the summer with Lloyd and Andy working at Playland Arcade in Monticello.  It was Lloyd's girlfriend.  Anyway, back to the Michigan trip, because it was significant.  Jeff, you took me with you.  It was my first time out of Brooklyn.  It was no big deal, but we went.  And nobody else ever WENT anywhere back when and where we came from.

And then on to Europe.  The second time I ever flew.  Sabena Airlines to Brussels.  Wasn't it $800 RT.  In Europe, I really saw a true transformation in you.  You lost all of your chubbiness and I remember noticing that you grew a few inches.  We both got absolutely skinny in those weeks abroad.  I will always remember how you were constantly working the train schedules – riding by night so would have a free place to sleep and arriving to our destinations in the morning ready to hit the sites.  We'd drink in all that the cities had to offer on a budget of $2 a day.  Author Frommer's EUROPE ON $5 A DAY was for suckers.  We did it cheaper, deeper, wider and better.  We saw and learned so much on that memorable trip.  We hitch hiked, we biked, we trained, we ferried, we walked, we ran, we always somehow managed to get where we wanted to go and see what we wanted to see.  We slept on trains, boats, beaches, abandoned houses, flop houses, people's homes, friend's apts.  Everywhere but hotels and hostels.  We were too savvy to stay in a youth hostel – weren't we?  Hell, I can't even remember us having a sit down meal on that trip.  We couldn't care less about food.  But we did enjoy all that cheese and bread and train station soup.  Remember our first night in Europe.  It probably was our worst.  But, we did steal two heavy, itchy blankets from that youth hostel.  It was freezing and wet.  But things went way up from there.  Especially the time I had a wet dream sleeping in my seat on the ferry from Brendizi (or Bari?) to Corfu.  Did I share that with you?  Remember the Corfu police detained me on arrival to the Island?  We had some scary moments.  That's what made it such a great experience.  We stayed on Corfu for 2 weeks or so.  Never got to London because of that.  Corfu was great on the budget and I remember it being great sleeping on the beach with kids from all over the world -- Matt and ▇▇▇ too and those two girls from Cleveland.

That trip to Europe could get more space but the main point is that it really opened your eyes to another world.  And mine too.  But you Jeff seized it.  I did too in a sense.  But you spent the next summer in London and came home with a beautiful British babe named ▇▇▇▇▇  You had such chuzpah to

HOUSE_OVERSIGHT_000063

bring her to your beautiful, civilized, impressive home on Maple Ave. Think back on that now. That shows a lot. It really does. You didn't give a shit about what she thought. And she couldn't have been too impressed. You were seriously easy going – never up tight. Never worried, always confident. That aspect of your personality, of course coupled with your brilliance and intellect is what made you who and what you are today. That don't give a shit attitude, your calculated aloofness, your sense of humor and most importantly that confidence came to you early on. You had to have confidence and an I don't give a shit attitude to bring ▮▮▮ into your Sea Gate world. It worked! You began to realize that you could get away with shit! That chicks and people in general were schmucks! You sensed that you were sharper and more astute than most.

Especially the ones who had women, money, position and power. Yes, your charisma and persuasive ways came very early on. And you didn't learn life's lessons in your house. You learned them from us (me, frog, WE) from Europe, Interlochen, our trips to the city and all the people you met along the way. Maybe you picked up a little from Timmy, too. Remember meeting Phillie? He's 16. He said he'll always remember how you said that Timmy taught you a lot about business. I know you enhanced that a bit, but that was a great thing to say to a kid., and I'll never forget it either. Warren and Phillie are crazy about each other and the kid is obviously enamoured by you and loved meeting you. It meant a lot to him and me. He's really a great kid – has that easy going, confident manner. Good looking kid.

So now you're fifty. No sweat Jeff. You look great, you're probably in the best shape of your life and you're not slowing down one bit. If no one told you how old you were – wouldn't you think you were 36 or something? Just don't get bored and stay healthy.

And then there's Warren. He's as hilarious as ever and exactly the same as he was 35 yrs. ago with his trench coat and his business man's boots BACK THEN! We see each other pretty often.   When can Warren and I get together w/ you for at least an evening and just get Warren started, you know the way we used to.   Maybe we need to include Zucca as a prop for Warren.

If you look at our little group of you , Warren, Frog and me. We were very close, although we never said or knew it back then. We didn't have girlfriends, we never even dated. We didn't look to our families really for anything, we had each other.   That was through high school. Then when we went to college we were still close but we each began go branch out from the group. We had great times and I'm convinced – and I know this as fact: You guys made me what I became today and there's not a day that goes by that I don't think about you. So Jeff, even though we don't speak that often, and our lives don't intersect, you really are a part of me and I will always be grateful for the great times we had. You have been and still are a great influence for me. You don't know it, but you're my kid's role model. That's why it's so satisfying to recall the past with you. It has shaped both of us. When Warren and I get together, who and what do you think we talk about?  You, You, You, You, its constant – I can't stand it anymore.

That's it for now. I know I got a bit sentimental, but it's the occasion. Take good care. I'll always have the fondest memories of our past and I can honestly say they were the best years of my life – even though I couldn't ever get laid.

Eternally and with love,

*Jersey*

Johnny Boy

Dear Jeff

I'm supposed to write something funny — well I can't think of just a single episode but rather many years of great times; Sea Gate, Coney Island, MARK TWAIN, 188 Lafayette HS — our trips to Greenwich Village; Sneaking into the Fillmore East, driving taxi cabs, Max's KANSAS City, wearing my green army fatigue jacket (that "uncle stanley" gave me) and "liberating" books from the Book store on 6TH Ave + 8th Street (next to Prexys' — "Home of the Educated Hamburger"). Stories about chronic UTIs; prostate massage, orgies; ICE SKATING in Prospect park with TERRY + me + Warren with scarves on our head so we could skate during "couples only" music; Lake lights on center ice; bike riding in the middle of the night during allergy season; Herb Alpert records like "Whipped Cream" (and Jacques Loussier plays BACH!) Paula, Seymour, Buggy "chowmer Greenberg", Harold Sokol, Maple Avenue getting stopped in Warren's Gold VW beetle, The "Shed House" + big scarves with huge stripes, bikini underwear, NO underwear, The Shore Theatre; The Huba-Huba Lunchonette, CAROLINAS, The Riviera (+ the skaw Family Pizza place), Cooper Union, your visit to Italy (Via Pandolfini, 27!) FIRENZE, your recordian (+ The infamous Flight of the Bumble Bee, Brighton Beach BATHS — Terry, Warren, Me + now you 50 years old! WoW! Happy Birthday — BEST wishes Love Always Michael

HOUSE_OVERSIGHT_000065

Bouquets and Brickbats of

# CLASS 9SP3

SCOTT EHRLICH is good in math. Fame will one day cross his path.

WARREN EISENSTEIN—"I didn't do it!" is his alibi. "It was me that talked. It wasn't I."

STEPHEN GARONE—In art he paints. In English he faints.

HOWARD GLANTZMAN—He's the noise in back of the room, talking from September to June.

PAUL KAMINSKY—Paul is a genius but never shows it; we wonder if he really knows it.

CAREY KOPLOWITZ—There are happy people;there are sad people; there are good people; there are bad people; then there's Carey.

MARK LIPTON—Our captain brave and strong. How come he always leads us wrong?

JOEL MANDELMAN—At home, he says he often strains. Why, then, at home leaves he his brains?

ELLIOT RAINES—Ask about baseball, he'll answer quickly. Ask about science, he'll answer thickly.

STEPHEN SCHWARTZ—Chubby and jolly, a great guy, by golly!

BETTY BRODSKY—Never remembers, always forgets; she'll lose anything she didn't lose yet.

SHARON BROYDE—Sharon's motto will be forever "It's always better late—than never."

CHERYL GREENSPAN—If you need someone to brighten your way, Cheryl will do it by laughing all day.

ELLEN KATZ—Ellen is long and lanky. She studies with no hanky-panky.

DEBRA NESSEL—Debbie is full of joy. Only when she's with a boy.

GALE REIF—Gale will be a secretary and you may as well clap, for she'll wind up sitting on her boss's lap.

ENID ROSEMAN—They don't come sweeter. No one can beat'er.

AUDREY ROTH—There are geese in flocks and cattle in herds. There is Audrey, who talks in great big words.

BARBARA SCHWARTZ—Shy and gentle, nice and sweet. The kind of girl we like to meet.

MERRIL SINGER—There are as many freckles on her face as there are holes in Chantilly lace.

SANDRA STEIGMAN—For Sandra there is no excuse, some day she'll learn the truth about Zeus.

MELODY STERN—Melody is always the center of attraction; without her around there'd never be action.

KATHLEEN SUTER—Rumpelstiltskin never spun a gold as lovely as this one.

JUDITH TLUMAK—Shy and quiet in her seat, doesn't Judy look just sweet!

MRS. SCHARFSTEIN—A little laugh, a little cheer, a lot of work—Mrs. Scharfstein's here!

---

# CLASS 8-SPE

| | |
|---|---|
| Susan Jacobs | Richard Girard |
| Janie Simpson | Howard Richman |
| Debra Sonnenblick | Jill Notowitz |
| Roger E. Schecter | Barbara Laufer |
| Iris Hershenson | Joanne Morano |
| Allen Jeffrey Sheinman | Debbie Tiktinsky |
| Leonard Klein | Robin Mazer |
| Lena Troisi | Robert Rosenbaum |
| Mr. D. Gittler | Gary Onik |
| Sydell Suss | Bernard Markowitz |
| Lynn Erdy | Juanita Ellen Stokes |
| Ian Cohen | William Clements |
| Arnold Hom | Janine Luby |
| Lee Barsky | Howard Tobak |
| Mark Schumer | Brautte Belinsky |

---

Adieu, Adios, Auf Wiedersehen . . .

Till we meet again—

Farewell, Mark Twain.

# Class 9-7

---

*Come out of your coma*
*And get a diploma—*
*Like we did . . .*

# Class 9-12

## and MR. PATASHNA

---

HOUSE_OVERSIGHT_000066

# Math Team





## Senior Council



HOUSE OVERSIGHT 000067



## Class 9SP1

Row 1: Robert Speer, Howard Bernstein, Michael Perillo, Phyllis Malina, Dale Silverman, Kathy Abolafia, Philip Messing, Mitchel Alvo.
Row 2: Philip Bronowitz, Steven Idell, Marshall Silfen, Mark Lefkowitz, Mr. Friedlander, William Molenaor, Mitchell Paris, Gary Daniels, Michael Buchholtz.
Row 3: Donna Orlando, Gloria Goldstein, Jennifer Moss, Lisa Schneider, Joyce Pell, Sharon Klicka, Susan Fishbein, Barbara Smollik, Robin Glyn, Shirley Steinhauer.
Row 4: Kenneth Hirsch, Jeffrey O'Connor, Mark Kappel, Arnold Widelitz, Zing Eng, Barry Gordon, David Brown, Ira Leibin, Michael Rackoff.
Camera Shy: Joel Gedacht.

## Class 9SP2

Row 1: Sharon Lustbader, Rose Weg, James Braude, Isaac Terkeltaub, Stewart Winograd, Arthur Goldfarb, Bruce Reznick, Sheryl Buchholtz, Ellen Light.
Row 2: Suellen Naham, Sindee Smolowitz, Amy Schonhaut, Debra Spilfogel, Mr. Goldstein, Francine Rosen, Koren Wozvock, Beth Milgrim, Evelyn Lagerman.
Row 3: Gary Strauch, Paul Tubin, Eileen Gress, Linda Krakower, Susan Rice, Andrea Reiber, Betty Buckbinder, James Rosen, Alan Ellis.
Row 4: Barry Weiner, Joseph Bressler, Jay Meizlish, Mark Schier, Marc Levenstein.



BOARD OF EDUCATION OF THE CITY OF NEW YORK

JUNIOR HIGH SCHOOL, Mark Twain

BOROUGH OF Brooklyn

## REPORT TO PARENTS

Epstein          Jeffrey
Pupil's Last Name      First Name      Middle Initial

SEP 1 3 1967

Term Beginning      Official Class      Home Room No.
                    Mrs. R. Sharlstein

Official Teacher

The work of the school is planned to discover and to develop your child's aptitudes, abilities and interests. Cooperation between home and school will contribute greatly to your child's success. The principal will be pleased to confer with you.

First Report—Teacher's Comment *Jeffrey's work habits in English and conduct are separate, for his conduct grade. He could do much better if he tried to*

I have read this report __Bella Epstein__
                              Parent's Signature

Second Report—Teacher's Comment *Jeffrey has done little to improve his work in English and sciences, etc. His conduct has not improved either and he has received disapproval from 3 teachers. See warning slips why they were reported to*

I have read this report __Mrs. Epstein__
                              Parent's Signature

Third Report—Teacher's Comment *Jeffrey's effort is still unsatisfactory but unquestioned and his conduct has improved but not his work responsible to*

I have read this report __Bella Epstein__
                              Parent's Signature

Fourth Report—Teacher's Comment *Disapproval in human. Don't slack, had a warning*

I have read this report _____
                              Parent's Signature

NEW OFFICIAL CLASS ____ ROOM ____ DATE
                                        SEP 20 1968
TRANSFERRED TO Lafayette HIGH SCHOOL DATE

| SUBJECTS | First Report | Second Report | Third Report | Fourth Report |
|---|---|---|---|---|
| English | | 70 | 75 | 75 | 80 |
| Speech (Special Class) | | | | | |
| Social Studies | 65 60 | 70 | 70 | 70 | 75 |
| Mathematics | | 84 | 88 | 90 | 85 |
| General Mathematics (9th yr.) | | | | | |
| Science | 55 | 70 | 75 | 85 | 80 |
| Foreign Language | | 75 | 76 | 75 | |
| Art | | 75 | | 70 | 75 |
| Music | | 80 | | 65 | 75 |
| Health Education | | 70 | | 75 | 75 |
| Hygiene | | 50 | | 65 | 75 |
| Typewriting | | 50 | | 70 | |
| Talen Class ( ) | | | | | |

Reading and Arithmetic Grades are the result of Standardized Tests equated to date.

INDUSTRIAL ARTS AND HOME ECONOMICS

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

PERSONAL ADJUSTMENT

| | First | Second | Third | Fourth |
|---|---|---|---|---|
| Courtesy* | | S | S | S |
| Effort* | U S N | U | U | N |
| Responsibility* | N | U | U | N |
| Self-control* | U | N | U | N |
| Conduct | B | C | B | B |

| | | | | |
|---|---|---|---|---|
| Days Absent | 7 | 16 3/2 | 11 4/2 | |
| Days Late | | | | |

Ratings in percents in multiples of 5, except in single units in grade 9: 90 = Outstanding Ability; 80 = Considerable Ability; 70 = Average Ability; 65 = Below Average Ability, but Passing; Below 65 = Little Ability. Ratings in subjects marked with an asterisk (*): "O" = Outstanding; "S" = Satisfactory; "N" = Needs Improvement; "U" = Unsatisfactory. Special Speech Class ratings: "I" = Improved; "NI" = Not Improved; "DC" = Discharged as Corrected; "D" = Discharged for Other Reason.

77-7705-3503K-2-64

There has been consistent and remarkable progress in all fields. Jeffrey's English has improved with some words coming out with an oxford English inflexion - mixing with royalty perhaps. Foreign languages have significantly improved with special progress being made in Swedish Russian and currently portuguese. French is also coming along. Recognition in the field of science is also forthcoming - The epstein institute at Howard. In health education it can be said that Jeffrey has totally mastered the french form. Kissing however still remains a weak point. He remains the most talented man in the world!



## Class 9-3

Row 1: Susan Samuelson, Beth Tischler, Frank Genova, Mark Houllif, Frank Geisler, Lawrence Weinberg, Alan Blume, Joyce Putterman, Ellen Culang.
Row 2: Marsha Bart, Cheryl Urbass, Joanne Friedman, Laura Hames, Mrs. Maye, Sherry Levenglick, Leslie Stolar, Jerrine Smith, Mindi Adams.
Row 3: Arlette Cohen, Patricia Becker, Joyce Feldman, Andrea Wayneck, Marilyn Seidler, Joanne Wilde, Andrea Kleiner, Valerie Chiara.
Row 4: Terry Kafka, Stuart Fischer, Lewis Kaplan, Joseph Fallacaro, Jeffrey Moyer, David Perez.
Camera Shy: Audrey Finkelstein.

## Class 9-4

Row 1: Susan Ratafia, Marsha Rapaport, Melody Yaged, Steven Rice, Michelle Edwards, Dominick De Fabio, Yetta Parness, Rosine Orenbuch, Christine Klezmer.
Row 2: Cindy Cohen, Margaret Weinstein, Ivonne Barreto, Larry Epstein, Mr. Segarnick, Salvatore Parascandolo, Jeanette Vitale, Irene Vardalas, Agnes De Paola.
Row 3: Katherine Nelson, Joyce Shushan, Fern Golob, Michele Galizia, Audrey Mancher, Gail Selsky, Katherine Steele, Susan Schajer, Sally Kanner.
Row 4: Scott Diamond, Ira Lisogorsky, Raymond Rupelli, Jerry Miller, Alexander Nudelfuden, John Schloss.
Camera Shy: Hope Rosenfeld.





### Class 9SP3

Row 1: Merrill Singer, Sharon Broyde, Judith Tlumak, Stephen Schwartz, Joel Mandelman, Elliott Raines, Melody Stern, Gale Reif, Sandra Steigman.
Row 2: Barbara Schwartz, Audrey Roth, Ellen Katz, Kathleen Suter, Mrs. Sharfstein, Betty Brodsky, Cheryl Greenspan, Enid Rosman, Debra Nessel.
Row 3: Paul Kaminsky, Howard Glatzman, Carey Kuplowitz, Jeffrey Epstein, Mark Lepton, Stephen Garone, Scott Ehrlich, Warren Eisenstein.

### Class 9SPE

Row 1: Barry Cohen, Bruce Edelman, David Peck, Diane McGuire, Cynthia Dobson, Sonia Goldstein, Barry Rosenman, Andrew Hom, Joel Levine.
Row 2: Esther Gouldin, Leslie Wenderoff, Meryl Vladimer, David Deutch, Mrs. Heslin, Herbert Sevush, Jesse Grossman, Lorraine Dade, Carol Rohr.
Row 3: Kirk Zachary, Robert Weissman, Anthony De Natale, Leonard Levinson.
Camera Shy: Michele Victor.





My wedding!
MAY 30TH 1988
at THE WATER CLUB
N.Y.C.
The "empty" yarlmuke
represents TERRY



Who could not
Attend the
was in space—
I met him there
a few days later!!
on my honeymoon!!



HOUSE_OVERSIGHT_000072

**Dr. Stephen Levy**
6 Leroy Court
Commack, New York 11725
**(631) 543-4783   Fax: (631) 543-4697   Cell: (516) 316-2303 e-mail:** slevy@pipeline.com

December, 2002

Jeffrey,

You could never imagine the surprise I felt when Ghislaine first contacted me about writing something for your memory book.

Over the years I have thought of Class 5-3 & 6-3, numerous times with affection and really fond memories. After all, you guys were my second class EVER and I had just transferred from my first job, which was in, of all places, Fort Apache, The Bronx! Imagine, coming from a class of hold-overs, delinquents, and worse, to a class of "Intellectually Gifted Children." Believe me, it was quite a chore just to keep one step ahead of that class.

One day, about 2 weeks ago, I was on the Northern State Parkway on my way home, creeping along at 5 miles an hour, in the midst of a snowstorm, when my cell phone rang. I spent the next 15 minutes or so reliving the past with Warren, who was calling from sunny Dallas, Texas. As we talked and he mentioned students' names, most of the faces flashed before my eyes. I even told him…. Jeffrey, saxophone, Michael, clarinet, Warren, saxophone and so on for most of the class. He later sent me a picture of the class and there I was, much thinner, with black horn-rimmed glasses and a full head of dark brown hair. There you were, just as I remembered you, with a Mona Lisa smile that hid what was really going on in that interesting brain of yours. Who could have guessed the wonderful, fascinating things that were in store for you?

I remember discussing Abraham Lincoln with the class and staring in wonder at the student who had read all of Sandberg's Life of Lincoln and spouted facts of which I was totally unaware. I also remember my math (never my strong suit) being corrected from time to time, very respectfully, by Jeffrey. I also remember the Coney Island Cleanup Parade and performing onstage at Lafayette and blowing away the audience who had just listened to a Junior High orchestra.

I have many awards and plaques on my office walls, at home and at work…. too many for any one place, but for all these years I still treasure and display the gold painted, wooden plaque that I received from your class for being the "Best Teacher."

I'm thrilled and delighted that you still remember me and that in some small way I may have made a difference and touched your life. Happy Birthday!

In 1963, you were around 10 and I was 23…. twice as old as you. Today you are 50 and I'm 63…. somehow you're catching up! How did that happen?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Dr. Stephen Levy, Principal, General Studies
Hebrew Academy of Nassau County (HANC), West Hempstead Campus
President, PDK, Columbia University.
Member, Children's Scholarship Fund National Teachers Advisory Board.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GIRLFRIENDS

HOUSE_OVERSIGHT_000074

Dearest Jeffrey,

If I were to list my life time achievements, surely scoring higher than you on the nineth grade algebra regent would rank in the top ten. I'll never forget the exhilaration of considering myself smarter than Jeffrey Epstein in math. That same year, you not only performed mathematical magic by tutoring me to get a perfect score on the regent, you thrilled our class in music by playing "California Dreaming" on the piano, and thrilled me even more by stealing a kiss after "The Sound of Music" at Radio City Music Hall.

When we met again some time after college, you had shoulder length curls, wore wonderful hand-embroidered denim work shirts and tight jeans, and drove a brown Camaro with a glove compartment full of parking tickets.  Needless to say, you had outgrown your shyness around girls and even confessed that you participated in peace marches because they were the easiest places to get laid.  A truly unique perspective on political activism in the 70's.

A few years later during a trip to Palm Beach, we were driving around admiring the homes when you pointed in the direction of a particularly impressive mansion and said, "One day, I'm going to own that."  I smiled and considered your comment nothing more than wishful thinking.  Many mansions later, you have shown me the importance of having a vision and the determination to pursue it. A lesson I continue to rely upon for inspiration.

From lessons in algebra to lessons in life, the lessons I've learned from you during the past 35 years haven't always been easy or even ones that I would have chosen to learn, but they were always important.  I'm very grateful to have you for a friend and hope that if you ever need help solving a rate/time/distance problem, you won't hesitate to call.

All my love, 

















**class officers**

Mark Lipton *president*
Merrill Singer *vice-president*
Debra Nessel *secretary*
Barbara Schwartz *treasurer*

© 1949 Paul Galleries

**my Favorite**

book _Cheaper By The Dozen_
song _Climb Every Mt. Moon River_
name _Tiffany Paige_
hero _____
chum _Melody Eagel_
author _____
college _New York University_
high school _Lincoln_
profession _Teaching_
motto _____

© 1949 Paul Galleries

**my classmates**

| NAMES | ADDRESSES |
|---|---|
| Enid Roseman | 2888 West 8 St |
| Ellen Katy | 2820 Ocean Pkwy |
| Melody Eagel | 2885 W. 12 Street |
| Betty Shogsky | 3770 W 5 Street |
| Gail Kell | 3900 Maple Ave |
| Cheryl Greenson | 2900 V. 8 |
| Sandy Sherman | |
| Barbara Silverstein | |
| Sharon Broyde | |
| Merrill Singer | |
| Debra Nessel | |

© 1949 Paul Galleries

**class leaders**

BRIGHTEST _Bruce Reynick Ellen Katy_
WITTIEST _Jeffrey Epstein_
MOST POPULAR _(me) Debra Nessel_
MOST CHEERFUL _Sharon Broyde, Mel Stern_
BEST ATHLETE _Michael Rackoff - 98'_
BEST LOOKING _(me) Yale Rey_
BEST DRESSED _(me) Yale Rey_

© 1949 Paul Galleries



HOUSE_OVERSIGHT_000081



HOUSE_OVERSIGHT_000082



HOUSE_OVERSIGHT_000083

This album was specially designed and hand-bound for you by WEITZ-COLEMAN using only the finest calf and Moroccan skins which are individually selected and vegetable tanned for bookbinding. Variations in color and surface markings are natural characteristics of fine leather and are your assurance of its quality. The buttery softness of calfskin give it great tactile appeal and lends itself to easy scuffing which develops into an exquisite antique patina. We recommend that the binding be treated with lanolin and neatsfoot oil at least once a year. You may bring in your WEITZ-COLEMAN binding for a complimentary treatment.

SIMPLY THE FINEST BOOKBINDING - ESTABLISHED 1909
WEITZ & COLEMAN - 1377 LEXINGTON AVENUE, NEW YORK, N.Y. 10128
(212)831-2213
www.weitzcoleman.com
www.albumsalbumsalbums.com

HOUSE_OVERSIGHT_000084

# THE FIRST
# FIFTY YEARS

## II



HOUSE_OVERSIGHT_000086



HOUSE_OVERSIGHT_000087



Title page of the first edition of the *Pathétique* Sonata (Gesellschaft der Musikfreunde, Vienna)

Of all the works composed or planned or published in this period, one stands out for both its fame and its substance: the Piano Sonata in C minor, Op 13, called by Beethoven himself the *Pathétique* and published by Hoffmeister of Vienna in December 1799 with a dedication to Prince Karl Lichnowsky. The *Allgemeine Musikalische Zeitung* (19 February 1800) praised it in high terms. Modelled in its formal outline on ideas first tried out in one of the early *Electoral* Sonatas of 1783, it more than any other of Beethoven's works up to this time seemed to herald the dawn of the new century. From its dramatic opening *grave* chords, through its searchingly expressive, emotional *Adagio* to the nervous intensity and defiance of the final *Allegro*, the *Pathétique* was a burial of the past, a celebration of the future.

The years of apprenticeship were over, Beethoven had finally arrived.



HOUSE_OVERSIGHT_000089





THEY CAN'T TAKE THAT AWAY

Music and Lyrics by
GEORGE GERSHWIN
and IRA GERSHWIN







HOUSE_OVERSIGHT_000094



HOUSE_OVERSIGHT_000095



HOUSE_OVERSIGHT_000096



HOUSE_OVERSIGHT_000097



"He is the boyfriend of ▮▮▮▮▮▮"
"We think he works for the CIA".



Alberto Pinto
had a huge
input here.
These are con-
sidered his
floor days.



Who took this picture?







" Just give me the
$100, I will not tell
Paula! "

" Suppose if she
doesn't know where
the brakes are "



Are you sure this will make my "wintie" grow?



Oh my, never seen those pants before!



Waiting for my foot massage.





It all happened so quickly. From the Hawker to the 727.



HOUSE_OVERSIGHT_000102




This is what I am suppose
to like !!?



HOUSE_OVERSIGHT_000103



Heading for the blue sofa.
Wake me up tomorrow!



He promised you what ?!!

HOUSE_OVERSIGHT_000104

NOT A CLOUD IN MY SKY!



HOUSE_OVERSIGHT_000105



*Jeffrey and Dr.* ▮

*cordially invites you*

*for* cocktails and dinner
*on* June 8, Graduation Eve
*at* Six o'clock

Bel-air Country Club
10768 Bellagio Rd

R. s. v. p.
only Regrets
212-750-9895

I truly share this diploma with







you.   THANK   YOU!!!!





This was a great celebration!



HOUSE_OVERSIGHT_000107



HOUSE_OVERSIGHT_000108

one day uncel
F desided to go popy.
He had never Seen
popy in his life,
@venthou he is
So he has never
Seen it "Nararater
Why are you here?"
said
"get on uncel. F
So as with I the story"O.K.
he was going for the Tolet



HOUSE_OVERSIGHT_000110

as he... **Plop** he
poped on the floor.
so uncel. F ran
to tell his mommy
that he had popd
on the floor. "Mommy
me popy on floor and
me see popy for
first time. no not the
narater agin, why are
you here said uncel. F
because you only have 1 min and 2 sec
left so hury up with the
story. O.K. [illegible] thats to fast I gess so he cleand the poty up.
so to end the sillystory

HOUSE_OVERSIGHT_000111







HOUSE_OVERSIGHT_000114



Finally, at the home of our friend, let's call him Mr. Brown, Jeffrey
unveiled his plan. To some it may have seemed a get-rich-quick scheme, but
to me it was pure genius: Rob and Kill was the name of the plan. The first
victim, ███████████ to be attacked and brutally plundered ( would
she want more than that?) on the boardwalk in Venice Beach. Broad
daylight. The dastardly thieves were never caught.

Postscript: I retired from "the life", but I recently read an article in New
York which led me to believe that my old friend Mr. E had continued on and
become an industry leader.



Jeffrey was such a nice man, a sweet, innocent type. One of my employees called him Mr. Epstein, the math teacher. Always ready to lend a hand, help a friend in need. He even volunteered to help out in surgery at UCLA, scrubbed, put on the gown, the whole bit, just to do his part.



Then, things began to change. I think it was shortly after he encouraged
Morgan to say "woof" on the phone to me  that I noticed the beginning.  And
then, while his friends were willing to either go blissfully ahead, eyes closed,
trusting in the Almighty, Jeffrey began to get that look in his eye.  He was
cooking up something, something either evil or at least deadly.  I always
hoped he wasn't spurred to action by my action – the unforgivable, immortal
sin of getting married.

On The Occasion of Jeffrey Epstein's

## 50th Birthday

A V.F.P.C.* is something to be
A V.F.P.C. is something to see
A Liver, a Lover, a Jeff, a Jeffrey
Let's all give a cheer, for today he's Fifty!

Five decades, L, or half century
By Birds and by Bucks, C's and M's are his Key
Blonde, Red or Brunette, spread out geographically
With this net of fish, Jeff's now 'The Old Man and The Sea'

Teaching math, trading options or foreign currency
Green eyeshades, schemes and plans, a unique tax strategy
Wet dream and cauchemar, an architect's wild spree
Moscow, Paris, Santa Fe, Alhambra East jamboree

HOUSE_OVERSIGHT_000118

Maxwellian delight, a mother's treasure, great joy most surely
Harvardian patron, brain researcher, for extending wanna be
Outrageous, iconoclastic, unconventional, spirit free
Best of all, a Dear Friend, Happy Birthday  Jeffrey!


Love and Kisses,

Leon


*Vanity Fair Poster Child

Birthday Greetings
to Degenerate One

From Eaton Square to Barton Way
from St. Moritz to Palm Beach & Manhattan
is it a mere 2 decades in EarthTime
(so many girls, so little time)? And you
Thee Jeffrey always grinning like the Mysterious
mischievous lad you are — I remember it
all with a smile. Though with a melancholy
smile to think you are only at mid century
a mere boy, (Though we vampires are supposed
to age slowly)(if at all), So There will
be decades more of my screaming commodity orders
on planes while the other passengers say SH!, and you
never failing to astonish me, "I'll look out the
window and you'll be shooting past on a rocket
with a cheshire cat grin". Keep it up Jeffrey.

With great affection

Degenerate II
(AKA ██████████



HOUSE_OVERSIGHT_000121





Keep going

Young man

HOUSE_OVERSIGHT_000122

PEACE



Keep going

Young man

HOUSE_OVERSIGHT_000123

10 is the most beautiful number.

Do not rush to be 100 years old.    $6+10$

It contains the first four integers    $10+5$

$+ \%$

$5 \times \frac{10 \times 2}{2}$

$10 = b n.$
$10 \times 5 = y$
$2n + \frac{4}{2}$

ARCHIMEDE

$2n + \frac{3n \times 2}{4} = d$

EUCLID

$x > y$
$2 > y$

EPSTEIN

perfect number

$496$

$\frac{10}{2} = d$    $bn + \frac{10}{2} = d$

$bn \times \frac{5}{4} = y$
$\frac{7}{100} = d > bn + \frac{?}{2}$
$> \frac{bn +}{4 + d + 9}$

exaffion
$32 - 16 - 1 = $    $15$

$6$
$28$
$496$
$8128$

$y = 9 + bn + 10$

$y = 9 > bn + \frac{bn}{2}$
$(y/y => bn < \frac{bn}{2} = x < y = 15$

PYTHAGORAS

BRUNEL

$ln.e \left( \left( \sqrt[2]{64 \times x^2 \times 8x} \right) \left( \frac{b-5}{19.4} \right) \right) - 15$

$10 + \frac{10}{2} = $ dill. $= d.$

. d. should never be > than $y + \%$ to J.@ Any x

$$y - x = \sqrt{64} + \frac{?}{2} - a - 1$$

$$x + y = \sqrt[?]{81} + 2 \times 20 + \frac{4}{2} - 1 = a$$

$$a = g + 15$$

$$a < g + 16$$

$$a > g + 12$$

$$\ln \cdot e \left( \left( \sqrt[3]{64} \times^2 \times 8x \right) \times \left( \frac{b-5}{Iq \cdot M} \right) - 15 \right)$$

$$g = \ln \cdot e$$

$$x + y + b + c - 2 + \frac{3}{2} + \sqrt{k} = a = \boxed{g + 15}$$

where —

$$g = g'nge$$

$$M = 8$$

$$Iq = 90$$

$$b = ? \quad H \cdot w \, ? = ? \, w \cdot h.$$

I wish you every new day happier
than every old happy days

Your friend
Jean luc

Jeffrey —

Happy 50th —

It's reassuring isn't it, to have
lasted so long, across all the years
of learning and knowing,
adventures and errors, and still
to have your childlike curiosity,
the drive to make a difference,
and the sense of friends —

Bill Clinton

### ALAN M. DERSHOWITZ

1575 MASSACHUSETTS AVENUE
CAMBRIDGE · MASSACHUSETTS · 02138

December 11, 2002

Dear Jeffrey,

As a birthday gift to you, I managed to obtain an early version of the *Vanity Unfair* article. I talked them into changing the focus from you to Bill Clinton, as you will see from the enclosed excerpt. Happy birthday and best regards.



# VANITY UNFAIR

DECEMBER 2002

"Life is a pure flame,
and we live by an invisible
sun within us."
— JEFFREY EPSTEIN

WHO WAS
JACK THE RIPPER?
WAS IT JEFFREY EPSTEIN?
EXCLUSIVE: THE 100-YEAR-
OLD MYSTERY SOLVED
BY PATRICIA CORNWELL

AL-QAEDA IN
SOUTH AMERICA
FINANCED BY EPSTEIN?

JEFFREY EPSTEIN
STOLE MY HEART
AND OTHER
COURTROOM DISPATCHES
BY DOMINICK DUNNE

"BRING IT ON, JEFFREY!
CONSUME ME, JEFFREY!
INTOXICATE ME, JEFFREY!!"
NICOLE KIDMAN
BARES HER SOUL
BY INGRID SISCHY
PHOTOS BY MARIO TESTINO

JEFFREY EPSTEIN'S
BLOODY SUMMER
BY MAUREEN ORTH

JEFFREY EPSTEIN'S
%&*#@ RAMPAGE
BY JUDITH NEWMAN

HOUSE_OVERSIGHT_000128

### *Who Was That Man With Epstein?*

Enquiring minds are asking, "Who was that man with Epstein?" Jeffrey Epstein is, of course, one of the world's most famous men, a household name throughout the planet. His picture has appeared on the cover of every magazine in the world. Everyone knows his story - - from his humble roots on Coney Island to his rise as one of the most envied public figures of the western world. But what was he doing flying to Africa with an obscure former politician from Hope, Arkansas? Who is that politician and why would Epstein have picked him for the coveted seat on his private jet. *Vanity Unfair* was determined to get to the bottom of this mystery man and to reveal the story behind the story. Normally we would not pry into the private life of an obscure Arkansas politician, particularly one who has tried so hard, and up to now so successfully, to keep his private life to himself. But the moment this obscure man stepped onto the Epstein jet, he became fair game for probing enquiry. Why would a man like Epstein, who can pick and choose his companions from princes to professors, select a flying companion from the Ozark Mountains? To be sure, he was a Rhodes Scholar, but we all know how easy it is to get a Rhodes if you're from Arkansas. There must be something else. *Vanity Unfair* decided to snoop around. The obscure politician reluctantly agreed to an interview, on the express condition that it was completely off the record. This is what he told us…

HOUSE OVERSIGHT 000130



"I've done a lot of soul searching, and I've come to the conclusion that I should be thinking less about money and more about naked women , and biomathematical research.

HOUSE_OVERSIGHT  000130

It's no secret that Jeffrey appreciates beautiful women.  But not many people know that he can create them out of thin air -- at least he did in Iowa in 1988.

At the time, I was managing the money of the Zimmerman family, and they lived in Fairfield Iowa, a town of less than 10,000 people between Ottumwa and Burlington. Hog farming is a serious industry there, and many feel there is more than a little truth to the saying that its hard to tell the difference between the girls and the hogs in Southeast Iowa.

I had invited Jeffrey to come to Fairfield to see our investment operations, meet the Zimmerman family, and learn more about their major charitable projects.  He asked about the nightlife and we could only laugh as we dropped him off at the local motel. The next morning a group of 4 of us picked up Jeffrey to give him a tour of the area. At our first stop we parked in front of a bookstore.  As we were getting out of the car , a spectacular tall blonde woman suddenly come out of the store, walked directly past us and up to Jeffrey and announced: "I am new to this area, what's going on?".   It turned out she was a sales representative for a firm selling academic branded athletic clothing, and she was literally driving through Iowa visiting local campuses.  Jeffrey invited her to join us, and did his magic. Within a few hours, he had invited her to return to New York with him for the weekend.

The guys in the car we astonished to even see such an attractive lady in Fairfield, amazed that she passed over them to meet Jeff, and were speechless when she agreed to come to New York. I'll admit to wondering at the time whether Jeffrey somehow arranged the whole episode through some long distance escort service. But the following week I happened to be in Manhattan and Jeffrey asked me to give her a ride back in our company plane, giving me a chance to speak with her for a few hours.  She was the real McCoy.

Happy Birthday Jeff!

Best wishes,

Bill Elkus

HOUSE_OVERSIGHT_000131



HOUSE_OVERSIGHT_000132



HOUSE_OVERSIGHT_000133

I asked my house astrologer what to make of you
and she gave me some incomprehensible charts + some
very comprehensible words:

---

The analysis:  A fiercely intelligent, highly complex individual for whom the
accumulation of great wealth is no problem.  Prefers working in private, or
better yet, utter secrecy.  Emotionally complicated:  Can run hot and cold, can
lose interest in the blink of an eye, professes to be "available" but much goes
on behind the scenes and he decides what he gives.  Extensive
scientific/humanitarian/philanthropic strength and cointerest, which if
harnessed and developed properly could have a significant impact (as in
tangibly changing the world for the better)  and as an added bonus, beat the
current masters at their own game.

---

I liked the part that suggested that you
didn't know how much you liked how distant you are.
I have told you before that our friendship, which I
greatly enjoy and from
which I have learned more
than I expected to at this
time of my life, had to
have some additional goal
for you.

I have always assumed
that you would one day
want to talk about dis-
tance and aloneness and
their benefits and dissatisfactions
with someone who has many
of the same burdens.

I'm ready when you are.

Henry

You very dear boy,

ˇˇˇˇˇ Going back into the past as I have over the last few days has in some ways prooved a melancholy experience all the old criminals suddenly came leaping out at me Mac,Ogilvy,Swire,Baring,Alfonse, the Brigadier,the old man and all the good times that we had together.One of the sad things in life is that fate conspires to move people apart to the extent that I hardly see you any more but,I suppose that is why we are compensated by memories.

ˇˇˇˇˇˇ I was speaking to BB last night before writing this e-mail and we both agreed that we were at a loss to decide which of the hundreds of hilarious incidents to pinpoint for you,there are just too many.inspecting the Royal School girls dorms,chasing rabbits with Toto in the old mans dino,trying to get ███████ husband out of the way in Manila,blocking Ogilvies loo with the illegal goose at Barings wedding ,doing three point turns in the tunnel in HK when we asked the Mandarin driver to find us some girls,dancing the night away in the Tin Mine in KL,massage classes at Wraxall.....and so on and so on it brings tears to my eyes.

ˇˇ However, there was one evening which I recall always had you howling with laughter.We were in Harry's Bar in London you ,me ,the old man ,Toto,███████ and the usual extraordinary group of camp followers Lord Long,Ian Cruikshank,etc etc.Somehow Toto got it into his head that ███████ was a call girl that doggie had fixed up for him.after dinner we all went off to Tramps and Toto and doggie got into the back of doggies car with ███████ sitting between them.Toto grinning happily at the old man reached down and pulled ███████ skirt up to her panties and put his hand on her pussy.The old man smiling sweetly leaned over stuffed his hand into her pants so that Toto found his fingers playing with doggies.Suddenly the awful truth sunk in but Toto was too shocked to remove his hand so they drove to Tramps with both of them still trapped in ███████ knickers.

ˇˇˇ All my love and a very very happy birthday with many more years to come in the future than there are years behind you.
ˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇˇ  Nick.

– 1 –

Once upon a time, an intelligent,
sharp-witted man they call
"mysterious" parachuted into
my life ...



HOUSE_OVERSIGHT_000136

HOUSE_OVERSIGHT_000137

Jon would spend many hours
just waiting for him to turn up



And often, no sooner were you
getting used to having him around,
You would suddenly be alone ....
again



Leaving you with some
"interesting" friends to
entertain instead...

Or just Some dogs to keep
you Company
(he wasn't always so keen
on them)



But then he would
parachute back in . . .



HOUSE_OVERSIGHT_000141

Very occasionally, talking you by surprise in some far off places



Or in one of his glorious
homes he likes to share
with his friends
(yum yum)



But, wherever he is in the
world, he remains my
best pal !



HOUSE_OVERSIGHT_000144

Happy Birthday,

Jeffrey

We love you !!



January 2003

Dear Jeffrey,

The beginning of a new year is an appropriate time to count our blessings.

Among mine is your friendship. It's been more than a decade since we met by chance at an airport in Washington. During that time you've been a good friend. I'm grateful for that and for what I hope will be many more years of your friendship.

Among your blessings has been the opportunity to lead a full, exciting, and fantastically varied life. Now that you've reached a critical milestone, I hope you will intensify your activities in the widest possible range of issues, especially in the field of science where you've already done so much.

With my congratulations, gratitude and best wishes,

George Mitchell

P.S. As you know, Heather shares your birthday, confirming my belief that a lot of great people were born on January 20!

HOUSE_OVERSIGHT_000146

Jeffery,

I have agonized long and hard about what to write for your birthday.

One version was a highly philosophical take on personal perception.   I'll
spare you the tortured prose but the gist was that the way we see the world
depends on our experiences - how we parse things.   You're one of the few
people who has influenced how I parse and understand the world, and that
version lauded you for it.

But, that seemed to heavy and pedantic, so out it went..

Another version was silly and salacious, since your approach to life has so
much of each of these things.   A few years ago somebody at a party asked me
"Does Jeffrey Epstein manage your money?".   I replied "No, but he advises
me on lifestyle".   The guys eyes bugged out of his head and he said
"REALLY?".

Alas I am ill prepared to comment on your lifestyle in any detail, since I
am (sadly) so far behind that it would be talking about things I know little
of!

Yet another approach was to comment on our shard interests in science and
exploration, but again it seemed lacking.

So, in the end I have wound up with this silly excuse for a missive -
neither profound nor funny.    But, I've included a few photos that I took
on my recent trip to Africa.   They seemed more appropriate than anything I
could put in words.


                              Nathan



HOUSE_OVERSIGHT_000148



HOUSE_OVERSIGHT_000149



HOUSE_OVERSIGHT_000150



HOUSE_OVERSIGHT_000151



HOUSE_OVERSIGHT_000152





HOUSE_OVERSIGHT_000154



HOUSE_OVERSIGHT_000155



JEFFREY SHOWING EARLY TALENTS
WITH MONEY + WOMEN! SELLS "FULLY
DEPRECIATED"  ██████████  TO
DONALD TRUMP FOR $22,500.
SHOWED EARLY "PEOPLE SKILLS" TOO. EVEN
THOUGH I HANDLED THE DEAL I
DIDN'T GET ANY OF THE MONEY OR THE GIRL!

Dear Jeffrey,

Since we first met, some 30 years ago, I never imagined I would open New York Magazine and read "Jeffrey Epstein International Man of Mystery."

Jeffrey, I care about you, and those that really knew you, knew that you are not a "mystery man". You are enigmatic to most that think differently, those without your incisive sense as to how the world works.

The magic that you possess is your remarkable capacity to arrive at solutions. Its always been Oscar Wilde and Jeffrey Epstein that were always right.

You are perceptive, insightful, concise - all in 30 seconds. If you don't get it in 30 seconds, you will not get it - the moment will have passed.

Your centered individuality, your lack of desire for public recognition reminds me of a story I once heard about the Irish playright, Samuel Beckett — he spent his life avoiding the public eye. None was a greater sense of displeasure than recognition from the teeming masses. So, the story goes like this — Beckett was with his mistress in Morrocco and received a telegram from Ireland with the news he had been awarded the Nobel Prize. His reaction? "This is the worst news I have ever received."

A word from the wise, to the wise, is sufficient.

Jeffrey, I love you, as a brilliant and unpredictable friend. May you always maintain your inner solitude.

I wish you health, stealth & continued wealth, not necessarily in that order. Happy Birthday!

— Joseph Pagano



HOUSE_OVERSIGHT_000159

# JEFFREY

I MET JEFFREY AS A CLIENT ALTHOUGH VERY QUICKLY, EVEN THOUGH WE WERE WORKING TOGETHER, WE BECAME FRIENDS; SO I CONSIDER HIM FIRST A FRIEND. OF COURSE, BECOMING FRIENDS WAS INEVITABLE BECAUSE FOR THE FIRST TIME I MET SOMEONE CRAZIER THAN ME... !!!

HE CAN MAYBE BE A BEAR, BUT MOSTLY A TEDDY BEAR. HE IS THE MOST ADORABLE AND COOLEST FRIEND THAT ANYONE CAN HAVE.

COLLECTING HOMES IS HIS HOBBY.  WHEN I MET HIM HE DID NOT WANT ANY CONSTRUCTION; HE COULD NOT STAND TO LOOK AT FABRIC WITH PRINTED PATTERNS; HE DETESTED CHINESE CURIO AND TODAY HE BEGS FOR ALL OF THESE!

THE LAST TIME I SAW HIM WE MET TO REVIEW A PLAN.  DURING OUR MEETING HE MADE MANY CONSTRUCTIVE COMMENTS AND WHEN WE LEFT I SAID TO MY COLLEAGUES 'YOU KNOW, HE WAS RIGHT!'.   HE LEARNS SO QUICKLY THAT SOON HE WILL BE OUTTHINKING ME!

FOR THIS OCCASION, I GIVE HIM ALL MY TENDERNESS AND MY MOST SINCERE AND DEEPEST FRIENDSHIP, EVEN THOUGH SOMETIMES HE CAN BE A ROYAL PAIN IN THE ASS!



# THE FIRST
# FIFTY YEARS

# III

HOUSE_OVERSIGHT_000163

Who is that bum over there
Why it's Jeffrey, I declare
    The man of means
      in sweat shirt and jeans
At a black tie formal affair

    To add to life's piquancy
   Jeffery, with increasing frequency.
      on any occasion
       with little persuasion,
   Will outrage the public decency.

    I have heard that Jeffrey will act
   With morals, decorum and tact,
      with honor, good will
      and truth, but forsooth,
   This information may be inexact.

    As far as I can detect,
   Jeffrey seems to select
      To express his mood,
      Terms rude, crude and lewd,
   and politically incorrect.

    Jeffrey at half a century,
   with credentials plenipotentiary,
      though up to no good
      whenever he could,
   has avoided the penitentiary.

                Stuey

Voice Over:

There must be more to life than having everything.

Donald

Yes, there is, but I won't tell you what it is.

Jeffrey

Nor will I, since I also know what it is.

Donald

We have certain things in common, Jeffrey.

Jeffrey

Yes, we do, come to think of it.

Donald

Enigmas never age, have you noticed that?

Jeffrey

As a matter of fact, it was clear to me the last time I saw you.

Donald

A pal is a wonderful thing. Happy Birthday—and may every day be another wonderful secret.

Donald J. Trump

Dear Jeffrey,

For the man who has almost everything – but never enough of these! Sent with best wishes for your 50th birthday.

As ever,

HOUSE_OVERSIGHT_000166



Tit Print '2002



Specially commissioned by Henry Rosousky

In honor of Jeffrey Epstein's 50th Barfday.

HOUSE_OVERSIGHT_000168



Life.

you encourage everyone to live it! ♡

F- Appreciate your friendship and mentorship over the years,

↖ Little St Jeff

SHIFT_ stereotypes

♀ like glitter
♂ like home-ade

beauty is subjective?

xo,  1/2003

## Chocolate Chip Cookies

Ingredients:

2 cups butter
2½ cups sugar
2 cups brown sugar
4 eggs
2 tsl vanilla
4 cups flour
5 cups oatmeal (before grinding)
1 tsp salt
2 tsp baking powder
2 tsp baking soda
½ cup unsweetened cocoa
1 24oz bag chocolate
· chips (semi-sweet)

Directions:

preheat oven to 350°.
grind 5 cups oatmeal in
blender (will reduce to
approx 4 cups ground). mix
all ingredients together in
a large bowl. drop dough
in rounded spoonfuls onto
non-stick cookie sheet.
bake 8-10 minutes.
(makes approx 60-80
cookies depending
on size)

HOUSE_OVERSIGHT_000169

The first equation is a fundamental property of the Riemann zeta function (that it is both a sum over all integers and a product over primes). The zeta function is a very important function, and this equation partially explains why people care about it (although this may not be apparent from the equation :-): it encodes information about primes in a form that doesn't obviously involve primes.

The first picture is a visualization of Euclid's proof of the Pythagorean theorem. He wanted to show that the big square on the hypotenuse had area exactly equal to those of the small squares combined. To do this, he dropped a perpendicular line (the one in the picture that cuts through the triangle and the big square) and claimed that the two rectangles it divided the big square into had areas equal to those of the small squares. To establish that, he showed that all four shaded triangles had the same area (which is not too hard using the 1/2-base-times-height area formula for triangles). The structure of the proof is often obscured by using a single diagram covered with letters labeling various things.

The second equation is one of the Rogers-Ramanujan identities. These are some pretty important identities discovered by Ramanujan towards the end of his short life (and it turns out Rogers had published them earlier, but nobody had noticed!). Incidentally, are you familiar with Ramanujan? He was a remarkable self-taught mathematician who grew up in India a century ago.

The third equation is one of Ramanujan's most elaborate identities. I don't think it's very important in the overall scheme of things, but it certainly looks impressive.

F and only F would ask Mandelbrot, "How f***ed up are your kids?"

Solutions beyond the obvious.

The final picture is a paradox discovered by Lewis Carroll. A 13-by-13 square is cut up into four pieces, which are reassembled into an 8-by-21 rectangle. However $13^2 = 8*21 + 1$. Where did the missing unit of area go?



$$13 \times 13 = 8 \times 21?$$

XO, Shane 💙 Vasos

January 20th - 03

Dear Jeffrey -

I wanted to get you what you want --- so here it is ....

Happy Birthday
Your friend

Leslie

HOUSE_OVERSIGHT_000171



HOUSE_OVERSIGHT_000172

Here are the pictures of Jeffrey found in an extensive search of the Daily News file reflecting his accessibility and high profile. We found his vital statistics, his birthday (38?), his date of birth (July 11), his country of birth (Lichtenstein) his family life wife, 3 children), and his profession

To happy times, best wishes, and peace

Matt Zuckerman



HOUSE_OVERSIGHT_000174



HOUSE_OVERSIGHT_000175





INTERNATIONAL FUNNY MAN OF HISTORY
REVEALED AS ALIEN IN DISGUISE

STRANGE BEINGS FROM PLANET
NEAR DISTANT STAR
HATCH SINISTER PLOT
TO CORNER CHOICE REAL ESTATE
ON EARTH

THEY ALL EXHIBIT
CURIOUS AVERSION
TO FOOD AND WINE

EX-PRESIDENT TAKEN IN



Science

HOUSE_OVERSIGHT_000177

Dear Jeffrey,

On this occasion, I am reminded of your many conversations, fueled by both your curiosity and your skepticism. Quoting great minds may be the only gift I can give you to stimulate the one and relieve the other.

First, Oliver Wendell Holmes, Jr.:

"Certitude is not the test of certainty. We have been cocksure of many things that were not so." Your curiosity, continuing on with your skepticism, will take care of this without hazard, birthday after birthday.

Next, Thoreau:

"Pursue, keep up with, circle round and round your life, as a dog does his master's chaise. Do what you love. Know your own bone; gnaw at it, bury it, unearth it, and gnaw it still." This too, you do admirably.

Then, Leonardo da Vinci:

"Iron rusts from disuse, stagnant water loses its purity and in cold weather becomes frozen; even so does inaction sap the vigors of the mind." Epstein is not at risk. When he is in the room, you do not fall asleep.

Finally, a remark from the not so great Gertrude Stein on your anxieties:

"As a cousin of mine once said about money, money is always there but the pockets change; it is not in the same pockets after a change, and that is all there is to say about money."

You have said more and, going beyond talk, have shown how to find it.

And so, felicitations on the vigors of your body and mind, and warm hopes for many occasions celebrating their gifts.       Leny Chilman



HOUSE_OVERSIGHT_000179

For Jeffrey
with birthday greetings

from



Murray

from the collection of photos *
by the late Doug Adams,
all depicting people yawning

* author of the "Hitchhiker's Guide to the Galaxy"

Dear Jeffrey

$$M = B^C$$

$$M = C^B$$

$$M = K = C^B$$

$$M = V(B * C)$$

$$M = V(B * C)^a$$

$$m = E/c^2 \quad ?!$$

Damn! Confused again.

I'm sure we can resolve this eventually, but it will probably take the next 50 years or so ———— So, stay healthy, and stay tuned.

Have the happiest Birthday! (why not?)

Prosthetically yours,

# The mathematics of life

**Martin Nowak**
**Epstein Institute, Harvard University**

The primordial soup, here or elsewhere, generated a quasispecies of aperiodic macromolecules. Quasispecies live in sequence space, which is a collection of hyper-dimensional cubes. Each cube arises by ordering all possible sequences of a certain length in such a way that nearest neighbors differ in only one position. The length of the genome determines the dimension of the cube. A very small gene, for example, lives in a 1000 dimensional cube. Its sequence is 1 particular choice out of $10^{600}$ possibilities.

For comparison there are only $10^{80}$ protons in our universe.

# Quasispecies live in
# sequence space



$L = 4$ dimensions

Manhattan metric

Retroviruses: $L=10000$     Bacteria: $L=1000000$     Humans: $L=3000000000$

HOUSE OVERSIGHT 000182



## and with language we can write our own evolution (and its mathematics)

Memoryless learner

$$N > n \log n$$

Communicative potential

$$F(L_I, L_J) = \frac{1}{2} \sum_{i=1}^{\infty} \sum_{j=1}^{\infty} \sigma_i (p_{ij}^I q_{ij}^J + p_{ij}^J q_{ij}^I)$$





Probability of escape

$$P = e^{-NzCu^n}$$

Threshold of CIN

$$n_c > (1 + \frac{p_0}{u}) K(N, r, p)$$

An alphabet is a finite list of symbols. Sentences are strings of symbols. A language is a set of sentences. A finite language has a finite number of sentences. An infinite language has an infinite number of sentences. There are infinitely many finite languages.

### Human languages are infinite.

A grammar is a finite list of rules that generates a language. Grammars are equivalent to computers. Finite state grammars generate regular languages which are accepted by finite state machines. Phrase structure grammars give rise to computable languages which are Turing complete. For each such language there exists a Turing machine that accepts every sentence that is part of the language, but may compute forever on sentences that do not belong the language.

The language of mathematics is not computable.

Learning is selection among a restricted set of hypotheses. Ambitious learners exceed their teachers.

HOUSE OVERSIGHT 000183

# Fitness landscape



Each sequence has a reproduction rate (=fitness).

Sequence space

Each sequence has a mutation rate.

## Mutation landscape

Localization in mutation landscape = evolution of complexity

# The Quasispecies equation



Frequency of type i    Mutation from j to i

$$\dot{x}_i = \sum_{j=1}^{n} x_j f_j Q_{ji} - \phi(\vec{x}) x_i$$

Fitness of type j

Average fitness

Origin of life
Viruses
Bacteria
Cells
Cancer

HOUSE_OVERSIGHT 000184

Quasispecies give birth to  **Replicators**

once their fitness is frequency dependent.

 Game Theory



Bill Hamilton

John Maynard Smith



John von Neumann     Oskar Morgenstern

The conquest of (ir)rationality

Evolutionary game theory

Successful strategies spread by natural selection.

# Replicator equation



Frequency of type i          Average fitness

$$\dot{x}_i = x_i[f_i(\vec{x}) - \phi(\vec{x})]$$

Fitness of type i is frequency dependent

$$f_i = \sum_j a_{ij} x_j \qquad \phi = \sum_i f_i x_i$$

Payoff matrix

Image scoring

Reward and punishment

**Win** stay lose shift
**Generous** tit **for** tat
**Tit** for tat                    **12log2-8**

And the one truly interesting
thing that happened in the last
500 million years was







**Jeffrey E.**

SELF-IDEALS · GOALS

CENSORS · SUPPRESSORS

COMMONSENSE KNOWLEDGE BASES · ECONOMISTS

PERSONAE

SELF-REFLECTIONS

REASONERS · SIMULATORS

PREDICTORS · PLANNERS

REFLECTIVE PROCESSES

SENSORS DESCRIPTIONS · GOALS & PLANS MOTORS

DELIBERATIVE PROCESSES

REACTIVE PROCESSES

THE OUTER WORLD

There are six billion intellects on Earth, but this is the quickest one I've met (aside from Isaac Asimov); he sees things differently from all the rest, asks questions that no one else ever asked, and suggests answers that no one would ever expect.

*Marvin Minsky*

Happy Birthday!

HOUSE_OVERSIGHT_000187

Happy

Birthday

Jeffrey !!!!



HOUSE_OVERSIGHT_000188



HOUSE_OVERSIGHT_000189



30

HOUSE_OVERSIGHT_000190



$\Gamma_4$

$\Gamma_3$

$\Gamma_1$

$\Gamma_0$

31





HOUSE_OVERSIGHT_000193



HOUSE_OVERSIGHT_000194

# GIRL FRIENDS

HOUSE_OVERSIGHT_000195



Jeffrey

Look at this drawing.
Picture the scene without the
audience, the girl sleeping on
the floor I believe had shorter
hair then ...
Does it bring you back memories
??

I'm thinking of all the great
times we had together! You know
you will always be my very close
friend even though we don't see
each other so much anymore.
Have a Happy 5☺ (I can't
believe it!) But the good news is:
you look better than you did years
ago when we first met.
love always



Alberto Frédéric Gómez 2002

HOUSE_OVERSIGHT_000198

I received a call from Ghislaine, who I had worked on (massaged) twice in the last few months, to work on her "employer": "He is a business man and wants you to work on his feet at his desk." She said. My first thought was, 'Corns and bunions and a curmudgeon of a man'.

When I first set eyes on you, on March 22, 1993, you were sitting behind an enormous desk, in your office at home on 69th street, in a jean shirt and sweatpants and your feet were possibly the most beautiful that I had ever seen belonging to a man. I remember thinking that you looked like a more handsome Ralph Lauren. We moved over to a sitting area and I sat on a footstool and worked on your feet, while you, in an armchair, watched me and Ghislaine worked on your shoulders. After a few minutes you gave me that squinched-eye look (a mix of calculation and enjoyment, both devouring and yet submissive) that is So you, and moaned a bit and I thought... OK, this is going well. Within 10 minutes of my being there, you asked me to leave with you guys that night to go to Florida. I had never heard of anything so spontaneous and farfetched and yet I knew that you were serious. I had a previous engagement (I was throwing a dinner party) and so you said you would see me when you got back and have your secretary call and schedule. You did... and my life was forever changed.

HOUSE_OVERSIGHT_000199

000200_HOUSE_OVERSIGHT

I am grateful, really beyond any words that I
can put here, for your friendship, your belief in
me, for all that you have taught me, all the
opportunities that you have given me, and all
the fascinating people you have introduced me to.
When I met you, I was so faithful, wound and
unsure so easy and you gave me a happy
medium. You showed me how much more I am
than I ever thought I was. Your guidance had
kept me on track and encouraged me to grow and
think bigger. You built my business and my confidence;
have sent me on travels that changed my life, given
given to me; taken care of my friends and
family members. You have taught me how to laugh
and think in new ways; protected me and made
me feel safe. You have been infinitely patient with me
and I am so blessed.
With you, dear Jeffrey, I laugh like a little girl and feel
like a woman. I love you.



Forever Aspen with Francis,
Snowdays,
The Real Mushroom

HOUSE_OVERSIGHT_000201







HOUSE_OVERSIGHT_000202

# *Tizzies...* A highly excited and distracted state of mind



peek-a-boo...who's watching who?



*not a Cloud in the sky*

*T*o a collector of more than "beautiful minds"

*H*e whom appreciates architecture; undulating landscapes, **"beauty marks"** and....

I understood years ago after Ghislaine came to the Palm Beach Horse Show looking for what I thought was a horse that she was on a mission.

For a collection of breast photos. A compilation, of course, for you.

I came to see you some months later you told me to take off my top. With the usual Eptein smile you looked at my breasts and said "yeah, I was right." Memory served you correctly. The beauty mark was on the right breast. One quotable memory.

To a true friend with whom I have shared many complicities.....

I love you and wish you the best next 50 years.







p.s. I know from the phone exchange some years back....

...you like my bra-r!

So Jeffrey, which word out of this text do you not understand?

**Just a beauty mark......................**

Happy Birthday to "My Favorite"!

Jeffrey, we met in the summer of 1985
at "Indochine" which makes us friends
for 17 yrs... can you believe it!!
During these years we have had alot of
fun watching eachother grow up. But
there are a few memories that particularly
stand out which should make you chuckle!
First, the day Clark Schubach brought me
over to your apt. and then left! After
chatting for a bit you blurted out "you
are a virgin right"... after recovering from
embarassment I answered yes, how did
you know and you said "because you
talk so fast" Ha! Ha! Then there was
the day we went shopping together at
Bloomingdales and you proceeded to throw
me down on the floor... right smack
in the middle of the shoe dept. and
started tickling and kissing me all
over!! Next, there was the time I
stayed at your house because my apt. was
not yet ready to move into and one
morning I woke up and there were white

HOUSE_OVERSIGHT_000204

roses all over the room so I asked who they were for (thinking you had a girlfriend coming over etc.) and you replied "For You"... that was one of the most sweetest /special moments I've had with you. Then there was ███████ black tie birthday party. I was so excited that you invited me... Ace Greenberg was there so I looked really cool as I just started working at Bear Stearns and there was one waiter for each couple... now that was "chic". I still smile each morning at the picture from that party which you sent me this past July for my birthday... Jeffrey what I love about you is that sometimes you can be just so sweet & sentimental... thank you for sharing that part of yourself with me! Next was a time you were driving around with Jo Jo and had a craving for frozen yogurt so stopped by for an impromtu visit cause you know I always have a treat in the freezer... you were so cute

as you entered my apartment with that big grin on your face!! Then remember the time I was living in California and you invited me to Palm Beach for a visit. Well you had a guest, and I hadn't seen you in awhile and wanted to spend some private time with you so we went out to the movies alone Gosh I could go on and on but? suffice it to say I have loved most every minute I've had Knowing you over these past years. All the chats we've had, life lessons, boy strategy, tears to laughter and on and on. I hope I've made you proud and look forward to more adventures/exciting times with you in the years to come!

I ♡ U!

XOXO

10 December, 2002



Jeffrey... you and I out at a
Halloween Party!!



HOUSE_OVERSIGHT_000208

My dear Jeffrey,

I can write about how I want to cut you into bird-head pieces and chew them between my molars until I suck all the blood and juice out of you. (No stew, just raw)

Or, I can write about how you never cease to amaze me with your kindness and generosity to so many, whose lives you touch in several ways. (Thanks for taking me to Gospel.)

Most importantly, I can tell you how happy you make me by simply being "you".

Yet, no words would suffice to capture what you really mean to me. I am very lucky to have you in my life and hope that you know I will be there for you, if you ever need me.

Happy Birthday!



P.S.: I do NOT share.



HOUSE_OVERSIGHT_000210

# BOOBIE

Happy Birthday (you old fart....)
Don't worry in your case getting older ⇒ getting better ▓▓▓▓

Fun Memories :

1. 265 : the elevator ride
2. Bloomie's lingerie department
   Are you lost ?
3. Seagate - The roots...
4. Buying en gros ⓐ la lingerie
   Am I a personal shopper ?
5. Chicken Soup : Are you YEWISH (JOOWISH?)
6. Who's the floosie
7. ~~A+~~
8. What does he do for a living ?
9. Do pigs fly ???
10. I have made it -
    does Shimi know ?

To Jeffrey.... What can "I" possibly say to you? You're finally made it to the much-maligned,...

SEARY "50" .... but you're not getting older. you're getting better..... ... or is it richer ???

Think back all we've been through- growing-up is impossible to do! n'est-ce pas?

My dear friend, Happiest of Birthdays and much happiness!

(over S.V.p)

¿Things to change...or do ——

★ No MORE Wearing those nasty "BLACK CARGO" pants...

★ No MORE "deli"...

★ No MORE «Sweat pan's»

★ No MORE «Howard Stern»

★ No MORE « DIETING »

or we'll put you on "THE BACHELOR"

★ A Trip to the «Silver» Star for old time's sake

★ A TRIP to the «SOLOW» building (ditto)

HOUSE_OVERSIGHT_000213

★ A "concert" on your "concert" grand! ... two-time! Lindbecks?

★ guitar lessons... It's time now— and video-taped !?!

★ A "mat-step" at the "Rein Tag"!

A "Shopping trip with your "old"....
(and I am!!!) friend ✓ ???

★ A "COLONOSCOPY" once a year!

Love Love Love Love ...



HOUSE_OVERSIGHT_000216



HOUSE_OVERSIGHT_000217

HOUSE_OVERSIGHT_000218



HOUSE_OVERSIGHT_000219

Deanest Jeffrey,

Wishing you a very, very, very, very
HAPPY BIRTHDAY!

I hope that your day is filled with
everything that you thought you could
only have dreamed about!

May this year be the best yet!

Sending you lots and lots and lots
of love, hugs and kisses always,



2

**J**effrey you are one in a billion!

**E**verybody admires you so!

**F**unny, gorgeous, intellectual and kind, you are

**F**abulous through and through!

**R**anch, Island, Paris, Palm Beach, New York

**E**verywhere you go

**Y**ou have got it all …. and we love you so!

3

HOUSE_OVERSIGHT_000221



HOUSE_OVERSIGHT_000222

**J** effrey, Oh Jeffrey!

**O** veryone loves you!

**F** un in the sun!

**F** un just for fun!

**R** emember......don't forget me soon!

**E** pstein.....you Rock!

**Y** ou are the best!





HOUSE_OVERSIGHT_000225

# Before Jeffrey,

# I was a 22 year old

# divorcee working as a

# hostess in a hotel

# restaurant.........

HOUSE_OVERSIGHT_000226

After Jeffrey,

I now live in New York City, have traveled to
Paris, London, Milan, Copenhagen, Tokyo,
Hong Kong, Stockholm, China, Singapore,
Brunei, Bangkok, Bali, Ghana, Nigeria,
Mozambique, Rwanda, South Africa,
Morocco, Ireland, St. Tropez, Florida,
St. Barts, St. Thomas, St. John, New Mexico,
Moscow, St. Petersburg, Aspen...

I have met Prince Andrew, President Clinton,
Sultan of Brunei, Donald Trump,
Antonio Verglas, Naomi Campbell,
Stephanie Seymour, Peter Brant,
Kevin Spacey, Chris Tucker, Diana Ross,
Michael Jackson, brilliant scientists,
lawyers and business men,

I have flown on the Concorde, gone sky-diving,
taken a flying lesson, been snuba-diving,
para-sailing, attended a Victoria's Secret fashion show,
seen the private quarters of Buckingham Palace,
sat on the Queen of England's throne, rode on a race-track
with Max Papis, learned countless skills...

HOUSE_OVERSIGHT_000227



Jeffrey, there are no words to describe how much I appreciate and admire you. I believe you are the most extraordinary person I've ever met and can't believe how lucky I am to have become a part of your life. What you have shown and taught me in one year is more than most people experience in a lifetime.

What else can I say butt...



Thank You!!!

# Business

HOUSE_OVERSIGHT_000230

JEFFREY . . . . .

HAPPY BIRTHDAY.

JIMMY

P/S — FROM A "SIX" TO ANOTHER "SIX" . . . . .

GOOD HEALTH & GOOD LUCK!

HOUSE_OVERSIGHT_000231

*When Jeffrey joined Bear, Stearns twenty-four years ago, it was our plan to put him on the American Stock Exchange floor to trade options on common stocks.*

*Up until then, options had been traded Over the Counter.  Jeff said no, and that was the last difference we ever had.*

*Working with Jeffrey has been a pleasure and watching his meteoric success has given me many vicarious thrills.*

*I am sure that we will see Jeffrey's star glow even brighter.*

*Good luck Jeffrey —*

1/15/03

Dear Jeffrey,

We started out behind the desk some 25 years ago.

Somehow I'm still behind the desk — you're not.... I'm asking myself now what I'm still doing there, but it certainly helps define why you're my hero.

All the best, happy Birthday.

I wish you Love + Laughter always,

Ted Serure

HOUSE_OVERSIGHT_000233

Jeffrey I remember in the mid 1970s you being a star salesman for our tax advantaged strategies and hedged option program. I was running an account for Bob Maxwell. You always had the ability to know everyone and be charming. Was that when you first discovered the Maxwell teen-age daughter......Happy Birthday Elliot Wolk

HOUSE_OVERSIGHT_000234

DEAR JEFFREY

WELCOME TO THE CLUB

FROM THE FIRST TIME THAT WE TRAVELED
TO COLUMBUS AND YOU HAD GHISLAINE
CARRY YOUR BAGS AT THE AIRPORT,
I KNEW I WOULD LEARN A LOT
FROM YOU.

MY BEST WISHES FOR A VERY

HAPPY BIRTHDAY

IRA

P.S. I STILL MISS MY HAT
P.S.S. I GAVE UP ON MY TIE

# THE NEXT FIFTY YEARS

HOUSE_OVERSIGHT_000236



Let the next fifty years be
More full of photos and times
Like These

HOUSE_OVERSIGHT_000237

To the next fifty years.



'know when you are winning'

The next fifty years will be
ever more wonderful

Happy Birthday
Lots of love

HOUSE_OVERSIGHT_000238