# EXHIBIT 7




ADVERTISEMENT

POLITICS

# Transcripts: What the mics caught Donald Trump saying in 2005 and what he said in his taped apology

Oct. 7, 2016 10:56 PM PT



The following is a transcript of Donald Trump and Billy Bush talking off and on camera during a 2005 taping of an Access Hollywood segment. The footage was first obtained and released by the Washington Post.

(Warning: Contains graphic language)



Watch: Donald Trump recorded having...
3:06

## What the mic captured during the 2005 'Access Hollywood' segment:

**Donald Trump:** You know and—

**Unidentified voice:** She used to be great. She's still very beautiful.

**Trump**: I moved on her actually. You know she was down on Palm Beach. I moved on her and I failed. I'll admit it. I did try and fuck her. She was married.

**Unidentified voice**:  That's huge news there.

**Trump**: No, no. Nancy. No this was— And I moved on her very heavily. In fact, I took her out furniture shopping. She wanted to get some furniture. I said, 'I'll show you where they

### Subscribers are Reading ›

**Voices**
Contributor: Why California universities must fight Trump in court

Think attendance is bad at the Rose Bowl? It may be worse than you imagined

**Voices**
Lopez: The immigration raids are crushing L.A.'s fire recovery and California's economy

FOR SUBSCRIBERS
Glorya Kaufman's final gift to L.A.? A $17-million wellness hub where everything is free

FOR SUBSCRIBERS
A pro wrestler, an MMA fighter and the staged fight that turned into a bloody battle

ADVERTISEMENT



01

**Unidentified voice**: That's huge news there.

**Trump**: No, no. Nancy. No this was— And I moved on her very heavily. In fact, I took her out furniture shopping. She wanted to get some furniture. I said, 'I'll show you where they have some nice furniture.' I took her out furniture– I moved on her like a bitch, but I couldn't get there. And she was married. Then all of a sudden I see her, she's now got the big phony tits and everything. She's totally changed her look.

**Bush**: Sheesh, your girl's hot as shit. In the purple.

**Trump**: Whoa!

**Bush**: Yes. Yes, the Donald has scored!

**Trump**: Whoa!

**Bush**: Whoa, my man!

**Unidentified voice**: Wait, wait you've got to look at me when you get out and be like ... will you give me the thumbs up? You've got to put the thumbs up.

*[crosstalk]*

**Trump**: Look at you. You are a pussy.

*[crosstalk]*

**Unidentified voice**: You've got to get the thumbs up. You can't be too happy, man.

**Trump**: Alright, you and I will walk down.

*[crosstalk]*

**Trump**: Maybe it's a different one.

**Bush**: It better not be the publicist. No, it's her. It's her.

**Trump**: Yeah, that's her, with the gold. I've got to use some Tic Tacs, just in case I start kissing her. You know I'm automatically attracted to beautiful — I just start kissing them. It's like a magnet. I just kiss. I don't even wait. And when you're a star, they let you do it. You can do anything.

**Unidentified voice**: Whatever you want.

**Trump**: Grab them by the pussy. You can do anything.

*[crosstalk and chuckling]*





02



**Unidentified voice**: Whatever you want.

**Trump**: Grab them by the pussy. You can do anything.

[crosstalk and chuckling]

**Unidentified voice**: Yeah those legs, all I can see is the legs.

**Trump**: Oh, it looks good.

**Unidentified voice**: Come on, shorty.

**Trump**: Oh, nice legs, huh?

**Bush**: Oof, get out of the way, honey. Oh, that's good legs. Go ahead.

**Trump**: It's always good if you don't fall out of the bus. Like Ford. Gerald Ford, remember?

**Bush**: Down below. Pull the handle.

**Trump**: Hello. How are you? Hi.

**Arianne Zucker**: Hi Mr. Trump. How are you? Pleasure to meet you.

**Trump**: Nice seeing you. Terrific, terrific. You know Billy Bush?

**Bush**: Hello, nice to see you. How are you doing, Arianne?

**Zucker**: I'm doing very well, thank you. [To Trump] Are you ready to be a soap star?

**Trump**: We're ready, let's go. Make me a soap star.

**Bush**: How about a little hug for the Donald? He just got off the bus.

**Zucker**: Would you like a little hug, darling?

**Trump**: Okay, absolutely. Melania said this was okay.

**Bush**: How about a little hug for the Bushy? I just got off the bus. There we go. Excellent. Well, you've got a nice co-star here.

**Zucker**: Yes. Absolutely.

**Trump**: Good. After you. Come on, Billy. Don't be shy.

**Bush**: As soon as a beautiful woman shows up, he just, he takes off on me. This always happens.

**Trump**: Get over here Billy.





03

ADVERTISEMENT

Top Cardiologist Begs: Quit Eating Blueberries Before This Happens.
Watch Video >>

happens.

**Trump**: Get over here Billy.

**Zucker**: I'm sorry, come here.

**Bush**: Let the little guy in here, come on.

**Zucker**: Yeah, let the little guy in. How you feel now? Better?

**Bush**: It's hard to walk next to a guy like this.

**Zucker**: I should actually be in the middle.

**Bush**: Yeah, you get in the middle. There we go.

**Trump**: Good, that's better.

**Zucker**: This is much better. This is—

**Trump**: That's better.

**Bush**: Now, if you had to choose, honestly, between one of us: me or the Donald? Who would it be?

**Trump**: I don't know, that's tough competition.

**Zucker**: That's some pressure right there.

**Bush**: Seriously, you had to take one of us as a date.

**Zucker**: I have to take the 5th on that one.

**Bush**: Really?

**Zucker**: Yup. I'll take both.

**Trump**: Which way?

**Zucker**: Make a right. Here we go. [inaudible]

**Bush**: Here he goes. I'm going to leave you here. Give me my microphone.

**Trump**: Okay okay. Oh, you're finished?

**Bush**: You're my man. Yeah.

**Trump**: Oh good.

04

ADVERTISEMENT

Top Cardiologist Begs: Quit Eating Blueberries Before This Happens.
Watch Video >>

Group: Say, are you all finished?

**Bush**: You're my man. Yeah.

**Trump**: Oh good.

**Bush**: I'm going to go do our show.

**Zucker**: Oh, you want to reset? Okay.

## Transcript of Donald Trump's taped apology released after the 2005 audio and video became public:

**Trump:** I've never said I'm a perfect person, nor pretended to be someone that I'm not. I've said and done things I regret, and the words released today on this more-than-a-decade-old video are one of them.

Anyone who knows me knows these words don't reflect who I am. I said it, I was wrong, and I apologize. I have traveled the country talking about change for America, but my travels have also changed me. I've spent time with grieving mothers who have lost their children, laid-off workers whose jobs have gone to other countries, and people from all walks of life who just want a better future.

I have gotten to know the great people of our country, and I've been humbled by the faith they've placed in me. I pledge to be a better man tomorrow and will never, ever let you down.

Let's be honest: We're living in the real world. This is nothing more than a distraction from the important issues we're facing today. We are losing our jobs, we're less safe than we were eight years ago, and Washington is totally broken.

Hillary Clinton and her kind have run our country into the ground. I've said some foolish things, but there's a big difference between the words and actions of other people.

Bill Clinton has actually abused women, and Hillary has bullied, attacked, shamed and intimidated his victims. We will discuss this more in the coming days.

See you at the debate on Sunday.

*Staff writers Alex Wigglesworth and Melanie Mason contributed to this report.*

**MORE ON TRUMP**

[Trump apologizes amid Republican uproar over his boasts about groping women](#)

[Opinion: Audio of Trump's misogyny is stunning -- but will it make voters flee him?](#)

['Today' co-host Billy Bush apologizes for crude sex banter with Trump](#)

05