# EXHIBIT 8

https://www.donaldjtrump.com/press-releases/statement-from-donald-j.-trump
Wayback Machine
203 captures
7 Oct 2016 - 6 Sep 2025
MAR APR JUN
2016 2017 2018

INSTAGRAM   FACEBOOK   TWITTER

NEWS   GET INVOLVED   ABOUT US   RALLIES   SHOP   CONTRIBUTE

- OCTOBER 07, 2016 -

## STATEMENT FROM DONALD J. TRUMP

"This was locker room banter, a private conversation that took place many years ago. Bill Clinton has said far worse to me on the golf course - not even close. I apologize if anyone was offended."

Next Release: TRUMP CAMPAIGN ANNOUNCES NATIONAL SECURITY ADVISORY COUNCIL

Previous Release: Donald J. Trump Statement

### ★★★ CATEGORIES ★★★

VIEW ALL

STATEMENTS

ANNOUNCEMENTS

ENDORSEMENTS

ADS

### ★★★ ARCHIVE ★★★

NOVEMBER 2016
OCTOBER 2016
SEPTEMBER 2016
AUGUST 2016
JULY 2016
JUNE 2016
MAY 2016
APRIL 2016
MARCH 2016
FEBRUARY 2016
JANUARY 2016
DECEMBER 2015
NOVEMBER 2015
OCTOBER 2015
SEPTEMBER 2015
AUGUST 2015
JULY 2015
JUNE 2015
MAY 2015
APRIL 2015
MARCH 2015