# EXHIBIT 10



**2016**

# The 199 Most Donald Trump Things Donald Trump Has Ever Said

Would you vote for this man?

By **MICHAEL KRUSE** | August 14, 2015

Politico Illustration—Getty

Facebook
Twitter
Comment
Print

*Michael Kruse is a senior staff writer for* Politico.

1. "… don't let the brevity of these passages prevent you from savoring the profundity of the advice you are about to receive." (*How to Get Rich*, 2004)

2. "I am a really smart guy." (*TIME*, April 14, 2011)

3. "I'm intelligent. Some people would say I'm very, very, very intelligent." (*Fortune*, April 3, 2000)

4. "I know what sells and I know what people want." (*Playboy*, March 1990)

5. "I have a great relationship with the blacks. I've always had a great relationship with the blacks." (Albany's Talk 1300, April 14, 2011)

6. "I just have great respect for them, and you know they like me." (*CNN*, July 23, 2015)



THE FRIDAY COVER

Repeater of the Free World

How Donald Trump rode to power by parroting other people's fringe ideas, got himself impeached for it—and might prevail anyway. By MICHAEL KRUSE

Read more

01

Facebook
Twitter
Comment
Print

relationship with the blacks." (Albany's Talk 1300, April 14, 2011)

6. "I just have great respect for them, and you know they like me." *(CNN*, July 23, 2015)

7. "A well-educated black has a tremendous advantage over a well-educated white in terms of the job market. … [I]f I were starting off today, I would love to be a well-educated black, because I believe they do have an actual advantage." (*NBC News*, September 1989)

8. "Our great African American President hasn't exactly had a positive impact on the thugs who are so happily and openly destroying Baltimore!" (Twitter, April 28, 2015)

9. "I have black guys counting my money. … I hate it. The only guys I want counting my money are short guys that wear yarmulkes all day." (*USA Today*, May 20, 1991)

10. "The concept of global warming was created by and for the Chinese in order to make U.S. manufacturing non-competitive." (Twitter, Nov. 6, 2012)

11. "I know the Chinese. I've made a lot of money with the Chinese. I understand the Chinese mind." (Xinhua, April 2011)

12. "I did very well with Chinese people. Very well. Believe me." (*TIME*, April 14, 2011)

13. "Who the fuck knows? I mean, really, who knows how much the Japs will pay for Manhattan property these days?" (*TIME*, January 1989)

14. "The Mexican government forces many bad people into our country. Because they're smart. They're smarter than our leaders." (*NBC News*, July 8, 2015)

15. "Jeb Bush will not be able to negotiate against Mexico. Jeb Bush with Mexico said, 'People, come in,' they come in, it's an act of love, OK?" (Birch Run, Mich., Aug. 11, 2015)

16. "Jeb Bush has to like the Mexican Illegals because of his wife." (Retweeted and then deleted on Twitter, July 4, 2015)

17. "I'll win the Latino vote because I'll create jobs. I'll create jobs and the Latinos will have jobs they didn't have." (*NBC News*, July 8, 2015)

18. "I'm leading in the Hispanic vote, and I'm going to win the Hispanic vote. I'm also leading in the regular vote." (Birch Run, Mich., Aug. 11, 2015)

19. "I don't have a racist bone in my body." ("Entertainment Tonight," July 1, 2015)

20. "I cherish women. I want to help women. I'm going to be able to do things for women that no other candidate would be able to do … " (*CNN*, Aug. 9, 2015)

21. "I will be so good to women." *(CNN*, Aug. 10, 2015)

22. "I will be phenomenal to the

Facebook
Twitter
Comment
Print

20. "I cherish women. I want to help women. I'm going to be able to do things for women that no other candidate would be able to do … " (*CNN*, Aug. 9, 2015)

21. "I will be so good to women." (*CNN*, Aug. 10, 2015)

22. "I will be phenomenal to the women. I mean, I want to help women." (*CBS*' "Face the Nation," Aug. 9, 2015)



Donald Trump, who owns the Miss USA pageant, poses on his yacht with 22 state beauty pageant winners in Atlantic City 1988. "I have really given a lot of women great opportunity," Trump says. "Unfortunately, after they are a star, the fun is over for me." | AP Photo

23. "Oftentimes when I was sleeping with one of the top women in the world I would say to myself, thinking about me as a boy from Queens, 'Can you believe what I am getting?'" (*Think Big: Make it Happen in Business and Life*, 2008)

24. "I've never had any trouble in bed …" (*Surviving at the Top*, 1990)

25. "I have many women that work for me." (*CBS*' "Face the Nation," Aug. 9, 2015)

26. "She's not giving me 100 percent. She's giving me 84 percent, and 16 percent is going towards taking care of children." (*TIME*, May 23, 2011)

27. "All of the women on The Apprentice flirted with me— consciously or unconsciously. That's to be expected." (*How to Get Rich*, 2004)

28. "I have really given a lot of women great opportunity. Unfortunately, after they are a star, the fun is over for me." (*ABC*'s "Primetime Live," March 10, 1994)

29. "When a man leaves a woman, especially when it was perceived that he has left for a piece of ass—a good one!— there are 50 percent of the population who will love the woman who was left." (*Vanity Fair*, September 1990)

30. "You know who's one of the great beauties of the world, according to everybody? And I helped create her. Ivanka. My daughter, Ivanka. She's 6 feet tall, she's got the best body. She made a lot money as a model—a tremendous amount." (The Howard Stern Show, 2003)

31. "Every guy in the country wants to go out with my daughter." (*New York* magazine, Dec. 13, 2004)

32. "… she does have a very nice figure. I've said if Ivanka weren't my daughter, perhaps I'd be dating her." (*ABC*'s "The View," March 6, 2006)

33. "I've known Paris Hilton from the time she's 12. Her parents are friends of mine, and, you know, the first time I saw her, she walked into the room and I said, 'Who the hell is that?' … Well, at 12, I wasn't interested. I've never been into that. They're sort of always stuck around that 25 category." (The Howard Stern Show, 2003)

Facebook
Twitter
Comment
Print

33. "I've known Paris Hilton from the time she's 12. Her parents are friends of mine, and, you know, the first time I saw her, she walked into the room and I said, 'Who the hell is that?' … Well, at 12, I wasn't interested. I've never been into that. They're sort of always stuck around that 25 category." (The Howard Stern Show, 2003)

34. "There's nothing I love more than women, but they're really a lot different than portrayed. They are far worse than men, far more aggressive … " (*The Art of the Comeback*, 1997)

35. "If Hillary Clinton can't satisfy her husband what makes her think she can satisfy America?" (Twitter, April 16, 2015)

36. Women: "You have to treat 'em like shit." (*New York* magazine, Nov. 9, 1992)

37. "What I say is what I say." (Republican presidential debate, Aug. 6, 2015)

38. "One thing I've learned about the press is that they're always hungry for a good story, and the more sensational the better. … The point is that if you are a little different, or a little outrageous, or if you do things that are bold or controversial, the press is going to write about you." (*The Art of the Deal*, 1987)

39. "Sometimes they write positively, and sometimes they write negatively. But from a pure business point of view, the benefits of being written about have far outweighed the drawbacks." (*The Art of the Deal*, 1987)

40. "Sometimes it pays to be a little wild." (*The Art of the Deal*, 1987)

41. "It's always good to do things nice and complicated so that nobody can figure it out." (*New Yorker*, May 19, 1997)

42. "If I get my name in the paper, if people pay attention, that's what matters." (*Donald Trump: Master Apprentice*, 2005)

43. "The press portrays me as a wild flamethrower. In actuality, I think I'm much different from that. I think I'm totally inaccurately portrayed." (*New Yorker*, May 19, 1997)

44. "You know, it really doesn't matter what they write as long as you've got a young and beautiful piece of ass." (*Esquire*, 1991)

45. "There are two publics as far as I'm concerned. The real public and then there's the New York society horseshit. The real public has always liked Donald Trump. The real public feels that Donald Trump is going through Trump-bashing. When I go out now, forget about it. I'm mobbed. It's bedlam." (*Vanity Fair*, September 1990)

46. "Controversy, in short, sells." (*The Art of the Deal*, 1987)

47. "The show is 'Trump.' And it is sold-out performances everywhere." (*Playboy*, March 1990)

48. "I play to people's fantasies. People may not always think big themselves, but they can still get very excited by those who do. That's why a little hyperbole never hurts. People want to believe that something is the biggest and the greatest and the most spectacular." (*The Art of the Deal*, 1987)

Facebook
Twitter
Comment
Print

48. "I play to people's fantasies. People may not always think big themselves, but they can still get very excited by those who do. That's why a little hyperbole never hurts. People want to believe that something is the biggest and the greatest and the most spectacular." (*The Art of the Deal*, 1987)

49. "Most people think small, because most people are afraid of success, afraid of making decisions, afraid of winning. And that gives people like me a great advantage." (*The Art of the Deal*, 1987)

50. "You want to know what total recognition is? I'll tell you how you know you've got it. When the Nigerians on the street corners who don't speak a word of English, who have no clue, who're selling watches for some guy in New Jersey—when you walk by and those guys say, 'Trump! Trump!' That's total recognition." (*New Yorker*, May 19, 1997)

51. "There is something crazy, hot, a phenomenon out there about me, but I'm not sure I can define it and I'm not sure I want to. How do you think 'The Apprentice' would have done if I wasn't a part of it? There are a lot of imitators now and we'll see how they'll do, but I think they'll crash and burn." (*New York Times*, Sept. 8, 2004)

52. "Other rich people don't do commercials because no one asks them. It's just like 'The Apprentice.' I can't tell you how many of my rich friends are dying, dying to have me put them on that show." (*New York Times*, Aug. 11, 2004)

53. "There's something very seductive about being a television star." (*TrumpNation: The Art of Being The Donald*, 2005)

54. "I can't help it that I'm a celebrity. What am I going to do, hide under a stone?" (*USA Today*, Feb. 27, 2004)

55. "I want a very good-looking guy to play me." (*Master Apprentice*, 2005)

56. "Nothing wrong with ego." (*Playboy*, March 1990)

57. "Show me someone without an ego, and I'll show you a loser." (Facebook, Dec. 9, 2013)

58. "One of the key problems today is that politics is such a disgrace. Good people don't go into government. I'd want to change that." (*The Advocate*, Feb. 15, 2000)

59. "Our leaders are stupid. They are stupid people. It's just very, very sad." (Las Vegas, April 28, 2011)

60. "I would hate to think that people blame me for the problems of the world. Yet people come to me and say, 'Why do you allow homelessness in the cities?' as if I control the situation. I am not somebody seeking office." (*Playboy*, March 1990)

61. "It's very possible that I could be the first presidential candidate to run and make money on it." (*Fortune*, April 3, 2000)

62. "I have no intention of running for President." (*TIME*, Sept. 14, 1987)

05

control the situation. I am not somebody seeking office." (*Playboy*, March 1990)

61. "It's very possible that I could be the first presidential candidate to run and make money on it." (*Fortune*, April 3, 2000)

62. "I have no intention of running for President." (*TIME*, Sept. 14, 1987)

63. "I don't want to be President. I'm 100 percent sure. I'd change my mind only if I saw this country continue to go down the tubes." (*Playboy*, March 1990)

64. "Well, if I ever ran for office, I'd do better as a Democrat than as a Republican—and that's not because I'd be more liberal, because I'm conservative. But the working guy would elect me. He likes me." (*Playboy*, March 1990)

65. President Trump "would believe very strongly in extreme military strength. He wouldn't trust anyone. He wouldn't trust the Russians; he wouldn't trust our allies; he'd have a huge military arsenal, perfect it, understand it." (*Playboy*, March 1990)

66. Overseas, "we build a school, we build a road, they blow up the school, we build another school, we build another road they blow them up, we build again, in the meantime we can't get a fucking school in Brooklyn." (Las Vegas, April 28, 2011)

67. "What does it all mean when some wacko over in Syria can end the world with nuclear weapons?" (*New York Times*, April 8, 1984)

68. "I think if this country gets any kinder or gentler, it's literally going to cease to exist." (*Playboy*, March 1990)

69. "I see the values of this country in the way crime is tolerated, where the people are virtually afraid to say, 'I want the death penalty.' Well, I want it. Where has this country gone when you're not supposed to put in a grave the son of a bitch who robbed, beat, murdered and threw a 90-year-old woman off the building?" (*Playboy*, March 1990)

70. "I know politicians who love women who don't even want to be known for that, because they might lose the gay vote, OK?" (*Playboy*, March 1990)

71. "Politicians are all talk and no action." (Twitter, May 27, 2015)



Facebook
Twitter
Comment
Print



"Politicians are all talk and no action." Donald Trump enters the ring to shave the head of World Wrestling Entertainment chairman Vince McMahon in 2007. | AP Photo/Carlos Osorio | AP Photo

72. "When you need zone changes, you're political. … You know, I'll support the Democrats, the Republicans, whatever the hell I have to support." *(BuzzFeed*, Feb. 13, 2014)

73. "I will tell you that our system is broken. I gave to many people. Before this, before two months ago, I was a businessman. I give to everybody. When they call, I give. And do you know what? When I need something from them two years later, three years later, I call them—they are there for me." (Republican presidential debate, Aug. 6, 2015)

74. "Power corrupts." (*Playboy*, March 1990)

75. "Part of the beauty of me is that I am very rich." *(ABC*'s "Good Morning America," March 17, 2011)

76. "I'm really rich." (New York City, June 16, 2015)

77. "Look at these contracts. I get these to sign every day. I've signed hundreds of these. Here's a contract for $2.2 million. It's a building that isn't even opened yet. It's eighty-three percent sold, and nobody even knows it's there. For each contract, I need to sign twenty-two times, and if you think that's easy … You know, all the buyers want my signature. I had someone else who works for me signing, and at the closings the buyers got angry. I told myself, 'You know, these people are paying a million eight, a million seven, two million nine, four million one—for those kinds of numbers, I'll sign the fucking contract.' I understand. Fuck it. It's just more work." (*New Yorker*, May 19, 1997)

78. "My attitude is if somebody's willing to pay me $225,000 to make a speech, it seems stupid not to show up. You know why I'll do it? Because I don't think anyone's ever been paid that much." (*New Yorker*, May 19, 1997)

79. "I look very much forward to showing my financials, because they are huge." (*TIME*, April 14, 2011)

80. "I have a total net worth and now with the increase it will be well over $10 billion, but here total net worth of $8 billion. Net worth—not assets, not liabilities —a net worth. … I'm not doing that to brag. Because you know what? I don't have to brag. I don't have to. Believe it or not." (New York City, June 16, 2015)

81. "People say the '80s are dead, all the luxury, the extravagance. I say, 'What?' Am I supposed to change my taste because it's a new decade? That's bullshit." (*Playboy*, May 1997)

Facebook
Twitter
Comment
Print

billion, but here total net worth of $8 billion. Net worth—not assets, not liabilities ... have to brag. I don't have to. Believe it or not." (New York City, June 16, 2015)

81. "People say the '80s are dead, all the luxury, the extravagance. I say, 'What?' Am I supposed to change my taste because it's a new decade? That's bullshit." (*Playboy*, May 1997)

82. "If you don't tell people about your success, they probably won't know about it." (*How to Get Rich*, 2004)

83. "I know how to sell. Selling is life. You can have the greatest singer in the world, but if nobody knows who he is, he'll never have the opportunity to sing." (*Sports Illustrated*, Feb. 13, 1984)

84. "There are singers in the world with voices as good as Frank Sinatra's, but they're singing in their garages because no one has ever heard of them. You need to generate interest, and you need to create excitement." (*The Art of the Deal*, 1987)

85. "I've always felt that a lot of modern art is a con, and that the most successful painters are often better salesmen and promoters than they are artists." (*The Art of the Deal*, 1987)

86. "That's why the banks love me. They love my reputation." (*New York Times*, March 28, 2004)

87. "I really value my reputation and I don't hesitate to sue." (*Village Voice*, Jan. 15, 1979)

88. "I think the brand is huge. What is it about me that gets Larry King his highest ratings?" (*TrumpNation: The Art of Being The Donald*, 2005)

89. "My brand became more famous as I became more famous, and more opportunities presented themselves." (Amazon.com, 2007)

90. "Because I've been successful, make money, get headlines, and have authored bestselling books, I have a better chance to make my ideas public than do people who are less well known." (*The America We Deserve*, 2000)

91. "Let's say I was worth $10. People would say, 'Who the [expletive] are you?' You understand? They know my statement. Fortune. My book, *The Art of the Deal*, based on my fortune. If I didn't make a fortune, who the [expletive] is going to buy *The Art of the Deal*? That's why they watched 'The Apprentice.' Because of my great success." (*Washington Post*, July 12, 2015)

92. "People think I'm a gambler. I've never gambled in my life. To me, a gambler is someone who plays slot machines. I prefer to own slot machines. It's a very good business being the house." (*The Art of the Deal*, 1987)

93. "I like the casino business. I like the scale, which is huge, I like the glamour, and most of all, I like the cash flow." (*The Art of the Deal*, 1987)

94. "Cash is king, and that's one of the beauties of the casino business." (*Playboy*, March 1990)



Facebook
Twitter
Comment
Print

93. "I like the casino business. I like the scale, which is huge. I like the glamour, and most of all, I like the cash flow." (*The Art of the Deal*, 1987)

94. "Cash is king, and that's one of the beauties of the casino business." (*Playboy*, March 1990)

95. "How much have I made off the casinos? Off the record, a lot." (*Master Apprentice*, 2005)

96. "And while I can't honestly say I need an 80-foot living room, I do get a kick out of having one." (*The Art of the Deal*, 1987)

97. "Let me tell you something about the rich. They have a very low threshold for pain." (*New York* magazine, Feb. 11, 1985)

98. "Fighting for the last penny is a very good philosophy to have." (*Esquire*, January 2004)

99. "I aim very high, and then I just keep pushing and pushing and pushing to get what I'm after." (*The Art of the Deal*, 1987)

100. "I don't like to lose." (*New York Times*, Aug. 7, 1983)

101. "I'll do nearly anything within legal bounds to win." (*The Art of the Deal*, 1987)

102. "If you don't win you can't get away with it. And I win, I win, I always win. In the end, I always win, whether it's in golf, whether it's in tennis, whether it's in life, I just always win. And I tell people I always win, because I do." (*TrumpNation: The Art of Being The Donald*, 2005)

103. "I'll do what I have to do." (*Atlantic*, April 2013)

104. "I do whine because I want to win, and I'm not happy about not winning, and I am a whiner, and I keep whining and whining until I win." (*CNN*, Aug. 10, 2015)

105. "Hey, look, I had a cold spell from 1990 to '91. I was beat up in business and in my personal life. But you learn that you're either the toughest, meanest piece of shit in the world or you just crawl into a corner, put your finger in your mouth, and say, 'I want to go home.' You never know until you're under pressure how you're gonna react. Guys that I thought were tough were *nothin'*." (*New York* magazine, Aug. 15, 1994)

106. "The mind can overcome any obstacle. I never think of the negative." (*New York Times*, Aug. 7, 1983)

107. "It's been said that I believe in the power of positive thinking. In fact, I believe in the power of negative thinking." (*The Art of the Deal*, 1987)

108. "A lot of people sit down and discuss their lives, things like are they happy, but it's not like that with me. I don't think positively, I don't think negatively, I just think about the goal. But it's not like I sit down and write goals. I just do things." (*Master Apprentice*, 2005)

109. "If you asked Babe Ruth how he hit home runs, he was unable to tell you. I

108. "A lot of people sit down and discuss their lives, things like are they happy but it's not like that with me. I don't think positively, I don't think negatively, I just think about the goal. But it's not like I sit down and write goals. I just do things." (*Master Apprentice*, 2005)

109. "If you asked Babe Ruth how he hit home runs, he was unable to tell you. I do things by instinct." (*New York Times*, Sept. 8, 2004)

110. "A lot of people build a brand and they study it very carefully and every move is calculated. My moves are not calculated. My moves are totally uncalculated." (*TrumpNation: The Art of Being The Donald*, 2005)

111. "For many years I've said that if someone screws you, screw them back. When somebody hurts you, just go after them as viciously and as violently as you can." (*How to Get Rich,* 2004)

112. "The way I see it, critics get to say what they want about my work, so why shouldn't I be able to say what I want to about theirs?" (*The Art of the Deal*, 1987)

113. "Sometimes, part of making a deal is denigrating your competition." (*The Art of the Deal*, 1987)

114. "One of the problems when you become successful is that jealousy and envy inevitably follow. There are people – I categorize them as life's losers—who get their sense of accomplishment and achievement from trying to stop others. As far as I'm concerned, if they had any real ability they wouldn't be fighting me, they'd be doing something constructive themselves." (*The Art of the Deal*, 1987)

115. "Rosie O'Donnell's disgusting. I mean, both inside and out. You take a look at her, she's a slob … " ("Entertainment Tonight," Dec. 21, 2006)

116. "She called me a snake oil salesman, and, you know, coming from Rosie, that's pretty low, because when you look at her, and when you see the mind, the mind is—is weak. I don't see it. I don't get it. I never understood. How does she even get on television?" ("Entertainment Tonight," Dec. 21, 2006)


Among Trump's statements on various public women: "Rosie O'Donnell's disgusting"; Bette Midler is "grotesque"; Arianna Huffington is "a dog"; Cher, however, is only "somewhat of a loser." | AP Photos.

117. "Rosie's a person that's very lucky to have her girlfriend. And she better be careful or I'll send one of my friends over to pick up her girlfriend. Why would she stay with Rosie if she had another choice?" ("Entertainment Tonight," Dec. 21, 2006)

118. "Probably I'll sue her. Because it would be fun. I'd like to take some money out of her fat-ass pockets." ("Entertainment Tonight," Dec. 21, 2006)

119. "I think she's a terrible person. I can look at people and see what they are." (*New York Post*, December 22, 2006)

120. Bette Midler is "grotesque." (Twitter, Oct. 28, 2012)

121. Arianna Huffington is "a dog." (Twitter, April 6, 2015)

122. "Angelina Jolie is sort of amazing because everyone thinks she's like this great beauty. And I'm not saying she's an unattractive woman, but she's not a

Facebook
Twitter
Comment
Print

120. Dennis Miller is "grotesque." (Twitter, Oct. 28, 2012)

121. Arianna Huffington is "a dog." (Twitter, April 6, 2015)

122. "Angelina Jolie is sort of amazing because everyone thinks she's like this great beauty. And I'm not saying she's an unattractive woman, but she's not a beauty, by any stretch of the imagination. I really understand beauty." (*CNN*, Oct. 9, 2006)

123. "Karl Rove is a total loser." (Twitter, Feb. 7, 2013)

124. Republican pollster Frank Luntz is a "total loser!" (Twitter, Aug. 3, 2014)

125. Russell Brand is a "major loser!" (Twitter, Oct. 16, 2014)

126. "Cher is somewhat of a loser. She's lonely. She's unhappy. She's very miserable." (*Fox News*, May 15, 2012)

127. George Will is a "moron." (Twitter, April 17, 2015)

128. Chuck Todd is a "moron." (Twitter, Aug. 9, 2013)

129. Former Secretary of Defense Chuck Hagel: "Obvious moron." (Twitter, Aug. 23, 2014)

130. Megyn Kelly is a "bimbo." (Twitter, Aug. 7, 2015)

131. Michelle Malkin is a "dummy." (Twitter, Oct. 25, 2012)

132. Brian Williams is a "dummy." (Twitter, March 6, 2013)

133. Graydon Carter? "Dummy." (Twitter, Dec. 19, 2012)

134. John McCain is "not a war hero. … He is a war hero because he was captured. I like people who weren't captured, OK?" (Ames, Iowa, July 18, 2015)

135. "Truly weird Senator Rand Paul of Kentucky reminds me of a spoiled brat without a properly functioning brain." (Twitter, Aug. 10, 2015)

136. "I just realized that if you listen to Carly Fiorina for more than ten minutes straight, you develop a massive headache. She has zero chance!" (Twitter, Aug. 9, 2015)

137. "What a stiff, what a stiff, Lindsey Graham." (Bluffton, S.C., July 21, 2015)

138. Rick Perry "put on glasses so people think he's smart. … People can see through the glasses." (Bluffton, S.C., July 21, 2015)

139. Rick Santorum? "I have a big plane. He doesn't." (*Des Moines Register*, April 8, 2015)

140. The record ratings for the Republican debate earlier this month? "Who do you think they're watching? Jeb Bush? Huh? I don't think so." (Birch Run, Mich., Aug. 11, 2015)

141. And George W. Bush is "no Einstein." (Minneapolis, Jan. 7, 2000)

142. Bernie Sanders and Black Lives Matter protesters in Seattle? "I would never

11

140. The record ratings for the Republican debate earlier this month? "Who do you think they're watching? Jeb Bush? Huh? I don't think so." (Birch Run, Mich., Aug. 11, 2015)

141. And George W. Bush is "no Einstein." (Minneapolis, Jan. 7, 2000)

142. Bernie Sanders and Black Lives Matter protesters in Seattle? "I would never give up my microphone! I thought that was disgusting. That showed such weakness, the way he was taken away by two young women. The microphone!" (Birch Run, Mich., Aug. 11, 2015)

143. "My favorite part (of Pulp Fiction) is when Sam has his gun out in the diner and he tells the guy to tell his girlfriend to shut up. Tell that bitch to be cool. Say: Bitch be cool. I love those lines." (*TrumpNation: The Art of Being The Donald*, 2005)

144. "I'm not the world's happiest person." (*New York Magazine*, March 5, 1990)

145. "I think I am a nice person. People who know me like me." (New York City, June 16, 2015)

146. "I can be a killer and a nice guy. You have to be everything. You have to be strong. You have to be sweet. You have to be ruthless. And I don't think any of it can be learned. Either you have it or you don't. And that is why most kids can get straight A's in school but fail in life." (*Playboy*, March 1990)

147. "I like the challenge and tell the story of the coal miner's son. The coal miner gets black-lung disease, his son gets it, then his son. If I had been the son of a coal miner, I would have left the damn mines. But most people don't have the imagination—or whatever—to leave their mine. They don't have 'it.'" (*Playboy*, March 1990)

148. "It is an ability to become an entrepreneur, a great athlete, a great writer. You're either born with it or you're not." (*Playboy*, March 1990)

149. "But when somebody tries to sucker punch me, when they're after my ass, I push back a hell of a lot harder than I was pushed in the first place. If somebody tries to push me around, he's going to pay a price. Those people don't come back for seconds. I don't like being pushed around or taken advantage of. And that's one of the problems with our country today. This country is being pushed around by everyone." (*Playboy*, March 1990)

150. "Sorry losers and haters, but my I.Q. is one of the highest — and you all know it!" (Twitter, May 8, 2013)

151. "… of course, it's very hard for them to attack me on looks, because I'm so good looking." (*NBC*'s "Meet the Press," Aug. 9, 2015)

152. "I can never apologize for the truth." (*Fox News*, July 5, 2015)

153. "Who knows what's in the deepest part of my mind?" (*BuzzFeed*, Feb. 13, 2014)

154. "I enjoy testing friendships." (*Playboy*, March 1990)

155. "I do love provoking people." (*BuzzFeed*, Feb. 13, 2014)

Facebook
Twitter
Comment
Print

2014)

154. "I enjoy testing friendships." (*Playboy*, March 1990)

155. "I do love provoking people." (*BuzzFeed*, Feb. 13, 2014)

156. "You can never tell until you test; the human species is interesting in that way." (*Playboy*, March 1990)

157. "Everything in life to me is a psychological game, a series of challenges you either meet or don't." (*Playboy*, March 1990)

158. "My father was a builder in Brooklyn and Queens, a very smart businessperson who understood life." (*Esquire*, January 2004)

159. "We had a relationship that was almost businesslike." (*The Art of the Deal*, 1987)

160. "Not many sons have been able to escape their fathers." (*New York Times*, Aug. 7, 1983)

161. "Look, I had friends whose fathers were very successful, and the fathers were jealous of the sons' success and tried to hurt them, keep them down, because they wanted to be the king. My father was the exact opposite. He used to carry around articles (about me)." (*New York Times*, Jan. 2, 2000)

162. "I was always very much accepted by my father. He adored Donald Trump … " (*Playboy*, March 1990)

163. "He was a strong, strict father, a no-nonsense kind of guy, but he didn't hit me." (*Playboy*, March 1990)

164. "He taught me to keep my guard up. The world is a pretty vicious place." (*Esquire*, January 2004)

165. "People are too trusting. I'm a very untrusting guy." (*Playboy*, March 1990)

166. "I believe that, unfortunately, people are out for themselves." (*Playboy*, March 1990)

167. "Statistically, my children have a very bad shot. Children of successful people are generally very, very troubled, not successful. They don't have the right shtick. You never know until they're tested." (*Playboy*, March 1990)

168. "I want five children, like in my own family, because with five, then I will know that one will be guaranteed to turn out like me." (*Vanity Fair*, September 1990)

169. " … when you're rich, you can have as many kids as you want. Being rich makes it easier to have kids." (*TrumpNation: The Art of Being The Donald*, 2005)

170. "The hardest thing for me about raising kids has been finding the time. I know friends who leave their business so they can spend more time with their children, and I say, 'Gimme a break!'" (*New York* magazine, Dec. 13, 2004)

13

Facebook
Twitter
Comment
Print

makes it easier to have kids." (*TrumpNation: The Art of Being The Donald*, 2005)

170. "The hardest thing for me about raising kids has been finding the time. I know friends who leave their business so they can spend more time with their children, and I say, 'Gimme a break!'" (*New York* magazine, Dec. 13, 2004)

171. "My marriage, it seemed, was the only area of my life in which I was willing to accept something less than perfection." (*Surviving at the Top*, 1990)

172. "I would never buy Ivana any decent jewels or pictures. Why give her negotiable assets?" (*Vanity Fair*, September 1990)

173. And Marla, wife No. 2? "I was bored when she was walking down the aisle. I kept thinking: What the hell am I doing here? I was so deep into my business stuff. I couldn't think of anything else." (*TrumpNation: The Art of Being The Donald*, 2005)

174. "It's all in the hunt and once you get it, it loses some of its energy. I think competitive, successful men feel that way about women. Don't you agree? Really, don't you agree?" (*TrumpNation: The Art of Being The Donald*, 2005)

175. "Marla was always wanting me to spend more time with her. 'Why can't you be home at 5 o'clock like other husbands?' she would ask. Sometimes, when I was in the wrong mood, I would give a very materialistic answer. 'Look, I like working. You don't mind traveling around in beautiful helicopters and airplanes, and you don't mind living at the top of Trump Tower, or at Mar-a-Lago, or traveling to the best hotels, or shopping in the best stores and never having to worry about money, do you?'" (*The Art of the Comeback*, 1997)

176. " … I'm married to my business. It's been a marriage of love. So, for a woman, frankly, it's not easy in terms of relationships. But there are a lot of assets." (*New York* magazine, Dec. 13, 2004)

177. "But, I think you understand, I don't have very much time. I just don't have very much time. There's nothing I can do about what I do other than stopping. And I just don't want to stop." (*New Yorker*, May 19, 1997)

178. "… you need love, you need trust, you need sex, you need lots of different things—all of which are very complex." (*Esquire*, January 2004)

179. "For me, business comes easier than relationships." (*Esquire*, January 2004)

Trump and father Fred, at right, in an undated photograph. Says Donald Trump of his father: "He adored Donald Trump." | Photo by Dennis Caruso/Getty Images

180. "I don't do it for the money." (*The Art of the Deal*, 1987)

181. "I do it to do it." (*The Art of the Deal*, 1987)

182. "I've done an incredible job." (*Atlantic*, April 2013)

183. "I nod, and it is done." (*Esquire*, January 2004)

184. "Know what? After shaking five thousand hands, I think I'll go wash mine." (*New Yorker*, May 19, 1997)

14

Facebook
Twitter
Comment
Print

182. "I've done an incredible job." (*Atlantic*, April 2013)

183. "I nod, and it is done." (*Esquire*, January 2004)

184. "Know what? After shaking five thousand hands, I think I'll go wash mine." (*New Yorker*, May 19, 1997)

185. "I don't dwell on the past." (*Playboy*, March 1990)

186. "I don't look forward or not look forward." (*Washington Post*, July 12, 2015)

187. "I always go into the center." (*New Yorker*, May 19, 1997)

188. "You gotta say, I cover the gamut. Does the kid cover the gamut? Boy, it never ends. I mean, people have no idea. Cool life. You know, it's sort of a cool life." (*New Yorker*, May 19, 1997)

189. "I've had a lot of victories. I fight hard for victory, and I think I enjoy it as much as I ever did. But I realize that maybe new victories won't be the same as the first couple." (*People*, July 9, 1990)

190. "… the same assets that excite me in the chase, often, once they are acquired, leave me bored. For me, you see, the important thing is the getting, not the having." (*Surviving at the Top*, 1990)

191. "I truly believe that someone successful is never really happy, because dissatisfaction is what drives him." (*Playboy*, March 1990)

192. "I rarely stop for lunch." (*The Art of the Deal*, 1987)

193. "I don't sleep more than four hours a night." (*Playboy*, March 1990)

194. "I'm a guy who lies awake at night and thinks and plots." (*New York* magazine, Nov. 9, 1992)

195. "Some people cast shadows, and other people choose to live in those shadows." (*New York Times*, Sept. 11, 2005)

196. "Did you know that New York Construction News named Donald Trump the developer and owner of the year?" (*Fortune*, April 3, 2000)

197. "How long is your article?" (*Vanity Fair*, September 1990)

198. "Is it a cover?" (*Vanity Fair*, September 1990)

199. "What do people say about me? Do they say I'm loyal? Do they say I work hard?" (*Village Voice*, Jan. 15, 1979)

Share on Facebook    Share on Twitter

**This article tagged under:**

2016   GOP   Donald Trump   2016 Elections   POLITICO Magazine

**SHOW COMMENTS**

15