# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,<br><br>Defendants. | Case No.: 1:25-cv-23232-DPG |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES
## IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS
## AND REQUEST FOR JUDICIAL NOTICE

Plaintiff President Donald J. Trump ("Plaintiff") and Defendants Dow Jones & Company, Inc. d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo (together, "Defendants") (Plaintiff and Defendants are collectively, the "Parties"), by and through their undersigned counsel, jointly move for a short extension of the deadlines for Plaintiff to respond to Defendants' Motion To Dismiss [ECF No. 35] and Defendants' Request for Judicial Notice [ECF No. 38], and for Defendants to file their replies in support of their Motion To Dismiss and Request for Judicial Notice. In support, the Parties state as follows:

1.  On September 22, 2025, Defendants filed their Motion To Dismiss [ECF No. 35].

2. Additionally, on September 23, 2025, Defendants filed their Request for Judicial Notice [ECF No. 38] asking the Court to take judicial notice of several documents in connection with its consideration of Defendants' Motion to Dismiss.

3. Currently, Plaintiff's deadline to respond to the Motion To Dismiss is October 6, 2025, and Defendants' deadline to file their reply, assuming Plaintiff files his response on October 6, 2025, will be October 13, 2025. Additionally, Plaintiff's deadline to respond to the Request for Judicial Notice is October 7, 2025, and Defendants' deadline to file their reply, assuming Plaintiff files his response on October 7, 2025, will be October 14, 2025.

4. There is good cause for this extension. Due to the press of other urgent matters and in order to allow sufficient time to adequately address the issues raised in Defendants' Motion To Dismiss and Request for Judicial Notice, Plaintiff needs additional time to file his responses, and Defendants need additional time to file their replies.

5. As such, the Parties have agreed to extend the briefing schedule such that Plaintiff's responses in opposition to Defendants' Motion To Dismiss and Request for Judicial Notice shall be due on October 20, 2025, and Defendants' replies shall be due on November 5, 2025.

6. This short extension will allow the Parties sufficient time to properly address the issues raised in Defendants' Motion To Dismiss and Request for Judicial Notice in their respective responses and replies.

7. The Parties have not proposed this extension for the purposes of delay. Further, given the relatively short extension of time requested, the proposed extension will not prejudice the Court or any of the Parties.

8. Accordingly, the Parties have filed this joint motion and believe that good cause exists for the Court to grant the requested extension.

**WHEREFORE**, the Parties respectfully request that the Court enter an Order granting this joint motion and extending the deadline for Plaintiff to file his responses to Defendants' Motion To Dismiss and Request for Judicial Notice to October 20, 2025, extending the deadline for Defendants to file their replies to November 5, 2025, and for such other relief the Court deems proper. A proposed order granting this joint motion is attached hereto as **Exhibit A**.

Dated: October 1, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* <br> Alejandro Brito <br> Florida Bar No. 098442 <br> Ian Michael Corp <br> Florida Bar No. 1010943 <br> BRITO, PLLC <br> 2121 Ponce de Leon Boulevard <br> Suite 650 <br> Coral Gables, Florida 33134 <br> abrito@pllc.com <br> icorp@britopllc.com <br> apiriou@britopllc.com <br><br> *Counsel for Plaintiff* <br> *President Donald J. Trump* | */s/ George S. Lemieux* <br> George S. Lemieux, Esq. <br> Timothy J. McGinn, Esq. <br> Eric C. Edison, Esq. <br> Gunster, Yoakley & Stewart, P.A. <br> 450 E. Las Olas Blvd., Suite 1400 <br> Fort Lauderdale, FL 33301 <br> glemieux@gunster.com <br> tmcginn@gunster.com <br> eedison@gunster.com <br><br> Katherine M. Bolger, Esq.* <br> Amanda B. Levine, Esq.* <br> Meenakshi Krishnan, Esq.* <br> Davis Wright Tremaine, LLP <br> 1251 Avenue of the Americas, 21st Floor <br> New York, New York 10020 <br> katebolger@dwt.com <br> amandalevine@dwt.com <br> meenakshikrishnan@dwt.com <br><br> Andrew J. Levander, Esq* <br> Steven A. Engel, Esq* <br> Dechert LLP <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> andrew.levander@dechert.com <br> steven.engel@dechert.com <br><br> *Admitted pro hac vice |

*Counsel for Defendants Dow Jones & Company, Inc., d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo*