UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,<br><br>Defendants. | Case No.: 1:25-cv-23232-DPG |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

THIS MATTER came before the Court on the Joint Motion ("Motion") to Extend Briefing Deadlines in response to Defendants' Motion To Dismiss [ECF No. 35] and Defendants' Request for Judicial Notice[ECF No. 38] filed by Plaintiff President Donald. J. Trump ("Plaintiff") and Defendants Dow Jones & Company, Inc. d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo (together, "Defendants") (Plaintiff and Defendant are collectively, the "Parties"). For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Parties' Motion is **GRANTED**.

    2.    By **October 20, 2025**, Plaintiff shall respond to Defendants' Motion To Dismiss and Request for Judicial Notice.

1

3. By **November 5, 2025**, Defendants shall file its replies.

**DONE AND ORDERED** in the Southern District of Florida on _____ _____, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record.