UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:25-CV-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants Dow Jones & Co. Inc. ("Dow Jones"), News Corporation ("News Corp."), Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo (collectively "Defendants"), by and through their undersigned counsel, hereby submit their Certificate of Interested Parties as follows:

Defendants certify, based on their information and belief, that the following persons and entities may have a financial interest in the outcome of this case:

    1.    Plaintiff President Donald J. Trump

    2.    Defendant Dow Jones

    3.    Defendant News Corp.

    4.    Defendant Keith Rupert Murdoch

5. Defendant Robert Thomson

6. Defendant Khadeeja Safdar

7. Defendant Joseph Palazzolo

8. Plaintiff's counsel, Alejandro Brito

9. Plaintiff's counsel, Ian Corp

10. Plaintiff's counsel, Brito, PLLC

11. Defendants' counsel, George LeMieux

12. Defendants' counsel, Eric Edison

13. Defendants' counsel, Timothy McGinn

14. Defendants' counsel Gunster, Yoakley & Stewart, P.A.

15. Defendants' counsel, Katherine Bolger

16. Defendants' counsel, Amanda Levine

17. Defendants' counsel, Meenakshi Krishnan

18. Defendants' counsel, Davis Wright Tremaine LLP

19. Defendants' counsel, Andrew Levander

20. Defendants' counsel, Steven Engel

21. Defendants' counsel, Dechert LLP

Dated: October 10, 2025                     Respectfully submitted,

By: */s/ George S. LeMieux*                 **DAVIS WRIGHT TREMAINE LLP**
                                            Katherine M. Bolger (pro hac vice)
**GUNSTER, YOAKLEY & STEWART, P.A.**        Amanda B. Levine (pro hac vice)
George S. LeMieux                           Meenakshi Krishnan (pro hac vice)
(Florida Bar No. 16403)                     1251 Avenue of the Americas, 21st Floor
Eric C. Edison                              New York, NY 10020
(Florida Bar No. 010379)                    Telephone: (212) 489-8230
Timothy J. McGinn                           katebolger@dwt.com
(Florida Bar No. 1000377)                   amandalevine@dwt.com
450 East Las Olas Boulevard, Suite 1400     meenakshikrishnan@dwt.com

4896-4696-1009v.1 0061171-000072

Fort Lauderdale, FL 33301
Telephone: (954) 462-2000
glemieux@gunster.com
eedison@gunster.com
tmcginn@gunster.com

-and-

**DECHERT LLP**
Andrew J. Levander (pro hac vice pending)
Steven A. Engel (pro hac vice pending)
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
andrew.levander@dechert.com
steven.engel@dechert.com

*Counsel for Defendants*

4896-4696-1009v.1 0061171-000072