UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:25-cv-23232-DPG/EGT

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

    v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

    Defendants.

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes _____ | No __X__ |
| 2. | **Motions for Summary Judgment** | Yes _____ | No __X__ |
| 3. | **All Pretrial Motions** | Yes _____ | No __X__ |
| 4. | **Discovery** | Yes __X__ | No _____ |
| 5. | **Other (*explain below*)** | Yes _____ | No __X__ |

_____

1

| | |
|---|---|
| Dated: October 10, 2025 | Respectfully submitted, |
| By: /s/ *Alejandro Brito* | By: */s/ George S. LeMieux* |
| **BRITO, PLLC**<br>Alejandro Brito<br>Florida Bar No. 098442<br>Ian Michael Corp<br>Florida Bar No. 1010943<br>2121 Ponce de Leon Boulevard<br>Suite 650<br>Coral Gables, Florida 33134<br>Telephone (305) 614-4071<br>abrito@britopllc.com<br>icorp@britopllc.com<br>apiriou@britopllc.com<br><br>*Counsel for Plaintiff* | **GUNSTER, YOAKLEY & STEWART, P.A.**<br>George S. LeMieux<br>(Florida Bar No. 16403)<br>Eric C. Edison<br>(Florida Bar No. 010379)<br>Timothy J. McGinn<br>(Florida Bar No. 1000377)<br>450 East Las Olas Boulevard, Suite 1400<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-2000<br>glemieux@gunster.com<br>eedison@gunster.com<br>tmcginn@gunster.com<br><br>**DAVIS WRIGHT TREMAINE LLP**<br>Katherine M. Bolger (pro hac vice)<br>Amanda B. Levine (pro hac vice)<br>Meenakshi Krishnan (pro hac vice)<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>amandalevine@dwt.com<br>meenakshikrishnan@dwt.com<br><br>-and-<br><br>**DECHERT LLP**<br>Andrew J. Levander (pro hac vice)<br>Steven A. Engel (pro hac vice)<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>andrew.levander@dechert.com<br>steven.engel@dechert.com<br><br>*Counsel for Defendants* |