**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,<br><br>  Defendants. | Case No.: 1:25-cv-23232-DPG |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE**
**STATUS CONFERENCE HEARING ON OCTOBER 31, 2025**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"), by and through his undersigned counsel, hereby files this Unopposed Motion to Continue the Status Conference hearing on October 31, 2025. In support, Plaintiff states as follows:

1. On October 3, 2025, the Court entered its Paperless Order setting a Status Conference hearing for October 31, 2025 at 1:00 p.m. [ECF No. 42].

2. Plaintiff's counsel was under the impression that the Status Conference had been scheduled for October 30, 2025 at 1:00 p.m.

3. However, upon reviewing the Court's docket, Plaintiff's counsel realized that the hearing is actually set for October 31, 2025 at 1:00 p.m.

4. Plaintiff's counsel has a prepaid flight on October 31, 2025 at 1:30 p.m. to be out of the state that day.

5.      Accordingly, Plaintiff respectfully requests that the Court reschedule the Status Conference to a later date convenient to the Court and all parties.

WHEREFORE, Plaintiff President Donald J. Trump respectfully requests that the Court enter an Order continuing the hearing on the Status Conference at a later date and time. A proposed order granting this unopposed Motion is attached hereto as **Exhibit A.**

### CERTIFICATE OF CONFERENCE WITH LOCAL COUNSEL

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Plaintiff certifies that he conferred with counsel for Defendants Dow Jones & Company, Inc. d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo ("Defendants") via email on October 29, 2025.  Defendants confirmed that they do not oppose the relief sought in this Motion.

Date: October 29, 2025

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 29th day of October 2025 through the Florida Courts E-filing Portal upon:

George S. Lemieux, Esq.
Timothy J. McGinn, Esq.
Eric C. Edison, Esq.
Gunster, Yoakley & Stewart, P.A.
450 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
glemieux@gunster.com
tmcginn@gunster.com
eedison@gunster.com
dpeterson@gunster.com
pholness@gunster.com
mzayas@gunster.com
eservice@gunster.com

Katherine M. Bolger, Esq.
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020- 1104
katebolger@dwt.com
nycdocket@dwt.com

Meenakshi Krishnan, Esq
Davis Wright Tremaine, LLP
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
meenakshikrishnan@dwt.com
amandalevine@dwt.com
nycdocket@dwt.com

Amanda B. Levine, Esq.
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020-1104
amandalevine@dwt.com

Steven A. Engel, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
steven.engel@dechert.com
nycmanagingclerks@dechert.com

Andrew J. Levander, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
andrew.levander@dechert.com
nycmanagingclerks@dechert.com

*Counsel for Defendants*

By: /s/ *Alejandro Brito*