**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,<br><br>  Defendants. | Case No.: 1:25-cv-23232-DPG |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT**
**LIMITED DISCOVERY ON ACTUAL MALICE AND EXTEND**
**DEADLINE TO FILE AMENDED COMPLAINT**

This cause came before this Court upon Plaintiff President Donald J. Trump's ("Plaintiff") Motion for Leave to Conduct Limited Discovery on Actual Malice and Extend Deadline to File Amended Complaint [ECF No. ___] (the "Motion"). Having reviewed the Motion, and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion is GRANTED.

2. Plaintiff is granted leave to conduct discovery on the issue of actual malice to explore the state of mind of Defendants Dow Jones & Company, Inc. d/b/a The Wall Street Journal, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo ("Defendants") in connection with the July 17, 2025, article titled "Jeffrey Epstein's Friends Sent Him Bawdy Letters for a 50th Birthday Album. One was from Donald Trump."

3. Plaintiff shall have until June 26, 2026, to file his Amended Complaint.

DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of April, 2026.

_____

Judge Darrin P. Gayles
United States District Judge