**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No.: 1:25-CV-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

      Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE
WALL STREET JOURNAL, a Delaware
corporation, NEWS CORPORATION, a Delaware
corporation, KEITH RUPERT MURDOCH, an
individual, ROBERT THOMSON, an individual,
KHADEEJA SAFDAR, an individual, and JOSEPH
PALAZZOLO, an individual,

      Defendants.
_____/

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Katherine M. Bolger, Esq. declare as follows:

1.      I am a partner at Davis Wright Tremaine LLP, co-counsel for Defendants Dow
Jones & Company, Inc. d/b/a *The Wall Street Journal*, News Corporation, Keith Rupert
Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo.  I am admitted *pro hac vice*
in the above-captioned matter.

2.      I make this declaration in order to annex exhibits relied upon in Defendants'
concurrently-filed Motion to Dismiss the First Amended Complaint.

3.      Annexed hereto as **Exhibit 1** is a true and correct copy of the article published by
*The Wall Street Journal* on July 17, 2025 entitled, "Jeffrey Epstein's Friends Sent Him Bawdy
Letters for a 50th Birthday Album. One Was From Donald Trump.," which is available at the

1

URL, https://www.wsj.com/politics/trump-jeffrey-epstein-birthday-letter-we-have-certain-things -in-common-f918d796 (the "Article").

4.    Annexed hereto as **Exhibit 2** is a true and correct copy of the subpoena issued to the estate of Jeffrey Epstein on August 25, 2025 by the United States House of Representatives Committee on Oversight and Government Reform (the "House Oversight Committee"), which is available at the URL, https://oversight.house.gov/wp-content/uploads/2025/08/2025.08.25- Subpoena-and-Schedule-to-Epstein-Estate.pdf.

5.    Annexed hereto as **Exhibit 3** is a true and correct copy of the press release issued by the House Oversight Committee on September 8, 2025 entitled, "Oversight Committee Releases Records Provided by the Epstein Estate, Chairman Comer Provides Statement," which is available at the URL, https://oversight.house.gov/release/oversight-committee-releases- records-provided-by-the-epstein-estate-chairman-comer-provides-statement/.

6.    Annexed hereto as **Exhibit 4** is a true and correct copy of a 238-page document entitled "The First Fifty Years" with Bates stamps HOUSE_OVERSIGHT_000001- HOUSE_OVERSIGHT_000238, produced by the estate of Jeffrey Epstein in response to Request No. 1 in the House Oversight Committee subpoena[1] and subsequently released by the House Oversight Committee on September 8, 2025.  In its press release (Exhibit 3), the House Oversight Committee provided links to download the 238-page document from Google Drive, which is available at the URL, https://drive.google.com/file/d/1rR1BzSxbCkV6LGWTUJuIoze _xSvzOfUD/view; and from Dropbox, which is available at the URL, https://www.dropbox.com/scl/fo/azl4abiwwixtvezmz0617/ANVZACgh4aPQ-TcxCKi0FDw?dl =0&e=2&preview=Request+No.+1.pdf&rlkey=aqg68si6y246f2b15kro9zmqh&st=7nh3wzuq.

---

[1] This request sought "All entries contained within the reported leather-bound book compiled by Ms. Ghislaine Maxwell for Mr. Jeffrey Epstein's 50th birthday."

7.      Annexed hereto as **Exhibit 5** is a true and correct copy of a page with the Bates stamp HOUSE_OVERSIGHT_000165, which appears in the 238-page document produced by the estate of Jeffrey Epstein in response to Request No. 1 in the House Oversight Committee subpoena and released by the House Oversight Committee on September 8, 2025 (Exhibit 4).

8.      Annexed hereto as **Exhibit 6** is a true and correct copy of the article published by *The Wall Street Journal* on September 8, 2025 entitled, "A Visual Breakdown of the Trump Birthday Letter to Epstein," which is available at the URL, https://www.wsj.com/us-news/law/trump-jeffrey-epstein-letter-birthday-book-analysis-0bbeeaf6 (the "Sept. 8 Article"). The Sept. 8 Article appears on *The Wall Street Journal* website as a dynamic, scrolling visual presentation in which text and images change and overlap as the reader scrolls through the page. Accordingly, the capture of the Sept. 8 Article reproduced in Exhibit 6 reflects this content, captured from the scrolling display, and the full dynamic article is available at the above hyperlink.

9.      Annexed hereto as **Exhibit 7** is a true and correct copy of excerpts of testimony given by Ghislaine Maxwell to the U.S. Department of Justice on July 24, 2025, which is available at the URL, https://www.justice.gov/storage/audio-files/Interview%20Transcript/Interview%20Transcript%20-%20Maxwell%202025.07.24%20(Redacted).pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2026

*/s/ Katherine M. Bolger*
Katherine M. Bolger (*pro hac vice*)