# EXHIBIT 3



About ⌄    Committee Activity ⌄    Subcommittees ⌄    Media Center ⌄    Blow the Whistle

**Press Release**    Published: Sep 8, 2025

# Oversight Committee Releases Records Provided by the Epstein Estate, Chairman Comer Provides Statement

WASHINGTON—Today, the House Committee on Oversight and Government Reform released records provided by the estate of Jeffrey Epstein pursuant to Chairman James Comer's (R-Ky.) subpoena issued on August 25, 2025. Chairman Comer also issued the following statement:

*"It's appalling Democrats on the Oversight Committee are cherry-picking documents and politicizing information received from the Epstein Estate today. Oversight Committee Republicans are focused on running a thorough investigation to bring transparency and accountability for survivors of Epstein's heinous crimes and the American people. President Trump is not accused of any wrongdoing and Democrats are ignoring the new information the Committee received today. The Committee will pursue additional Epstein bank records based on this new information. Democrats must decide if their priority is justice for the survivors or politics."*

The documents can be found **here** (backup **here**).

The Committee also obtained information about Epstein's bank accounts. The Committee will pursue these bank records.

## Related

**Press Release**

### Chairman Comer Announces Hearing with D.C. Officials

September 12, 2025

**Press Release**

### Greene Announces Hearing on Weather and Climate Control

September 11, 2025

**Press Release**

### Sessions Announces Hearing on Updates to DoD's Struggling Background Check System

September 11, 2025

**Press Release**

### Higgins Announces Hearing on Biden's Weaponized Environmental Enforcement Targeting Americans and Businesses

September 11, 2025



**About**

Chairman James Comer
Full Committee
Rules

**Committee Activity**

Calendar
Hearings
Letters
Markups
Reports
Forums
Roundtables

**Subcommittees**

Cybersecurity, Information Technology, and Government Innovation
Economic Growth, Energy Policy, and Regulatory Affairs
Government Operations
Health Care and Financial Services
Military and Foreign Affairs
Federal Law Enforcement
Delivering on Government Efficiency