# EXHIBIT 6

# THE WALL STREET JOURNAL.



EXCLUSIVE

# A Visual Breakdown of the Trump Birthday Letter to Epstein

An analysis of the text and drawing long hidden in a 2003 birthday book



⤷   ▢   Aa   ▢ 3433   |   🎧 Listen (3 min)   ⋮

An image of the letter, which has been turned over to Congress by the Epstein estate.

By Khadeeja Safdar  Follow  , Joe Palazzolo  Follow  and Kara Dapena  Follow

Updated Sept. 8, 2025 4:34 pm ET

Here's an analysis of the letter bearing Donald Trump's name that was included in a 50th birthday book for Jeffrey Epstein.

The Wall Street Journal in July reported on the 2003 birthday book and letter bearing Trump's name. Trump has denied writing the letter or drawing the picture, calling it "a fake thing."

Karoline Leavitt, White House press secretary, said Monday in a social-media post, "As I have said all along, it's very clear President Trump did not draw this picture, and he did not sign it."

A copy of the letter was provided Monday to Congress in response to a subpoena from Rep. James Comer (R., Ky.), the chair of the House Oversight Committee. Reps. Robert Garcia (D., Calif.) and Ro Khanna (D., Calif.) had pressed for the release of the book from the Epstein estate.

Here is a look at key features of the document.



WSJ   A Visual Breakdown of the Trump Birthday Letter to Epstein   3433   Gift unlocked article   Listen (3 min)



## Signature and typeface

In the Epstein letter, Trump's signature is a squiggly "Donald" mimicking pubic hair. Trump often signs with his full name, but there are other examples of personal letters he sent with a similar signature and bold serif lettering.



The signature and font used in the 2003 Epstein letter resemble...

2

A Visual Breakdown of the Trump Birthday Letter to Epstein

The signature and font used in the
2003 Epstein letter resemble...





...and a letter sent in November 2000 to Hillary Clinton congratulating her on her election to the U.S. Senate.

5





## Line drawings

The Epstein letter has a line drawing that appears to be hand-drawn with heavy marker, including a pair of small arcs denoting a woman's breasts. Over the years, doodles and drawings of cityscapes and other subjects with

The Epstein letter has a line drawing that appears to be hand-drawn with heavy marker, including a pair of small arcs denoting a woman's breasts. Over the years, doodles and drawings of cityscapes and other subjects with similar strokes have been attributed to Trump and auctioned for charity.



Two drawings attributed to Donald Trump that were sold at auction. Left, a drawing offered in 2017 by Nate D. Sanders Auctions. Right, a 2004 drawing that was sold by Sotheby's in 2020. PHOTOS: EPA; REUTERS



## Third person

The Epstein letter has a typewritten note styled as an imaginary conversation between Trump and Epstein, written in the third person. In speeches and social-media posts, Trump has often referred to himself in the third person. Here are four video clips:



"Nobody would be tougher on ISIS than Donald Trump. Nobody."

— Presidential campaign announcement in New York, June 16, 2015 (Video: C-SPAN)



"Some of the signs you'll see are not put up by the people that love or like Donald Trump, they're put up by the other side."

— News conference at the White House, Feb. 16, 2017 (Video: NARA)





7





"But because his name is Donald Trump you have the haters and they continue to hate."

— "Make America Great Again" rally in Illinois, Oct. 27, 2018 (Video: ABC 7 Chicago)

"Nobody's done more for the historically Black colleges and universities than Donald Trump. Nobody."

— Remarks to the RNC in North Carolina, Aug. 24, 2020 (Video: CBS News)



## Word choices

The Epstein letter says, "Enigmas never age, have you noticed that?" and ends with "A pal is a wonderful thing. Happy Birthday—and may every day be another wonderful secret." Trump used the word "enigma" to describe Don King and Mike Tyson in his 1990 book and to describe Dan Rather in his 2004 book. In social-media posts and in speeches, Trump has often used the phrase "a wonderful thing." Here are some examples.

### 'Enigma'



"Any discussion of Mike's affairs eventually leads to the subject of Don King. Don, like Mike, is something of an enigma. The difference between the two is that Don delights in being one; he likes keeping people a bit off balance all the time because it usually works to his advantage."

— 'Trump: Surviving at the Top,' 1990

"This is one of those gray areas that remain an enigma even to those who have finely honed business instincts. There are inexplicable signs that can guide you to or away from certain deals and certain people."

— 'Trump: How to Get Rich,' 2004

8

honed business instincts. There are inexplicable signs that can guide you to or away from certain deals and certain people."

— 'Trump: How to Get Rich,' 2004

"Dan Rather is an enigma to me. He's got absolutely no talent or charisma or personality, yet year after year, CBS apologizes for his terrible ratings."

— 'Trump: How to Get Rich,' 2004

Photos: Elizabeth Coetzee/WSJ

## 'A wonderful thing'



"I think Brexit's going to be a wonderful thing for your country."

— News conference with U.K. prime minister at the White House, Jan. 27, 2017 (Video: NARA)



"See, in the old days, you'd say that's a wonderful thing. Now they say, 'How can you possibly do that?'"

— Address accepting presidential nomination in Wisconsin, July 18, 2024 (Video: Milwaukee Journal Sentinel)



"And we sold it to the Waldorf Astoria, and it was a wonderful thing, but..."

— Interview on "The Joe Rogan Experience," Oct. 25, 2024 (Video: the podcast)



"But it's going to be a wonderful thing. It's going to be wonderful for the Middle East."

— Meeting with Jordanian leaders at the White House, Feb. 11, 2025 (Video: the White House)

Advertisement



The market moved before the headline.

Polymarket · $1m Vol    View Market >
Will the Democratic Party control the Senate after the 2026 Midterm elections?
46%
Yes 46¢    No 54¢

Polymarket · $1m Vol
Will US withdr
Yes 4¢

9



Khadeeja Safdar is a Pulitzer Prize-winning reporter at The Wall Street Journal. She has deep experience handling confidential documents, working with sensitive sources and reporting on survivors of abuse. Her work has prompted leadership changes at companies, government...

Follow

Joe Palazzolo is a Pulitzer Prize-winning reporter on the investigations team at The Wall Street Journal. His work has uncovered abuses of power in companies, boardrooms and public agencies, conflicts of interest in the federal government and bribes by companies seeking business overseas....

Follow

Kara Dapena is a graphics reporter at The Wall Street Journal in New York. She covers stories across a variety of subjects and specializes in design, data visualization and data analysis. She was part of the WSJ team that won the 2025 Pulitzer Prize in National Reporting for coverage of Elon Musk....

Follow

Show Conversation (3433) ⌄

## Up Next

MIDDLE EAST NEWS

### Trump Struggled to Rein In Netanyahu's Strikes on Iran

1 hour ago



A climbdown in a phone call with the Israeli leader shows the president's diminishing control over fighting that threatens his effort to reach a peace deal with Tehran.

Continue To Article  ›

U.S. NEWS

### The Hidden Figure With Close Ties to Bill Gates and Jeffrey Epstein

17 hours ago



Melanie Walker was a confidante to Bill Gates and Jeffrey Epstein. Her lawyer said she was in a "coercive

10