# EXHIBIT 7

United States Department of Justice

INTERVIEW OF: GHISLAINE MAXWELL

DATE: July 24, 2025

APPEARANCES:

For the United States:

Todd Blanche, Deputy Attorney General

Diego Pestana, Acting Associate Deputy

Attorney General

Spencer Horn, FBI Special Agent

Mark Beard, Deputy U.S. Marshal

For Ghislaine Maxwell:

David Markus

Leah Saffian

Melissa Madrigal



Page 177

blackmail.  I never heard that.  I never saw it and I never imagined it.

TODD BLANCHE:  While we're on this topic, just -- and again, I know we're jumping around and we've been going on it for a while, so I apologize.

But there's recently been reports about a birthday book that you assembled for Mr. Epstein, I think, for his 50th birthday in 2003.

GHISLAINE MAXWELL:  That's true.

TODD BLANCHE:  What do you know about that?

GHISLAINE MAXWELL:  So, my mum did a birthday book for my father at his 60th.  And when I -- Epstein would talk about his 50th, he said, I don't know what I'm going to do.  And I said, well, these are nice things, my mom did this book for my dad.  He said, I love that idea.

He said, can you help coordinate it?  And he organized who -- he called a lot of the people himself.  I coordinated the putting together of the book.  And some -- in some instances, I called people that asked them to contribute --

TODD BLANCHE:  And what was in the book? Like what was the ask of the people you called?

GHISLAINE MAXWELL:  It's his 50th



Page 178

birthday, say anything you want on a piece of paper.

TODD BLANCHE:  Yeah.  Okay.

GHISLAINE MAXWELL:  I mean, nothing more than that.

TODD BLANCHE:  Right.  I mean, it was an obvious question.  But you basically -- his folks were invited to send something to you to celebrate his birthday.

GHISLAINE MAXWELL:  Yes.  To say happy birthday with like, have a wonderful day or something else.  There was no -- there was no ask, but I wasn't responsible for everybody in that book.  And there were people that he would ask himself to contribute.

TODD BLANCHE:  And do you remember some -- do you remember specific names of individuals who did send letters or who did contribute?

GHISLAINE MAXWELL:  It's been so long.  I want to tell you, but I don't remember.

TODD BLANCHE:  Do you --

GHISLAINE MAXWELL:  I honestly don't remember.

TODD BLANCHE:  The article talks about several names, but including the folks -- the article, which is on Donald Trump.  Do you remember President Trump submitting a letter or a card or a



Page 179

note?

GHISLAINE MAXWELL:  I don't.

TODD BLANCHE:  Do you think the articles -- well, do you remember seeing that book or any portion of the letters in your discovery in New York?

GHISLAINE MAXWELL:  Yes.

TODD BLANCHE:  Okay.  What do you remember seeing?

GHISLAINE MAXWELL:  I remember there was -- there were some portions of that book.  But what surprised me -- yeah.  What surprised me was how few there were, because I thought if you had those, where are the rest?  There was none of Mr. Trump.

TODD BLANCHE:  In your discovery?

GHISLAINE MAXWELL:  Oh, in my discovery, sorry.  President Trump, there was nothing from President Trump.

TODD BLANCHE:  And do you remember -- but separate and apart from your discovery, do you remember one way or the other whether President Trump submitted a letter for his 50th birthday?

GHISLAINE MAXWELL:  I do not remember.

TODD BLANCHE:  And the article that references the letter talks about like a -- sounds



Page 180

like either a naked -- a picture of a naked woman or something like that.

Do you have any recollection of that?

GHISLAINE MAXWELL:  I do not.  But just -- no, I don't.

TODD BLANCHE:  Do you remember -- so what do you remember seeing from your discovery around the book?  Like you said, portions of it or some of the pages.

What do you remember.

GHISLAINE MAXWELL:  I remember there were maybe -- so I just want to say about the discovery that I had about -- maybe this is an exaggeration, I'm not sure, but in my mind it's about close to 5 million page -- 5 million documents.  It was a lot.

And of that giant document dump that I received, I was only -- maybe as much as 30 to 35 percent, I was never able to access.  And this is documented on -- at the court.  And so I cannot say that I saw everything, because I didn't.

TODD BLANCHE:  Yeah.  Okay.

GHISLAINE MAXWELL:  I just want you to know that.  And I think that that was by design.

TODD BLANCHE:  But you -- but you do remember --



Page 181

GHISLAINE MAXWELL:  I do remember some pages.

TODD BLANCHE:  -- seeing some pages of the book?

GHISLAINE MAXWELL:  I do, yes.

TODD BLANCHE:  Okay.  Do you remember what pages you saw?  Like from -- it was from -- who had written those letters or no?

GHISLAINE MAXWELL:  I really don't remember.  I'm sorry.

TODD BLANCHE:  Okay.  It's okay.  Did you -- did you and/or -- so the same questions we've asked about some other individuals.

Did you have -- did you meet Bill Gates over the years?

GHISLAINE MAXWELL:  Yes.

TODD BLANCHE:  Because of your relationship with Mr. Epstein or separate?

GHISLAINE MAXWELL:  That one -- well, I met Mr. Gates -- I went to the TED conference.  I gave -- I went to the TED conference and I actually spoke at the TED Conference, not the main stage, the substage.  And I also gave several TEDx's.

But -- and I met him there, but we were friendly and I actually did meet him, because I knew


MAGNA
LEGAL SERVICES

Page 215

CERTIFICATE OF TRANSCRIPTION

I, Cathy M. Ayotte, do hereby certify that the provided audio recording media was transcribed by me or reduced to typewriting under my supervision, that said transcript is a true transcription of the audio recording; that I am neither counsel for, related to, nor employed by any of the parties to the action involved in these proceedings; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

_____*Cathy M. Ayotte*_____

CATHY M. AYOTTE, Official Transcriptionist

