**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No.: 1:25-CV-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

      Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE
WALL STREET JOURNAL, a Delaware
corporation, NEWS CORPORATION, a Delaware
corporation, KEITH RUPERT MURDOCH, an
individual, ROBERT THOMSON, an individual,
KHADEEJA SAFDAR, an individual, and JOSEPH
PALAZZOLO, an individual,

      Defendants.

_____/

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANTS'
MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS
FIRST AMENDED COMPLAINT**

I, Katherine M. Bolger, Esq. declare as follows:

1.     I am a partner at Davis Wright Tremaine LLP, co-counsel for Defendants Dow Jones & Company, Inc. d/b/a *The Wall Street Journal*, News Corporation, Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo.  I am admitted *pro hac vice* in the above-captioned matter.

2.     I make this declaration in order to provide information and annex exhibits relied upon in Defendants' concurrently-filed Motion to Stay Discovery Pending Ruling on Motion to Dismiss First Amended Complaint.

2

3.     On June 2, 2026, Plaintiff's counsel emailed me stating that "[n]ow that Defendants' Motion to Dismiss has been adjudicated, we believe that it is appropriate and necessary that discovery commence."  Plaintiff's counsel requested available dates for the deposition of Mr. Murdoch, which Defendants declined.  Annexed hereto as **Exhibit 1** is a true and correct copy of my email exchange with Plaintiff's counsel.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: June 10, 2026

*/s/ Katherine M. Bolger*
Katherine M. Bolger (*pro hac vice*)
