# EXHIBIT 1

| | |
|---|---|
| **From:** | Bolger, Kate |
| **Sent:** | Wednesday, June 3, 2026 1:37 PM |
| **To:** | 'Alejandro Brito' |
| **Cc:** | George LeMieux; Levander, Andrew; Levine, Amanda; Engel, Steven A.; Ian Corp |
| **Subject:** | RE: Trump v. WSJ |

Dear Alex.

As you know, when President Trump filed his initial complaint, he agreed not just to stay discovery, but also to withdraw his request for an early deposition of Mr. Murdoch.  Defendants then moved to dismiss and won dismissal. While there was no active complaint pending, President Trump nonetheless sought early discovery, and the Court denied that request.  President Trump filed his new complaint on May 27.  Defendants will move to dismiss it on June 10.

Your assertion that the "Defendants' Motion to Dismiss has been adjudicated", therefore, can only refer to the actual dismissal of the complaint, which is certainly *not* a basis for discovery, as the Court has specifically held.  And your claim that discovery is "necessary" is undercut by your previous agreement to stay discovery.  Given that Defendants also intend to move to dismiss the amended complaint, the parties are in the same position that they were previously. In addition, of course, discovery has not commenced in this action – there has been no Rule 16 hearing and no Rule 26 conference.

Consequently, Defendants will not provide dates for Mr. Murdoch's deposition.

Defendants intend to move to stay discovery.  Do you consent?

Regards.

Kate Bolger



**Kate Bolger**
**Partner,** Davis Wright Tremaine LLP

**P** 212.402.4068  **C** 917.561.2575  **E** katebolger@dwt.com
**A** 1251 Avenue of the Americas, 42nd Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Tuesday, June 2, 2026 11:49 AM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** George LeMieux <glemieux@gunster.com>; Levander, Andrew <andrew.levander@dechert.com>; Engel, Steven A. <steven.engel@dechert.com>; Ian Corp <icorp@britopllc.com>
**Subject:** Trump v. WSJ

[EXTERNAL]

1

All:

Now that Defendants' Motion to Dismiss has been adjudicated, we believe that it is appropriate and necessary that discovery commence. To that end, we are requesting available dates for the deposition of Mr. Murdoch.  Please provide us with 3 options.

Thank you.

Alejandro Brito



2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged.  Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.