**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No.: 1:25-CV-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

      Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendants' Motion to Stay Discovery Pending Ruling on Motion To Dismiss First Amended Complaint, and having reviewed the Motion, and being fully advised, it is hereby ORDERED AND ADJUDGED as follows:

1.     Defendants' Motion is GRANTED.

2.     All discovery in this matter is stayed pending this Court's ruling on Defendants' Motion to Dismiss the First Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida this __ day of June, 2026.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE