**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No. 1:25-cv-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

     Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE
WALL STREET JOURNAL, a Delaware
corporation, NEWS CORPORATION, a Delaware
corporation, KEITH RUPERT MURDOCH, an
individual, ROBERT THOMSON, an individual,
KHADEEJA SAFDAR, an individual, and JOSEPH
PALAZZOLO, an individual,

     Defendants.

_____/

**DEFENDANTS' *UNOPPOSED* DEFENDANTS' MOTION FOR LEAVE**
**TO BRING ELECTRONIC EQUIPMENT INTO COURT**

Defendants Dow Jones & Company, Inc. d/b/a The Wall Street Journal, News Corporation,

Keith Rupert Murdoch, Robert Thomson, Khadeeja Safdar, and Joseph Palazzolo, by and through

their undersigned counsel, pursuant to Southern District of Florida Local Rule of Civil Procedure

7.1 and the Court's Administrative Order 2018-79, file this Unopposed Motion for Leave to Bring

Electronic Equipment into Court for the hearing on Defendants' Motion to Dismiss the First

Amended Complaint and Defendants' Motion to Stay Discovery on August 5, 2026, before United

States District Judge, Darrin P. Gayles, and as grounds in support therefore states as follows:

1.    Undersigned counsel and staff seek to bring into Court the following list of electronic

equipment for purposes of utilizing the electronic equipment during the scheduled in person August

5, 2026 hearing in this matter on Defendants' Motion to Dismiss the First Amended Complaint and

Defendants' Motion to Stay Discovery.

2.   Defendants request the entry of an Order allowing their counsel and their informational technology staff assistants to bring the below specified electronic equipment to the Court on August 5, 2026 for the hearing:

| Owner/Presenter | Equipment | Make | Model |
|---|---|---|---|
| Katherine M. Bolger, Esq. | Computer and Misc. Cables | Lenovo | ThinkPad |
| | Cellular Phone | Apple | iPhone 16 Pro |
| Andrew J. Levander, Esq. | Computer and Misc. Cables | Dell | Latitude |
| | Cellular Phone | Apple | iPhone 14 |
| | Cellular Phone | Apple | iPhone 17 |
| Steven A. Engel, Esq. | Computer and Misc. Cables | Dell | Latitude |
| | Tablet | Apple | iPad Pro |
| | Cellular Phone | Apple | iPhone 15 Pro |
| Frederick Owens | Misc. Cables, External Hard Drives, Connection | N/A | N/A |
| | Cellular Phone | Apple | iPhone 17 |
| | Cellular Phone | Apple | iPhone 14 |
| | Computer | Dell | XPS |

2

| | Computer | Dell | Inspiron |
|---|---|---|---|
| Jason Conti, Esq. | Cellular Phone | Apple | iPhone 15 Pro |

WHEREFORE, Defendants respectfully request that the Court enter an Order permitting such computer equipment and electronics to be brought into the Courthouse by the identified individuals on August 5, 2026, and grant any additional relief as is just, equitable and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

On August 3, 2026, pursuant to Local Rule 7.1(a)(3), the undersigned conferred with counsel for Plaintiff with regard to the above request via e-mail and he indicated that Plaintiff does not oppose the requested relief.

Dated: August 3, 2026

By: */s/ Eric C. Edison, Esq.*

**GUNSTER, YOAKLEY & STEWART, P.A.**
George S. LeMieux (Florida Bar No. 16403)
Eric C. Edison (Florida Bar No. 010379)
Timothy J. McGinn (Florida Bar No. 1000377)
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 462-2000
glemieux@gunster.com
eedison@gunster.com
tmcginn@gunster.com

Respectfully submitted,

**DAVIS WRIGHT TREMAINE LLP**
Katherine M. Bolger*
Amanda B. Levine*
Meenakshi Krishnan*
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com
amandalevine@dwt.com
meenakshikrishnan@dwt.com

-and-

**DECHERT LLP**
Andrew J. Levander*
Steven A. Engel*
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
andrew.levander@dechert.com
steven.engel@dechert.com

**pro hac vice*

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 3rd day of August, 2026 to Alejandro Brito, Esq. (abrito@britopllc.com,   apiriou@britopllc.com)   and   Ian   Michael   Corp.,   Esq. (icorp@britopllc.com), BRITO, PLLC, 2121 Ponce de Leon Boulevard, Suite 650, Coral Gables, FL 33134, Counsel for Plaintiff, President Donald J. Trump.

**GUNSTER, YOAKLEY & STEWART, P.A.**
George S. LeMieux (Florida Bar No. 16403)
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301

By: */s/ Eric C. Edison, Esq.*
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com
Timothy J. McGinn, Esq.
Florida Bar No.: 347035
Email: tmcginn@gunster.com