**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No. 1:25-cv-23232-DPG

PRESIDENT DONALD J. TRUMP, an individual,

     Plaintiff,

v.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL, a Delaware corporation, NEWS CORPORATION, a Delaware corporation, KEITH RUPERT MURDOCH, an individual, ROBERT THOMSON, an individual, KHADEEJA SAFDAR, an individual, and JOSEPH PALAZZOLO, an individual,

     Defendants.

_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO COURT

THIS CAUSE having come before the Court on Defendants' Motion for Leave to Bring Electronic Equipment into Court for use at the hearing on August 5, 2026 (the "Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUGED as follows:

1.    The Motion is hereby **GRANTED**.

2.    Defendants may use and bring in the following equipment for use at the hearing taking place on August 5, 2026.

| Owner/Presenter | Equipment | Make | Model |
|---|---|---|---|
| Katherine M. Bolger, Esq. | Computer and Misc. Cables | Lenovo | ThinkPad |

| | | | |
|---|---|---|---|
| | Cellular Phone | Apple | iPhone 16 Pro |
| Andrew J. Levander, Esq. | Computer and Misc. Cables | Dell | Latitude |
| | Cellular Phone | Apple | iPhone 14 |
| | Cellular Phone | Apple | iPhone 17 |
| Steven A. Engel, Esq. | Computer and Misc. Cables | Dell | Latitude |
| | Tablet | Apple | iPad Pro |
| | Cellular Phone | Apple | iPhone 15 Pro |
| Frederick Owens | Misc. Cables, External Hard Drives, Connection | N/A | N/A |
| | Cellular Phone | Apple | iPhone 17 |
| | Cellular Phone | Apple | iPhone 14 |
| | Computer | Dell | XPS |
| | Computer | Dell | Inspiron |
| Jason Conti, Esq. | Cellular Phone | Apple | iPhone 15 Pro |

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of August, 2026.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

2