**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-23232-GAYLES**

**PRESIDENT DONALD J. TRUMP,**

    **Plaintiff,**

**v.**

**DOW JONES & COMPANY, INC.**
**d/b/a THE WALL STREET JOURNAL,**
**NEWS CORPORATION, KEITH RUPERT**
**MURDOCH, ROBERT THOMSON,**
**KHADEEJA SAFDAR, and JOSEPH**
**PALAZZOLO,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Leave to Bring Electronic Equipment into Court (the "Motion"). [ECF No. 75]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is **GRANTED**.

2.    Defendants may bring the following equipment into the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128, for the hearing set on August 5, 2026, at 11:00 a.m.

| Owner/Presenter | Equipment | Make | Model |
|---|---|---|---|
| Katherine M. Bolger, Esq. | Computer and Misc. Cables<br>Cellular Phone | Lenovo<br><br>Apple | ThinkPad<br><br>iPhone 16 Pro |

| | | | |
|---|---|---|---|
| Andrew J. Levander, Esq. | Computer and Misc. Cables | Dell | Latitude |
| | Cellular Phone | Apple | iPhone 14 |
| | Cellular Phone | Apple | iPhone 17 |
| Steven A. Engel, Esq. | Computer and Misc. Cables | Dell | Latitude |
| | Tablet | Apple | iPad Pro |
| | Cellular Phone | Apple | iPhone 15 Pro |
| Frederick Owens | Misc. Cables, External Hard Drives, Connection | N/A | N/A |
| | Cellular Phone | Apple | iPhone 17 |
| | Cellular Phone | Apple | iPhone 14 |
| | Computer | Dell | XPS |
| | Computer | Dell | Inspiron |
| Jason Conti, Esq. | Cellular Phone | Apple | iPhone 15 Pro |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of August, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2